**22-872**



June 22,2022

To: The United States District Court for the District of Delaware

From: Inventor of the Pet Carrier Sweatshirt, Joan C. Fugazzi

**THE WORDS I WRITE ARE VERY IMPORTANT AND CHANGES MUST BE MADE TO CORRECT A BAD FAITH ATTORNEY WHO HAS BEEN VIOLATING MY INTELLECTUAL RIGHTS AND PROPERTY OF MY INVENTION THE PET CARRIER SWEATSHIRT FOR MY FINANCIAL GAIN FOR MY HUSBAND AND CHILDREN.  THIS IS NOT FOR HIRED ATTORNEY FLOYD CAROTHERS FINANCIAL GAIN.**

*I never authorized my name Joan Fugazzi to be on an AO allowing Attorney Floyd Carothers to have Power of Attorney for all my Property to do whatever he wants.*

*I NEVER SIGNED ANY PAPERS TO MAKE ATTORNEY FLOYD CAROTHERS MAKE HIM HAVE POWER OF ATTORNEY OVER ME AND ALL OF MY PROPERTY.*

*This is a Violation of my name and my Invention that I made for financial gain for me, Joan Fugazzi.*

*I BELIEVE THIS IS A CRIMINAL VIOLATION*

*I have been a Victim of an Intellectual Rights and Property Attorney who committed theft and caused me tremendous stress and hardships since the day I made an appointment with Attorney Carothers and showed Attorney Carothers my brand-new Invention.  Attorney Carothers who is an Intellectual Rights and Property Attorney has caused me the loss of my Invention royalties due to me as an Inventor. That I am rightfully entitled to as an Inventor of the Pet Carrier sweatshirt. Because I never made a penny on my Invention.*

*With Attorney Carothers 56 years of Intellectual Rights and Property Attorney and his education, you would think he would know better to cause such damage and hardships and thief on an Innocent Inventor of a brand-new Invention that many would love, and would change the world for pets and pet owners with a loving caring item for pets.*

*I have been left out of my Invention the Pet carrier Sweatshirt that I made for my dog Spike, because he was sick and he needed to be carried all the time. Because of Attorney Floyd Carothers.*

*I created a Loving Caring Way to carry a small pet ten pounds and under, so you can have two hands free, to do whatever your like, and the pet is comfortable and safe in a pocket.*

*And I have been left out of my Important Invention that I made with my mind, because of greedy attorney taking from an innocent client that went to his office to just get a Patent Search and a Design Patent.*

*I have spent 20 years with my invention and I have spent over $25,000 invested in my Invention taken from me with an Attorney is not right.  He is a thief and this is criminal.*

*I was concealed of all activities from the day I showed my Invention the Pet Carrier Sweatshirt to Attorney Carothers. I called the next day to ask Attorney Carothers a question and his wife answered the phone and she said Attorney Carothers was very busy working with my Invention and he could not come to the phone. Attorney Carothers cold have included me in my Invention. That day.  But he chose not to.*

But instead he took all of my Contacts I shared with him, and he left me out of big company's like PetSmart, Walmart, Petco. Sara Lee and Russel Company.

I WAS Working WITH Attorney Carothers I was trusting him because I am not a patent attorney.

I wanted him to draw up these 5 big contacts, so I included his name to these company and he left me out of all my time, money making pet carrier sweatshirt, that I hired women to make professionally and I hired a man to make a DVD and all of this cost a lot of money. Only to be left out from an attorney that should have been trusted.

PLEASE HELP ME. I ask for Funds and Asset Recovery From a bad faith intellectual Rights and Property Attorney who infringed criminal activity on my Invention Idea that I created for me and my family success, and Attorney Carothers infringed on my beautiful new Invention only for his Financial Gain, from day one I showed him and he never informed me of all transactions he did with my Invention, Infringing and Violated on my Intellectual Rights and Property. And he still continues violating my Intellectual rights and Property, this hired attorney needs to pay me my Royalties due to me as an Inventor of my Invention.

I NEVER FILLED OUT THE PAPERS TO APPOINT ATTORNEY CAROTHERS TO BE MY AGENT, ASSIGNEEE, THIRD PARTY, POWER OF ATTORNEY OVER ALL MY PROPERTY OR JOINT INVENTOR. I WOULD HAVE ONLY ALLOWED MY HUSBAND AND MY THREE CHILDREN TO DO SUCH IMPORTANT POSITIONS.

I AM THE ONLY OWNER OF MY PET CARRIER SWEASHIRT INVENTION. And my Invention is my Intellectual Rights and Property, that I created to have Financial Gain and Success, my plan in my life.

Attorney Carothers violated my five big contacts that I made myself, and I told him and informed him what I was doing, and I included him to help me as a paid attorney, and he left me out of five major companies. He never paid a penny in Royalties to me and he took over my Walmart, PetSmart, Petco, Sara Lee, and Russell Company Disney and many more Account that I Introduced to Companies to make money.

I understand Carothers opened an account with you under my name Joan Fugazzi pet carrier sweatshirts

Attorney Carothers is a hired Intellectual Rights and Propery Attorney that I hired in June 2004 to do a Patent Search that proved there was never anything invented before like my Pet Carrier Sweatshirt. and a Design Patent.

Patent Office informed me in May 2022 he got 2 Design Patents. Both I paid for, and Attorney took power of Attorney over my 2 Utility Patent also he did not tell me when they were maintained fees due and he charged me Over $3,500 for one of my one Utility Patents that he took power of attorney over. I was billed and I paid. And he never went over anything with me from the start. He used all my Patents International for his own use. Violating my Intellectual Rights and Property as an Inventor. I BELIEVE HE Licensed my Invention to many people and business without my Authorization the Inventor.

He took over all my patent mail from 2004 to present, so he never informed me of any maintenance fees or fees on my patents and Trademark.

Patent Office said he got a Design Patent coping my Design Patent, several people in the patent office said Attorney Carothers needed to pay me for the use of my Invention the Pet Carrier Sweatshirt.

The Patent Office said a Patent attorney can only take power of attorney for one year. He is taking over forever it looks like, and he must be stopped. I want Attorney Carothers with all of the damages he has caused me to be stopped entire forever with my invention, my intellectual rights and property. And also, attorney Floyd Carothers several family members and his partner attorney Beck and Associates to be banded from all correspondence with my Joan Fugazzi Pet Carrier Sweatshirt Invention.

He took my Design Patent, Utility Patents, and Trademark and made them International, without any authorization from me the Inventor.

I invented this Invention for my chihuahua dog that I purchased in 2001 who was sick and he had to be carried all the time. So, I invented the first loving caring way to carry a pet ten pounds and under.

This Attorney has done tremendous Damage to me as a client of his. He infringed on my United States of America Patents and Trademark from the day I showed him my Pet Carrier Sweatshirt.

He did a costly Patent Search, and I asked him many times for a copy, and he never gave me a copy of my Patent Search.

He got an AO on me in Delaware and he took power of attorney over all my patents and all my property, to do whatever he wants to do, he writes in Delaware.

PLEASE HELP ME RECOVER FUNDS and ASSET RECOVERY DUE TO ME AS AN INVENTOR

I PROVE Attorney Carothers Guilty of Infringement on my precious Invention that I made with my Mind.

And I add many attachments to prove what I am writing

I HAD A DREAM MY WHOLE LIFE SINCE I WAS A CHILD, I WANTED TO CREATED SOMETHING THAT WOULD MAKE THE WORLD A BETER PLACE MY WHOLE LIFE. THIS IS MY DREAM AND I COMPLETED MY DREAM WITH THE PET CARRIER SWEATSHIRT, AND WHO WOULD THINK THAT AN INTELLECTUAL RIHTS AND PROPETTY ATTORNEY WOULD TAKE MY LIFE TIME DREAM TO BE A SUCCESS IN MY LIFE AWAY.

THIS ATTORNEY CAROTHERS NEEDS TO PAY ME 50 % OF ALL HIS PROFITS FOR THE INFRIEMENT HE CAUSED ON MY INVENTION.

I Demand all claims for Relief to be paid to me, the rightful owner of my Invention, The Pet Carrier Sweatshirt Joan C. Fugazzi, Inventor

Attorney Carothers Deprived me of all Royalties that are due to me.

Attorney Carothers said false things to many many people.

Attorney Carothers he did Trademark Infringement on my Trademark and he needs to be punished for wrongful doing.

I PAID Attorney Carothers over $ 8,000 for my pet carrier sweatshirt invention.

My emails have been for years changed, added, unknow contacts and infringed and erased and aborted by others that I have no knowledge of who have been using my emails. So I can't communicate on my emails So Please Contact me on my home phone 412 788 2609 OR MY CELL PHONE 412-330-9146 OR MY HUSBANDS CELL PHONE 412-983-1681

Sincerely Yours,

Inventor of the Pet Carrier Sweatshirt

Joan C. Fugazzi

Rule 8.  General Rules of Pleading

From:  Joan C. Fugazzi Inventor of the Pet Carrier Sweatshirt

(a)  CLAIM FOR RELIEF

1.  The Pet Carrier Sweatshirt is my Invention, Not a hired Attorney Invention.

2.  As an Inventor of my Pet Carrier Sweatshirt, I am entitled to Royalties, due to me.

3.  Attorney Carothers Concealed all transaction he made with my Intellectual Rights and Property from me, the Inventor of my Invention the Pet Carrier Sweatshirt.

4.  Attorney Carothers did not show Good Faith to me as a Client, as he is an Intellectual Rights and Property Attorney.

5.  Attorney Carothers did not show Good Faith to me, as an Intellectual Rights and Property Attorney.

6.  Attorney Carothers willfully used my Invention without telling me for his and his only Financial Gain.

7.  I demand and Pray for Relief due to me that was taken from me.

8.  Attorney Carothers removed my Provisional Patent on an Amendment he filed on January 11, 2005.

<u>Joan C. Fugazzi Victim Statement because of Attorney Carothers unethical activity severely harmed me   as a client for my Invention the Pet Carrier Sweatshirt.</u>

I Believe Attorney Carothers tampered and he infringed on all of my activities for my Invention that

I made with my mind for my Chihuahua dog Spike.

I made a Pet Carrier for my dog because he wanted to be carried all the time.

1.  My Husband and I made a Provisional patent together. Filed it with the Patent Office

    on July 1, 2004. Application No. 60/584,757.

2.  We found a patent Intellectual Rights and Property Attorney in the yellow pages. I showed my Invention the Pet Carrier Sweatshirt to him and I trusted the attorney.

3.  I paid for a Patent Search.  Attorney Carothers charged me $ 700.00 plus $ 300.00 totaling $1,000.00. The Patent proved there was never anything like my Invention, the   Pet Carrier Sweatshirt.  I asked Attorney 3 times for a Receipt of the patent Search.  And he never gave me a Receipt for my costly patent search.  *OR   A   COPY.*

4.  Attorney Carothers asked to receive all my Patent Mail so he can help me.   But he did not tell me when my patents fees and maintenance fees were due.  I was counting on him telling me and he did not.

5.   I GOT A LOT OF BILLS.  In 2004 Attorney Carothers billed me for a Design Patent. But there was no Design Patent Number.  Later, in May 2022 the Patent Office told me he made his own Design Patent, I paid a lot of money for that Design Patent and I enclose the bills.

    IN 2005 to 2007 Attorney Carothers billed me for a Design Patent that had Patent numbers

    No. 29/221,173. I Paid a lot of money for my Design Patent. US D539,509 S.

6.  Attorney Carothers was very expensive, so I got my 2 Utility Patents on my own.  I NEVER ASSIGNED ATTORNEY CAROTHERS TO BE AN AGENT OR ASSIGNER OR THIRD PARTY OR JOINT OWNER OF MY INVENTION THE PET CARRIER SWEATSHIRT.

7.  Application No. US 11/209,397. Attorney Carothers he billed me for my Utility Patent THAT I NEVER AKSED HIM TO HELP ME WITH.   Attorney Carothers he billed me over $ 3,500.00 that I paid.

8.  Also No. US  11/209,397   No. 4 The letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.

9.  Application No. 11/147,731.

10. Attorney Carothers   No. 4.  The letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.
11. Attorney Carothers violated my Trademark.  He went to Liechtenstein and violated my Intellectual Rights and Property.
12. Attorney Carothers he changed my Chihuahua in a pocket that is on my business card, he added a bigger back on the Chihuahua which is a Counterfeit.

JEAN PUGH(?)
300- FARMCREST DRIVE
OAKDALE, PA 15071



**FILED**

JUN 2 7 2022

US DISTRICT COURT
DISTRICT OF DELAWARE



| | |
|---|---|
| ![USPS logo] **UNITED STATES POSTAL SERVICE.** | **Retail** |

**P** | **US POSTAGE PAID** $14.10 | Origin: 15108 06/23/22 4116600226-35

**PRIORITY MAIL 2-DAY®**

2 Lb 0.30 Oz

**1004**

EXPECTED DELIVERY DAY:  06/25/22

C012

SHIP TO:

844 N KING ST
UNIT 18
WILMINGTON DE 19801-3519

**USPS SIGNATURE® TRACKING #**



9510 8135 5348 2174 7652 40



MAIL TO INVENTION INVESTMENT F
DIRECTOR OF U.S. DISTRICT OF DEL
844 NORTH KING ST. UNIT-18
WILMINGTON, DE
19801-3570



7 71342 32784 0

VERY IMPORTANT
**Handle with Care / Fragile**


MOISTURE RESISTANT


Recycle it Clean & Dr
Store Drop-off
PLASTIC
POUCH