January 23, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Joan C. Fugazzi

Plaintiff

Vs

Attorney Floyd Carothers

Defendant



No. 22-872-GBW

## COMPLAINT AND SUMMONS SERVED TO ATTORNEY CAROTHERS

**I ASK YOU Honorable Judge Gregory B. Williams:**

In accordance with Acknowledgement of receipt for F.R.Civ.P-4 the following are attached and will be served by a Constable to Attorney Carothers.

September 7, 2022 Acknowledge and Motion

November 10, 2022 Motion to give me the money that is due to me as an inventor.

December 20, 2022   Damages

December 27, 2022 Rule 35 USC SS 101

Previous Amendment Complaint

I, Joan C. Fugazzi contacted a Constable to serve Attorney Carothers Rule 4 Civil Procedures Documentation concerning my complaint with the last several filing requesting recoveries of damages caused by Defendant Attorney Carothers.

1. I asked for 5 % of all exclusive pet carrier sweatshirt sold. I also ask the Honorable Judge Williams to grant me 5 %  of the 8 funds in my name, Joan C. Fugazzi, the inventor of the Pet Carrier Sweatshirt.  Because Attorney Carothers had no right to use my invention and he did not have a power of attorney. Proof (patent office) he had violated Joan C. Fugazzi Invention the pet carrier sweatshirt, in order for him to benefit from something that did not belong to him.

My Pet Carrier Sweatshirt was never his Invention, it should be known that Attorney Carothers was never Power of Attorney, nor never a Joint Owner, never a third party, as he fraudulently claimed to be.

2. IT LOOKS LIKE Attorney Carothers violated my Trademark with a minor change that was not authorized by me and took my invention Trademark to Liechtenstein.  This is Federal Trademark Dilution Act.

I Ask Honorable Judge Gregory B. Williams to know that I have been suffering for 20 years, of hardship of not having money to give to my family, my three children since the day I showed Attorney Carothers

1

my Invention. I created the pet carrier sweatshirt with my mind, a new exciting item for pets and humans to bond in a loving and caring way, in a comfortable pocket, I call Pet Sweat.

3. **Because** Attorney Carothers sent many bills so I thought he was helping me. I believe Attorney Carothers after reviewing the evidence of his bills that he was billing me while he was violating my invention without my authorization. (attachments)

Attorney Carothers never paid me a penny, and he was writing and claiming to people; he was an attorney for Joan C. Fugazzi.

I beg for Relief because I am old now 71 years old. In 2016, I had a fall in my house then I was hit from behind in two car accidents in 2016, My left shoulder fractures disabled me to work. Previously I was working two jobs many times to pay bills from Attorney Carothers.

4. I went to see Attorney Carothers in 2004. I had high hopes of being wealthy and successful. And to my surprise Attorney Carothers wanted all my patent mail and he went against his duty to me the innocent inventor, his client. With having 56 years of experience as a Professional attorney has been depriving me Royalties, and concealed me of all his actions of my Invention from me since the day I showed Attorney Carothers my Invention in 2004, with no authorization from me, the Inventor and owner of my invention.

5. I paid $ 700.00 for a Patent Search and $300.00 for Attorney Carothers fees and a total of $1,000.00 and Attorney Carothers said the results was that there was never anything like my invention made before. I have a brand-new invention. I asked the attorney several times for a copy of my costly patent search, and attorney never gave it to me.

6. It should be known that I, Joan C. Fugazzi, I love to sew. And in 2001, I designed a sweatshirt with a big deep pocket so my chihuahua puppy Spike could be safely secure and comfortable in a big deep pocket, which allowed me to have two hands free to do what I wanted.

7. **As I described in my Abstract that I had worked as a Florist Designer making flower arrangements and I was able to take my dog to work with me. So, Spike was happy, comfortable and would fall asleep in my exclusive Pet Sweat Carrier Invention.**

WHEREFORE HONORABLE JUDGE, I ask for Royalties from my hired attorney Carothers not paying me a penny for Royalties due to me as the Inventor, and owner of my pet carrier sweatshirt that I invented. In 2001.

I am not an attorney, and I had three attorneys hurt me, so I lack trust of an attorney to help me.

8. **I ask, please have mercy on me. I do not want any trouble. I do not want to harm anyone. I come in peace. My husband and I do not want to lose our home we worked for 34 years married.** Attorney on the other hand has years of experience and knows all the rules. I am deathly afraid of Attorney Carothers, because he is tricky, and because he did not abide his professional intellectual duties as a Patent Attorney.

9. WHEREFORE, I ask for 5 % OF THE 8 FUNDS THAT HAVE MY NAME ON, JOAN C. FUGAZZI, FOLLOWED BY AN ATTORNEYS NAME.
10. I PLEASE ASK FOR 5 % OF ROYALTIES FROM ATTORNEY CAROTHERS AND EVERY COMPANY THAT SOLD MY PET CARRIER SWEATSHIRT INVENTION WITH NO AUTHORIZATION FROM ME. COMPANYIES OF AMAZON SELLERS, WALMART SELLERS, AND SARA LEE COMPANY, RUSSELL COMPANY AND THEIR GLOBAL COMPANY, PETSMART, PETCO, ISAAC LIEV, GOODS GOODS, ROODIE, KITTY ROO, PUPPY POUCHES, JAPAN TREND SHOP, IN THE BOX, INDIAMART, EUROPE, AND MORE ATTACHMENTS FOR 5 % ROYALTIES DUE TO ME AS THE INVENTOR OF THE PET CARRIER SWEATSHIRT.OF ROYALTIES FOR EVERY ONE SOLD.   Honorable Judge if you could please allow these additional royalties I ack, because I BELIEVE Attorney Carothers worked with these companies

The Patent Office called me in May of 2022, Carry Freeze and he informed me that Attorney Carothers got his own patent using my idea, and he allowed my Utility Patents to go Abandoned and Attorney Carothers did bad faith to me as a client. And he apologized for patent attorney Carothers to do such bad faith as an intellectual rights and property attorney.

11. THE PATENT OFFICE INFORMED ME THAT AMAZON WOULD HAVE ALL THE RECORDS OF EVERYONE SELLING THE PET CARRIER SWEATSHIRT AND EVERYONE THEY SOLD.

11. Many people have been using my emails for years and have violated my emails. People write to hide my emails, abort my emails, and doing transaction using my emails, and even cancelling a hearing with a Judge with my email, and introducing my utility patent to Amazon on my Email, and recently I had written to Walmart and they reviewed my case and assigned an arbitration hearing with me to be scheduled, And I had to email to them information and I emailed important information to Walmart. But some one was interfering with my email again, and Walmart did not receive my several emails that I sent to newsletter@em.wallmart.com so it looks like Walmart cancelled the arbitration that was scheduled. Because they did not receive the emails on time. (attachments)

My health has always been very good my entire life, except for my left shoulder fractures.

I hope and pray that we can resolve this issue for me to get Royalties soon.

In God I Trust


SINCERELY YOURS,

I cannot include my emails, because they are being violated.

Please know I am not canceling this hearing.


JOAN C. FUGAZZI,

My address: 300 Frmcrest Drive, Oakdale, PA   15071

*Joan C. Fugazzi*

3

**My Cell phone 412 330 9146**

**My Address 300 Farmcrest Drive**

**Oakdale, PA   15071**

**ATTACHMENTS**