## THE ANSTRACT OF THE DISCLOSURE

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat".
Because it is a tender loving way to hold and carry your pet many places, with the
convenience of having two hands available to do what ever you wish.  You can clean
your yard, go shopping, and put your groceries away.  Take out the trash.  Talk on the
phone, use your computer, get your mail, do your laundry, fold clothes, clean your house,
you can go to work at some places that are allowed pets.  As a florist designer, I am
allowed to take my little Chihuahua dog with me to work and my dog will sit in the
sweatshirt pocket while I make flower arrangements, clean the store, and wait on
customers, answer the phone, and dust shelves.

I believe many people now days are attached to their pets. This new invention will enable
the comfort for a pet and pet owner that will be the first loving way to carry a pet in a
fashionable mannerism with a variety of sweatshirt colors to match your jeans or any

 Process Claims Abstract Ideas

# Abstract Ideas

63

# 35 U.S.C. § 101: Requirements

<u>Four Requirements in § 101</u> :



- "A" patent – means only one patent granted for each invention.
  - Basis for statutory double patenting rejections.  See MPEP 804.

- "Useful" – the invention must have a specific, substantial, and credible utility.
  - "Utility" requirement – see MPEP 2107 for Utility Guidelines.

- "Process, Machine, Manufacture, Composition of Matter"
  - "Subject matter eligibility" - these categories, as interpreted by the courts, limit the subject matter that is eligible for patenting.

- "Whoever invents or discovers"
  - A patent may only be obtained by the person who engages in the act of inventing.

6

I, Joan Fugazzi Paid Attorney Floyd Carothers:

I paid for a Patent Search  $ 700.00  Attorney Fees $ 300.00  Total  $ 1,000.00

Plus

| Date | Description | Amount |
|---|---|---|
| No date | Design Patent Application | $175.00 |
| 9/16/04 | Copyright Application | $ 30.00 |
| 11/05/04 | preliminary Patent Novelty Search | $ 700.00 |
| 11/05/04 | And reporting and advising | -$ 700.00 |
| 12/30/04 | Filing Design Patent | $ 1,600.00 |
| 12/30/04 | U.S. Trademark Filing Fee | $ 175.00 |
| 1/14/05 | Trademark Application for Pet Sweat | $ 375.00 |
| 1/14/05 | Attorney Fees ($875.00) | $ 500.00 |
| 4/21/06 | Patent Application 11/209,397 | $ 3,450.00 |
| 4/27/06 | Drawlings | $250.00 |
| 4/27/06 | $ 1,000.00 In Advance | |
| 4/27/06 | $ 700.00  Issue Fee | |
| 4/27/06 | $ 300.00  Publication Fee | |
| 11/06/06 | Total  $ 600.00 | $200.00 |
| 1/4/07 | Balance Due / from 11/06/06 | $400.00 |
| 2/05/07 | Balance Due $ 200.00 FROM  11/06/06 | |
| 3/12/07 | Balance Due $ 100.00 | |

TOTAL       $ 8,155.00

I Joan Fugazzi paid $ 960.00  — *I PAID for my Trademark.*

≡  Ⓜ **Gmail**

🔍  Search mail

Compose

| | |
|---|---|
| **Inbox** | 53 |
| Starred | |
| Snoozed | |
| **Drafts** | 177 |
| More | |

**Meet**

New meeting

Join a meeting

**Hangouts**

Ⓙ Joan                    +

No recent chats
Start a new one

## Re: AO Form 85   Inbox ×

I rec'd an email.  What do you need tell me.

On Tuesday, June 8, 2021 Joan Fugazi <joanfugazzi@gmail.com>
Please email Me the pages to .  Joanfugazzi@gmailcom That. Attorney
This is unfair. Because I never gave him. Authorization to do this. And .
Fugazzi. You can call me at 412 330 9146

On Sat, May 22, 2021, 3:10 PM Joan Fugazi <joanfugazzi@gmail.com>
Received, thank you.

On May 2, 2021 United States District Court for the District of Dela
Acknowledgment of receipt for AO form 85 , Notice of  available o
Note:  Completed receipt will be filed in the Civil Action

I hereby acknowledge receipt of 32 copies of AO  Form 85.
Date forms issued 9/1/06   Signature of party or their representativ
Nick Meadows.

listed civil Action No.. 575311366
Floyd Carothers vs Joan C. Fugazzi Smith
Floyd Carothers vs Joan C. Fugazzi Taylor
Floyd Carothers vs. Joan C. Fugazzi Brown
Floyd Carothers vs. Joan C. Fugazzi Wilson
Floyd Carothers vs. Joan C. Fugazzi Jones
Floyd Carothers vs. Joan C. Fugazzi Williams
Floyd Carothers vs  John C. Fugazzi Scott
Floyd Carothers vs. Joan  C. Fugazzi Jackson.

Received, thank you.        Got it.        Acknowledged.

Reply              Forward

September 7, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Joan C. Fugazzi
Plaintiff

Civil Action No. 22- -872

Attorney Floyd B. Carothers

Defendant

Acknowledgement and Motion to Order dated Nov 23, 2015 that the Chief
Judge Signed. To sign please for Accounts to be given to me that are due to
Joan C. Fugazzi the Inventor of my Invention the Pet Carrier Sweatshirt.

I Joan C. Fugazzi did not receive service under Fed . R. Civ. P. 4(m) documents
on or after December 1, 2015, filed by Attorney Carothers.
I did not receive this file on or after December 1 2015.
Attorney Carothers he did not comply with service to me under Fed R.
Civ.P.4(m). Attorney Carothers actions in regards to Delaware were all
concealed from me, Inventor Joan C. Fugazzi. I Joan C. Fugazzi, Inventor of
My Pet Carrier Sweatshirt Make A Claim For Relief Of All Accounts In My
Name, Joan C. Fugazzi, And It Should Be Known That All Of The Joan C.
Fugazzi Listed Civil Action Account Have An Addition Name After Joan C.
Fugazzi. Smith, Taylor, Brown, Wilson, Jones, William, Scott, Jackson.

IT SHOULD BE KNOWNED THAT I HIRED ATTORNEY FLOYD CAROTHER TO
ONLY DO A PATENT SEARCH AND TO ONLY MAKE A DESIGN PATENT AND
HE WAS PAID FOR HIS SERVICE $ 8,155.00. BUT ATTORNEY CAROTHERS
INTERFERRED WITH MY PATENTS AND TRADEMARK THINGS I DID WITH No
AUTHORIZATION FROM ME THE INVENTOR OF MY INVENTION THE PET
CARRIER SWEATSHIRT.

IT SHOULD BE KNOWN THAT ATTORNEY CAROTHERS CONCEALED ALL ACTIONS HE DID OF JOAN C. FUGAZZI INVENTION. THAT I MADE WITH MY MIND. I, AM JOAN C. FUGAZZI, THE INVENTOR AND ONLY POWER OF ATTORNEY OF MY INVENTION, THE PET CARRIERS SWEATSHIRT.

ATTORNEY CAROTHERS HAD NO RIGHT TO VIOLATE ALL OF MY INTELLECTUAL RIGHTS AND PROPERTY.

ATTORNEY CAROTHERS FALSELY CLAIMED THAT HE HAD POWER OF ATTORNEY OVER ME, JOAN C. FUGAZZI AND ALL OF MY INVENTION.

I NEVER APPOINTED, AND I NEVER SIGNED ANY POSTION AS A POWER ATTORNEY TO ANYONE.

THE PATENT OFFICE REVOKED ATTORNEY CAROTHERS ACTIONS THAT HE IS NOT POWER OF ATTORNEY ATTACHED IS FIVE PAPERS CONFIRMING FROM THE UNITED STATES OF AMERICA PATENT OFFICE. FIVE PAGES ATTACHED.

THE ONLY POWER OF ATTORNEY OVER ME AND MY PET CARRIER SWEATSHIRT INVENTION IS ONLY ME.

IF I WAS TO ASSIGN SOMEBODY IT WOULD ONLY BE MY HUSBAND OR MY CHILDREN.

 I UNDERSTAND I WAS ENTITLED TO GET A GRANT BUT I NEVER RECEIVED MY GRANT.  DID ATTORNEY CAROTHERS GET MY GRANT?

1.

Office of the Clerk

United States District Court

District of Delaware

844 North King Street, Unit 18

Wilmington, DE   19801-3570

Floyd B. Carothers
Defendant

U.S. District Court

Civil Action No.  22 – cv -872

Vs

Joan C. Fugazzi
Plaintiff

**ORDER**

WHEREFORE, I JOAN FUGAZZI ASK HONORABLE CHIEF JUDGE OF THE
UNITED STATES DISTRICT COURT OF DELAWARE TO GRANT ME
JOAN C. FUGAZZI ALL MONEY BEING HELD CIVIL ACTION NO. 575311366
AND ANY OTHER NAMES AND ANY OTHER NUMBERS ADDED TO FUGAZZI.
I, JOAN C. FUGAZZI INVENTOR OF MY INVENTION THE PET CARRIER
SWEATSHIRT HAS BEEN A VICTIM DEPRIVED FROM ALL ROYALTIES DUE TO
ME AS AN INVENTOR.  ATTORNEY CAROTHERS HAD DEPRIVED ME JOAN C.
FUGAZZI OF ALL ROYALTIES DUE TO ME AS AN INVENTOR OF MY INVENTION
THE PET CARRIER SWEATSHIRT. THE PATENT OFFICE PERSON BOB SAID TO
ME, ON AUGUST 30, 2022  THIS IS CRIMINAL WHAT ATTORNEY CAROTHERS
DID TO ME A CLIENT OF AN INTELLECTUAL RIGHTS AND PROPERTY
ATTORNEY. THE PATENT OFFICE INFORMED ME HE IS AN UNETHICAL
PROFESIONAL ATTORNEY AND THIS IS A CRIMINAL CASE WHAT ATTORNEY
CAROTHERS DID TO ME.  I ASK YOU HONORABLE JUDGE TO PLEASE SIGN
THIS ORDER AND GRANT ME ALL THE MONEY DUE TO ME.

_____                    _____
     Chief Judge Signature                              Date

Attorney Carothers writes,

 "Respectively submitted,

Carothers and Carothers

Floyd B. Carothers

Attorney for Joan C. Fugazzi

Fort Pitt Boulevard

Pittsburgh, PA  15219"


Such information is the proof that he needs to pay me Royalties due to me. Because he writes Attorney for Joan C. Fugazzi.          This is self-explanatory.

Attorney Carothers needs to pay me because he is  my hired attorney for me, Joan C. Fugazzi.

  Because I DO NOT WANT ANY TROUBLE.  I ONLY ASK FOR 5 % royalties from my hired attorney Floyd B. Carothers, which I am entitled to by law, as an Inventor.


Attorney Carothers opened this Delaware Case, and he never sent me any notifications of this Case.

This AO was all concealed from me.

My name Joan C. Fugazzi is on the case that Attorney Carothers opened. So, I feel that I am entitled to receive the funds in my name.

I have not received a penny of Royalties.   I showed my Intellectual Rights and Property my exclusive rights, of my Invention to hired Attorney Floyd Carothers in 2004. Almost 20 years waiting for my Royalties to be given to me has been an extreme hardship since I paid Attorney Carothers $ 8,155.00 for his services, and I trusted Attorney Carothers, an intellectual Rights and Property Attorney for 56 years of experience.

I am only asking 5% Royalties due to me.  Attorney Carothers can keep the 95 % he concealed from me with my Invention.

I only hired Attorney Carothers to work for me, with him getting me a Patent Search and a Design Patent. I write the truth.  I just want my Royalties due to me as an Inventor.  I rightfully deserve for creating the pet carrier sweatshirt.

Important.

Attorney Carothers writes, "Respectfully Yours, "Attorney for Joan C. Fugazzi,

Attorney Carothers is my hired attorney. And he is denying me of all my Royalties due to me.

November 10, 2022

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

**844 NORTH KINGS STREET, UNIT 18**

**WILMINGTON, DE   19801-3570**

**Floyd B. Carothers**

**Defendant**

**VS**

**Joan C. Fugazzi, pro se**

**Planiff**

**1:22-cv-00872-GBW**

**Honorable Judge Gregory B. Williams**

**Please have Mercy on me, an innocent Inventor, I ask for Royalties that were deprived from me.**

**NEW EVIDENCE THAT I FOUND THAT PROVES ATTORNEY CAROTHERS IS USING MY INVENTION THE PET CARRIER SWEATSHIRT.**

**MOTION TO GIVE ME THE MONEY THAT IS DUE TO ME, AS AN INVENTOR**

**OF MY PET CARRIER SWEATSHIRT INVENTION**

**Attached paper I had found recently:**

**I FOUND US58475704P – And when I did research I found This Patent was Violating my Utility Patent that I made myself   US 11/147,731    Application filed by Joan C. Fugazzi**

**I paid $ 500.00 for this utility patent**

**US20060005294A1 – Pet Sweat – Google Patents**

**US58475704P   US11/147,731 Application filed by Joan C. Fugazzi**

**I paid $ 500.00 for this Utility patent**

**I FOUND US58475704P**

1

My Utility Application filed by Joan C. Fugazzi US/209,397Attorney sent me a bill charging me
$ 3,500.00 for this Application, he interfered with this patent charging me, and I trusted him.  But I
never asked Attorney Carothers to do anything but a Patent Search and a Design Patent.

One Utility Patent was to add a hood.

One was to make it easier for Russell Company who could not figure out in the engineering
department how to make my pet carrier sweatshirt. So, I made a utility Patent with the pocket on top,
rather than in the sweatshirt.

I am an innocent Inventor.  I am a victim of an experienced intellectual rights and property attorney.

_____

Attorney Carothers  writes      IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Appliant: Joan C. Fugazzi

Application No: 29/221,173

FILED: January 11, 2005

For:  PET CARRIER SWEATSHIRT

AMENDMENT

Pate 2.

A.  Amendments to the Specifications:
    Attorney Carothers writes
    At the top of the first page of the application, delete the first subtitle "CROSS REFERENCE"
    and the following paragraph thereunder which reads "This application is based upon
    US Provisional Application No. 60/584,757, filed on July 1, 2004.

    Attorney Carothers Violated my Provisional Patent

At the end of the Amendment Attorney Writes

    Respectfully submitted

    CAROTHERS AND CAROTHERS

    Floyd B. Carothers
    Attorney for Joan C. Fugazzi
    Fort Pitt Boulevard
    Pittsburgh, PA   15219

    Attachment for review

    -------------------------------------------------------------------------------------------------------------------

    Another Document titled

2

**FILING RECEIPT FOR TRADEMARK APPLICATION      PAGE 01 OF 01        Feb 22, 2005**
**PET SWEAT**
**300 Farmcrest Dr.**
**Oakdale, PA  15071-9385**
 **(It should be noted all my Patent Mail went to Attorney Carothers from 2004 to mid-2022)**

**Owner:  Pet Sweat (NOT PROVIDED, Unknown) Attorney Carothers Violated my Trademark**

Attachment for review

I CREATED MY Invention the Pet Carrier Sweatshirt for my Chihuahua dog, because he wanted to be carried all the time.

When I went to see Attorney Floyd Carothers, an Intellectual Rights and Property Attorney, he willfully violated my Intellectual Rights and Property the first day that I showed him.  He knew it was wrong to violate a client invention, but he did it anyway.    Willful Infringement

I only asked Attorney Carothers to do a Patent search, that proved: I was the first to ever make a Pet Carrier Sweatshirt.  And a Design Patent that Attorney Carothers put a three year hold on to make his infringing on my patents first, before he did my Design Patent.

I did the Provisional Patent and the two Utility Patents and the trademark, myself.

Attorney Carothers Interfered with all my Patents and Trademark - that didn't belong to him.

 Attorney Carothers had no Authorization from me, he meddled with my Patents and Trademark with no authorization from me.

Attorney Carothers he received all my Patent Mail from 2004 to Mid-2022. So, Attorney Carothers did not inform me when my Utility Patents Maintenance fees were due.  I Trusted him, and he hurt me severely bad depriving me of my all my royalties due to me as an Inventor, to me and my husband and children. I am struggling bad financial, and I can hardly afford to buy food for me and my husband.

I see my Trademark that I Designed on my Business Card, and my Trademark I made being used in Liechtenstein.  Then I see another slightly bigger back Chihuahua different causing Trademark Dilution.

 It looks Like - Attorney Carothers around the same time, I was working with my patents, Attorney Carothers claimed Bankruptcy. I understand he had a small attorney business. As a result, I think he had a Cause of Action - reason to violate my Intellectual Rights and Property for his own financial gain benefit.

IT LOOKS LIKE Attorney Carothers had Violated my five big contacts that I made.  Sara Lee. Russell Company, PetSmart, Petco and Wal-Mart.  It looks like Attorney Carothers is working with Walmart position in his office in Pittsburgh in an important position.

Sincerely Yours,

Inventor of the Pet Carrier Invention

Joan C. Fugazzi

*Joan C. Fugozzi.*                    3

## THE ANSTRACT OF THE DISCLOSURE

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat".

Because it is a tender loving way to hold and carry your pet many places, with the

convenience of having two hands available to do what ever you wish.  You can clean

your yard, go shopping, and put your groceries away.  Take out the trash.  Talk on the

phone, use your computer, get your mail, do your laundry, fold clothes, clean your house,

you can go to work at some places that are allowed pets.  As a florist designer, I am

allowed to take my little Chihuahua dog with me to work and my dog will sit in the

sweatshirt pocket while I make flower arrangements, clean the store, and wait on

customers, answer the phone, and dust shelves.

I believe many people now days are attached to their pets. This new invention will enable

the comfort for a pet and pet owner that will be the first loving way to carry a pet in a

fashionable mannerism with a variety of sweatshirt colors to match your jeans or any

December 20, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

844 North King Street, Unit 18

Wilmington, DE   19801-3570

**Floyd B. Carothers**                                    **U.S. District Court**

                                                          **Civil Action No. 22-cv-872**

**Defendant**

**Vs.**

**Joan C. Fugazzi**

**Plaintiff**

**Attention Please:  Honorable Judge Gregory B. Williams**

**Rule U.S. Code ss 284 – Damages**

**Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court**

**Plaintiff Joan C., Fugazzi Request to please not dismiss the above case, for failure to effect proper service upon the Defendant.  According to Rule 4 M.**

**I Submitted approximate $ 400 some dollars to the Clerk of Court, assuming that it would be serviced by the court to Attorney Floyd Carothers.  I was not notified that it would cost additional money to serve Attorney Carothers.**

**It should be known that Attorney Carothers at no time informed me Joan C. Fugazzi of an AO in Delaware Court, or served me of this filing with this court, so I believe he violated Rule 4M also.**

**Can I, Joan C. Fugazzi, Inventor of the Pet Carrier Sweatshirt ask to settle my Royalties due to me in this court of Delaware?  Because Attorney Carothers put my name on as an AO, which was never authorized by me, Joan C. Fugazzi, no authorization of such authority was never given to Attorney Carothers.**

**Attorney Carothers writes he has power of Attorney over me, and that is not true.  The Patent Office Revoked Attorney Carothers saying Attorney Carothers has no Power of Attorney over me Joan Fugazzi.**

**This information, of proof was already submitted to Delaware Court.**

**I HAVE THE POWER OF ATTORNEY OVER MY SELF, Joan C. Fugazzi, the Patent Office writes.**

**This information, of proof was already submitted to Delaware Court.**

1

**I am the only power of Attorney over myself.** I never signed any paper to assign Attorney Carothers to be my power of attorney. If I wanted a power of attorney. It would not have been Attorney Carothers. It would have been my husband and my three children.

Evidence by the Patent Office has been submitted to this court, that Attorney Carothers is not my Power of attorney.

**Attorney Carothers writes,**

**"Respectively submitted,**

**Carothers and Carothers**

**Floyd B. Carothers**

**Attorney for Joan C. Fugazzi**

**Fort Pitt Boulevard**

**Pittsburgh, PA  15219"**

Such information is the proof that he needs to pay me Royalties due to me. Because he writes Attorney for Joan C. Fugazzi.        This is self-explanatory.

Attorney Carothers needs to pay me because he is my hired attorney for me, Joan C. Fugazzi.

**Because I DO NOT WANT ANY TROUBLE. I ONLY ASK FOR 5 % royalties from my hired attorney Floyd B. Carothers, which I am entitled to by law, as an Inventor.**

**Attorney Carothers opened this Delaware Case, and he never sent me any notifications of this Case. This AO was all concealed from me.**

**My name Joan C. Fugazzi is on the case that Attorney Carothers opened. So, I feel that I am entitled to receive the funds in my name.**

**I have not received a penny of Royalties.  I showed my Intellectual Rights and Property my exclusive rights, of my Invention to hired Attorney Floyd Carothers in 2004. Almost 20 years waiting for my Royalties to be given to me has been an extreme hardship since I paid Attorney Carothers $ 8,155.00 for his services, and I trusted Attorney Carothers, an intellectual Rights and Property Attorney for 56 years of experience.**

**I am only asking 5% Royalties due to me.  Attorney Carothers can keep the 95 % he concealed from me with my Invention.   only hired Attorney Carothers to work for me, with him getting me a Patent Search and a Design Patent. I write the truth.   I just want my Royalties due to me as an Inventor.  I rightfully deserve for creating the pet carrier sweatshirt.**

**Important. Attorney Carothers writes, "Respectfully Yours, "Attorney for Joan C. Fugazzi,**

**Attorney Carothers is my hired attorney. And he is denying me of all my Royalties due to me.**

**Please talk to Attorney Carothers. The Patent Office said Attorney Carothers needs to pay me Royalties' due to me.**

2

I called Attorney Carothers today, December 20, 2022 and I left a message to please let's resolve this, and we both know what you did, please pay me my Royalties due to me.

I ONLY WANT AND REQUEST RIGHTFULLY WHAT BELONGS TO ME. I DO NOT WANT ANY TROUBLE.

I INVENTED THE PET CARRIER SWEATSHIRT WITH MY MIND, for my chihuahua dog I bought at the pet store in 2001, and he wanted to be carried all the time. So, I made my Invention for the Love of my dog. AND IT IS EXCLUSEVELY JOAN C. FUGAZZI INVENTION, WHICH WAS NEVER SOLD TO ANY ONE.

And I never gave Attorney Carothers or anyone authority to use my Invention in any way.

I was left out of my Invention. I AM AN INNOCENT INVENTOR who has been taken advantage of, and deprived of my royalties due to me. I created the pet carrier sweatshirt for my chihuahua dog who I loved so much, with the intent to make a lot of money, not to be given away free to anyone.

Attorney Carothers writes "Whether You are an individual, a small business, or a large corporation in the United States or overseas, engage Carothers and Carothers to help you fully protect your Invention and other Intellectual Property."

This case should not be closed, or dismissed.

I showed my Invention to Attorney Carothers in 2004. The next day, I had some questions and I called and his wife answered the phone and she said attorney was too busy to come to the phone, he was working on my Invention. Attorney Carothers left me out from the very beginning and he concealed all activities of my Invention from me the Inventor.

This is Bad Faith and unethical for a patent attorney to take over a client's invention.

This is the Law he is supposed to protect the Inventor. The Patent Office said Attorney Carothers had bad Faith. And Attorney Carothers needs to pay me all my Royalties, for him using my Invention.

My Invention the Pet Carrier Sweatshirt was made for me, praying for years, since I WAS A LITTLE GIRL. I WANTED TO CREATE SOMETHING TO MAKE THE WORLD A BETTER PLACE. BECAUSE MY GOAL WAS TO GO DOWN IN HISTORY AND MY NAME WOULD NEVER DIE, BECAUSE MY NAME WILL GO DOWN IN HISTORY AS AN IMPORTANT INVENTOR. This is my Life Time Dream. This Dream should not be taken away from me violating my intellectual rights and property, my Idea, and my invention.

Also, I WANTED TO GIVE TO MY FAMILY WEALTH from MY Invention, not a hired attorney family wealth.

It seems many are using my Invention; attorney Carothers made my invention available international.

I COME TO Delaware Court in Peace. Asking for my Royalties due to me as an Inventor

The Battle is the Lords of Righteousness.

Rule 271 an Inventor should not be deprived of their Invention.

IT IS BAD FAITH FOR AN ATTORNEY TO DENY A CLIENTS INVENTION   ROYALTIES.

AND TO CONCEAL ALL HIS ACTIONS OF MY INVENTION.

*ADVISED OF URI. GIVEN MEDS FOR 5 DAYS*

# Petland

## Puppy Warranty

Breed _UnReg Chihuahua_     *I bought my Little Dog*

Sex _MAle_

Date of Birth _4/24/01_ ✓

Sire _____

Dam _____

Breeder _Kimberly DAy_

Registration _____

Date of Purchase _8.11.01_

Purchase Price _375.00_

Pet Counselor _FELiCiTy_

Sire # _____

Dam # _____

Litter # _____

Store I.D.# _121_                    _371_

### LIMITED 10 DAY PUPPY WARRANTY

The puppy you have selected is warranted by this Petland retailer to the original purchaser to be healthy at the time of purchase. During the limited warra period, should your veterinarian find this puppy to be a poor health risk or detect any physical health problem that would require further veterinary care other th required vaccinations and/or wormings, you must notify this Petland retailer within two (2) business days.

In accordance with the above, this Petland retailer also warranties your puppy to be free from Parvo Virus, Distemper, Hepatitis, Corona Virus, and Cani Influenza for a limited ten (10) days from the date of purchase. Should your veterinarian detect any of the above-mentioned diseases within the ten (10) day peri immediately following your purchase, you must notify your Petland retailer within two (2) business days.

### LIMITED ONE YEAR EXTENDED WARRANTY

This Petland retailer warrants your puppy for 1 year from the date of purchase against hereditary and congenital disorders that may interfere with yo puppy's ability to lead a normal life. This Petland retailer provides your pet solely for the purpose of a companion pet. There is no warranty expressed or impli that you will be able to use your pet for showing or breeding purposes.

In the event that your licensed veterinarian certifies your animal to be unfit for purchase within ten (10) days following receipt of your animal, or in the case congenital or hereditary cause as noted in the Limited One Year Extended Warranty, you must supply this Petland retailer with your veterinarian's written rep within two (2) business days of diagnosis. You may then choose a replacement puppy of equal value, a full credit of the original purchase toward the purcha of any other puppy of your choice, a complete refund of the purchase price of the puppy, not including the sales tax, or retain the puppy. You may take up to (6) months to select your replacement puppy. If you choose to retain the puppy, you are entitled to receive reimbursement from this Petland retailer reasonable veterinary fees incurred in curing or attempting to cure the affected dog, subject to the following: this Petland retailer's liability for reimbursem shall not exceed the purchase price, not including sales tax, of the puppy; and your veterinarian determines the puppy's illness can be treated by procedures t are appropriate and customary. Reimbursement shall not include the costs of the initial veterinary examination fee and diagnostic or treatment fees not dire related to the veterinarian's certification that the animal is unfit for purchase.

### LIMITED LIFETIME WARRANTY

In the event your puppy should die, whether by natural or other causes, this Petland retailer will give to the original purchaser a credit of twenty-five perc (25%) toward the purchase of a replacement puppy of your choice. You may select your replacement puppy at any time after presenting to your Petland y veterinarian's written verification of your puppy's death, and a copy of your Petland warranty. This Limited Lifetime Warranty is in addition to the Limited 10 D and One Year Warranty.

### LIMITATION OF LIABILITY

Buyer has read and understands the Petland limited warranties and acknowledges that no reimbursement of veterinarian fees for the initial examination reimbursement for consequential or incidental damages will be made and that the initial examination and the timely submission of veterinary reports conditions precedent to the effectiveness of the Limited 10 Day Puppy Warranty, Limited One year Extended Warranty, and Limited Lifetime Warranty. So states do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you.

To be eligible for the 10 Day Health Guarantee, 1 Year Extended Warranty and Lifetime Warranty, you must keep the puppy under regular and contin care of a licensed veterinarian. Care must include regular vaccinations and wormings, as recommended by your veterinarian.

If you are eligible for and select another puppy or credit towards another puppy, you must return any registration or registration application documents your pet that have been delivered to you. You must also assign any and all documents back to this Petland retailer.

The above constitute the entire warranties provided by your Petland retailer. The buyer agrees that there are no other warranties which extend beyond th contained within this document. The duration of any applicable implied Warranties on this puppy are limited to the 10 Day, 1 Year and Lifetime Lim Warranties, respectively. Some states do not allow limitations on how long an implied warranty lasts so the above limitation may not apply to you. Warranty give you specific legal rights, and you may also have other rights which vary from state to state.

This disclosure of rights is a summary of Pennsylvania Law. The actual provisions of the law are in Section 9.3 of the Unfair Trade Practices and Consu Protection Law.

This guarantee does not warrant that this dog has been examined by a veterinarian. The Purchaser is encouraged to have this dog examined l veterinarian as soon after purchase as is feasible.

Your new puppy has been examined by _Dr. Hough met vet_ , DVM _412-7886400_
(Name of Store Veterinarian)                              (Phone #)

Petland Store: _Parkway Center mall_

Store Address: _1165 mcKinny Ln_

Store Phone Number: _412-919-6064_

Owned and Operated by: _Melissa Elaschat_

Customer Signature: _Vambd_

Customer Name: _JOAN FUGAZZI_

Address: _300 FARMCREST DR._

_OAKDALE, PA 15071_

Phone: _(412) 788·2609_

PTO/SB/16 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No.

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| *Joan Christine* | *Fugazz* | *Oakdale PA 15071* |

☐ Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max)

*Pet Sweat*

### CORRESPONDENCE ADDRESS

Direct all correspondence to:
☐ Customer Number _____ Type Customer Number here →  Place Customer Number Bar Code Label here
OR

| Firm or Individual Name ☐ | *Pet Sweat* |
|---|---|
| Address | *300 Farmcrest Dr* |
| Address | *Oakdale* |
| City | *PA* | State *PA* | ZIP *15071* |
| Country | *USA* | Telephone / Fax |

### ENCLOSED APPLICATION PARTS (check all that apply)
☐ Specification   Number of Pages _____   ☐ CD(s), Number _____
☑ Drawing(s)   Number of Sheets *1*   ☐ Other (specify) _____
☐ Application Data Sheet. See 37 CFR 1.76

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT
☐ Applicant claims small entity status. See 37 CFR 1.27.
☐ A check or money order is enclosed to cover the filing fees
☐ The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: _____
☐ Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☐ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____   Date *9/1/04*

TYPED or PRINTED NAME _____

TELEPHONE _____

REGISTRATION NO. (if appropriate)
Docket Number:

## USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Provisional Application, Assistant Commissioner for Patents, Washington, D.C. 20231.







## THE ANSTRACT OF THE DISCLOSURE

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat".
Because it is a tender loving way to hold and carry your pet many places, with the
convenience of having two hands available to do what ever you wish.  You can clean
your yard, go shopping, and put your groceries away.  Take out the trash.  Talk on the
phone, use your computer, get your mail, do your laundry, fold clothes, clean your house,
you can go to work at some places that are allowed pets.  As a florist designer, I am
allowed to take my little Chihuahua dog with me to work and my dog will sit in the
sweatshirt pocket while I make flower arrangements, clean the store, and wait on
customers, answer the phone, and dust shelves.

I believe many people now days are attached to their pets. This new invention will enable
the comfort for a pet and pet owner that will be the first loving way to carry a pet in a
fashionable mannerism with a variety of sweatshirt colors to match your jeans or any

BUSINESS PLAN

PET SWEAT

Joan Fugazzi

300 Farmcrest Drive, Oakdale, PA   15071

Phone 412-788-2609 Cell 4122-330-9146

E-Mail contact mindgamediet@yahoo.com

1

BUSINESS PLAN

PET SWEAT

Joan Fugazzi

300 Farmcrest Drive, Oakdale, PA   15071

Phone 412-788-2609 Cell 4122-330-9146

E-Mail contact mindgamediet@yahoo.com

## STATEMENT OF PURPOSE

The Sole proprietor is Joan Fugazzi.
I would like to be connected with an Investor, so the product the "Pet Sweat"
will be available for everyone to buy, and will be a success.
Because I truly believe there is a need for this comfortable sweatshirt carrier.

The Source: Having the funding to manufacture and distribute the product is needed.
I already have spent $17,000.00 to date. .

The benefits: It's going to be for someone who has money and is willing to
take a chance. That person will be rewarded as the products are distributed and
sold.

The business I started is known as the "Pet Sweat".
The Pet Sweat has a United States of America Patent Certificate,
that was issued on April 3, 2007.
The Pet Sweat has a United States of American Patent and Trademark Office
Certificate of Registration issued in April 2007.

The advantages are the pet owner can have two hands free while holding a pet
comfortably in a Pet Sweat Carrier.
My idea was started, when I got a dog at the pet store. , and the Chihuahua named Spike
constantly, wanted to be held. So in order to do my daily activities, while holding my
pet I devised the Pet Sweat. This invention allows a pet owner to have two hands free,
while holding a pet.

The Pet Sweat Carrier has evolved into many types of uses.
The Pet Sweat can be used in a Marathon Running Race, and daily walking
activities. It can hold several water bottles, a wallet, and a lunch.
The Pet Sweat can he used for small tools for a worker.
The Pet Sweat can be used for young children; they can carry in the Pet Sweat, a bottle, a
favorite blanket, or a pacifier.
Senior Citizens, the growing amount of baby boomers can carry their wallet, a
Cross- word puzzles book and etc. conviently at their disposal.
The Pet Carrier has many other possibilities.

The Pet Sweat comes in a large variety:
Long sleeves hood and no hood. Short sleeves hood or no hood, no-sleeve hood or no
hood.
Also, I invented a Pet Sweat Collar.
It simply keeps a pet warm in the cold. Basically it is a turtle Neck for a pet.
It is a stylish piece of clothing for a pet. It comes in x-small, small, medium,
large, x-large, and xx large.
I am also willing to sell the rights to the Patent and Trademarks for a negotiated amount.

2

TABLE OF CONTENTS

1.  Pet Sweat

A.    Description of Business

B.    Products and Services

C  .Market Analysis

1.  Industry Information

2.  Target Market

3.  Competition

4.  Competitive Advantage

5.  Marketing Strategy

6.  Pricing Strategy

D.  Management and Personnel

1.  Principals

2.  Dates, Responsibilies and Salaries

E.  Supporting Documents

l. THE PET SWEAT

### A. DESCRIPTION OF BUSINESS

The Pet Industry is a growing business today.  Many items are available for pets

I, Joan Fugazzi thought of the comfortable pet carrying idea about five years ago, after purchasing a pet at the Pet Store in the mall.   I found my pet Chihuahua Spike wanted to be carried always.  I could not get my house work done, because it takes two hands to hold a pet properly,. So I thought of the idea of carrying my dog in a big pocket from a sweatshirt with comfortable material for myself and my pet.

The first one I made myself on my old sewing machine that I have.  Then, I had spent alot of money on costly sweatshirt material at Joann Fabrics stores.  I have spent many hours designing the Pet Sweat. I have experimented with many canvas fabrics to finally find the perfect Pet Sweat.

I have hired Attorney Floyd Caruthers in the month of July about five years ago to help me legally protect my idea concerning the Pet Sweat.
 I have hired women who sew, to make prototypes.  But I have made many adjustments and changes to make the Pet Sweat perfect. I have had all the women sign a Confidential Disclosure Agreement with the advice of my attorney.

I had a Patent Search first to make sure there was nothing like the Pet Sweat, because I wanted to protect myself from being sued.  This was costly.

I had put together a Provisional Patent and presented it to the United States Patent Office.

My Attorney had done the entire Design Patent and I was awarded a Certificate from the United States Patent Office  on April 3, 2007.  This procedure took approximately three years.  This was a very costly expense.

I had proceeded to put together two Utility Patents myself.  This was a cost of $500.00 each, a total of $1, 000, 00 and it was a loss.  These patents could not meet the requirements of the Patent Office. After hours of research and phone calls to the United States Patent office communicating with  well organized, uniformity and  rules documented on presentation and proper forms involved with patents.  It had been quite an education for me. And I found the United States Patent and Trademark office to be courteous, helpful and also exact on all forms.

I diligently proceeded to put together a Trademark.   After studying many drawing. that I made up.  And I studied with the help of my wonderful husband Jack on how exactly to present the Pet Sweat to the Trademark Office.    I had found a great design that I am comfortable with a Chihuahua in a pocket. .

After many hours of research I was awarded an official United States of America Trademark Certificate in April 2007.

After many prayers, I have found two professional women to make the Pet Sweat to my specifications.  These ladies are experts in the field with making wedding dresses and alterations.

At this time they are making the Pet Sweat and the Pet Sweat Collar.

I have five places of business that want to put the Pet Sweat into their stores.
The Pet Sweat will be hopefully made and sold by the end of summer, so that the Fall and Christmas with have high sales and production with the help of these two ladies. Most Buyers buy in July for Christmas, and that is the plan with the Pet Sweat.

Plans are to contact Dicks Sporting Goods Buyers and present to them the advantages of selling the Pet Sweat in all of their stores. Dicks is a local company, and possibly and hopefully they will want to help start the Pet Sweat, which I believe will be a success.  People need the Pet Sweat, and Pets need the Pet Sweat.

 It has been only through the faith of God that this Invention has started, and I believe with be a total success in the marketplace.

My husband is a graduate of Duquesne University, and he is very intelligent and helpful with specifications regarding patent requirements and I am blessed by that.

5

## B. PRODUCTS AND SERVICES

There is a market for pet items and there is a great interest in stores for new pet products. The Pet Sweat basically is a convenience for a pet owner to hold a pet and have two hands available to do what they want.

The Pet Sweat is a perfect item for Pet Stores to take home a small pet weighing 10 pounds or under.

The Pet Sweat is perfect for a Vet's Office to sell the Pet Sweat to care for a sick pet, allowing you to carry the pet with you till the pet gets well.

The Pet Sweat is a bonding item for pets and pet owners. The Pet Sweat is a safe item, it is insolated with canvas material called duck cloth
sandwiched into the back of the Pet Sweat and the front pocket of the Pet Sweat.

The Pet Sweat has a soft coil rope sewed into the back, with the purpose to tie around the pets neck as a safety feature.
The Pet Sweat can not only be used for a pet, but it can use for many purposes.

A athletic runner for example can carry water bottles, a lunch, a wallet, a cell phone, a watch and etc. while running in a Marathon Race. I believe everyone one will want the Pet Sweat in a race.

This Pet Sweat I believe will be very popular for runners who do not want to carry any kind of purse with them.  The Pet Sweat can be a success for Marathons throughout the World.

It is unfortunate that there is a growing community of senior citizen homes.  Seniors are very protective of their items like their money, or favorite book, magazine, candy, and etc. and they can sleep with the Pet Sweat and wear it over a shirt every day.

The Pet Sweat has fake fur designed around the sweatshirt collar for young girls to wear, creating a cute look for young girls.

The Pet Sweat comes in all sorts of colors, whatever colors the sweatshirts come in.

Basically the material of the sweatshirt is very comfortable.
In 1900 the Sweatshirt arrived to stores.  No one has ever though of the large convenient pocket, until I did a few years ago.
  I have been diligently trying to bring this convenience of the Pet Sweat to everyone. It has taken this time to get where I am today.

All we have to do is purchase wholesale already made Sweatshirts, and add the Pocket, basically.

B.  MARKET ANALYSIS

1.  INDUSTRY INFORMATION;

Russell Company had my Pet Sweat for 14 months, in the marketing department and Engineering Department.

With a change of ownership, they returned all of the Pet Sweat Items.

If a Sweat Manufacture will accept the Pet Sweat, it would be he best way to mass produce the Pet Sweat.

We can purchase many sweatshirts and make the adjustments with the pocket, no sleeve, long sleeve, and short sleeve.

I found that no mater how much you search for the colors to match the sweatshirt color, you cannot find the exact black, or red, or white and so on.

You have to purchase sweatshirts to make the Pet Sweat.  Basically it takes 2 and one half sweatshirts to make the Pet Sweat.  Then you will have the exact color.

None of the fabric goes to waste, because all cut out fabrics are used to make the Pet Sweat Collar.  The Collar will keep pets warm in the house and outside.  It is an entirely new way for a pet to be stylish and warm.

I created the Pet Sweat collar one day when it was a cold winter day, my pet was freezing in my home, and I just grabbed an old sweatshirt and cut the sleeve, and put the sleeve on to my dog Spike's neck.  He was warm and comfortable with this new collar on..
With this in mind by using several sweatshirts to make the Pet Sweat, we have all of the ingredients available to make the Pet Sweat Collar.

7

2.  TARGET MARKET:

I HAVE A LEGAL PATENT

I Have Models.  My white Chihuahua dog  Spike.
My daughter's dog Tequila; a Tea Cup white Chihuahua.
I have a Chocolate Siamese cat named Panda for a model.
My Attorney, I believed used Panda for the Model in the Patent simple because all cats
can be in the Pet Sweat, and only small dogs.

The Models will catch the attention for potential customers.
Pet Stores can sell the Pet Sweat
Veterinary Office's can sell the Pet Sweat

My Plan is to present the Pet's Sweat as an Athletic Item in sporting goods departments.

I can sell the Pet Sweat to a large sweatshirt manufacture.  They can pay me money,
plus 5 percent of every one sold.

I have a UPC Number that cost me $750.00, another costly expense item bought in
September 2006.  It will expire in a few months, and there will be an additional charge to
continue the assigned UPC Number.

We will need to have a printing company put together a bar code from the UPC Number.
A code will be given for each individual item.

Cloth tags will have to be made with the Trademark on and added to the Pet Sweat's.
 I found a company in Bethlehem Pennsylvania that will make the proper tags.

Liability Insurance will be needed for one million dollars.  I have found an Insurance
company that has dawn up a quoted figure to protect the Pet Sweat.

The Pet Sweat's are  sold with a hood without a hood, long sleeve, short sleeve, no
sleeve, and can be sold all over the country and world.

I know a man who speaks Chinese, he is married to a Chinese women, and has visited
China many times, and has agreed to be an interpreter for the Pet Sweat.

8

3.  COMPETITION:

I have an official patent search and Design Patent in my name. Documented.

I was the first to come with a Sweatshirt Carrier.

Eric Swift from Duquesne has found on the internet, two others are selling a very similar item.  They did not have the unique idea first.

Because the Pet Sweat is a unique, comfortable item, I believe it can command a higher price than a typical sweatshirt.

9

4. COMPETITIVE ADVANTAGE;

The Pet Sweat has not been sold as yet.

Preparations are being made to be sold soon.

I believe that the Pet Sweat has a Million Dollar Potential.

The Start of the Pet Sweat Invention has been a very costly one for me.

Now we need money to pay these two ladies making the Pet Sweat items.
We need money for the materials, and a lot of Sweatshirts that are already made.

A large amount of money has to go for a manufacture to produce the Pet Sweat's
in large volumes

A Web Page is needed to promote sales for the Pet Sweat.
The cost will be a little over $350. 00  for a web page that I had found..

Preparations for money to be received on the web page needs to be done.

The wholesale cost of a sweatshirt times 3 and the cost for someone to make the Pet
Sweat will have to be included to determine the final costs for each Pet Sweat Carrier,
and each Pet Sweat Collar.

You can call me direct at 412-788-2609 and  leave a message including your phone
number.   My cell phone is 412-330-9146.   I work at Betsy Ann Chocolates
in the Robinson Mall at number F Parking Lot upstairs.  You can meet with me there or
at my at Home at 300 Farmcrest Drive, Oakdale, PA   15071

10

## 2. Property Rights

The law considers a patent to be personal property that its owner can sell, give away, or otherwise dispose of. It can even be seized by your judgment creditors, just like your car, a share of stock, or any other item of personal property. Although it's personal property, the actual patent deed you receive from the PTO has no inherent value; thus you need not put it in your safe-deposit box or take any steps to preserve it against loss. Your ownership of the patent is recorded in the PTO (just like the deed to your house is recorded by your county's Recorder of Deeds). If you lose the original deed, the PTO will sell you copies of the printed patent or certified copies of a title report showing that you're the owner.

3. Medical Pro...

Design Patent
Attorney Docket No. 4415 Des.


**CROSS REFERENCE**


This application is based upon US Provisional Application No. 60/584,757, filed on July 1, 2004.

**SPECIFICATION**

TO ALL WHOM IT MAY CONCERN:

BE IT KNOW, that I, Joan C. Fugazzi, have invented a new original and ornamental design for PET CARRIER SWEATSHIRT, of which the following is a specification, reference being had to the accompanying drawings which form a part hereof.


FIG. 1 is a perspective view of a PET CARRIER SWEATSHIRT showing my new design in use;


FIG. 2 is a perspective view of the PET CARRIER SWEATSHIRT showing my new design;


FIG. 3 is a left side elevational view with the right side being a mirror image thereof;


FIG. 4 is a rear elevational view thereof;


FIG. 5 is a top view thereof; and

FIG. 6 is a bottom view thereof.

The broken line showing of a person wearing the PET CARRIER SWEATSHIRT and a pet in the pocket of the PET CARRIER SWEATSHIRT is for illustrative purposes only and form no part of the claimed design.

I CLAIM:

The ornamental design for a PET CARRIER SWEATSHIRT as shown and described.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 6



FIG. 5

## BACKGROUUND OF THE INVENTION

Reference to Provisional Patent:

1. My dog wants to be carried, but I need 2 hands to do my work

2. The purpose and advantage is that both hands are free, and your dog or cat is comfortable.

3. Description – A pocket in a sweatshirt for dogs or cats or any small animals under ten pounds of weight .

4. Long Sleeve or short sleeve

5. Ramifications – The pet is comfortable with owner.

6. Tests – The pet has been carried around the house.

When using the Pet Carrier you must stay away from the stove or any hot fire area.

7.   The Pet does not want to leave the Pet Carrier comfort.

CROSS REFERENCE

The application is based upon US Provisional Application No. 60/584,757, filed July 1, 2004.

The application is based upon a Design Patent Application No. 29/221, 173, filed January 11, 2005

The Trademark is a Chihuahua in a pocket.    For Clothing Int. Class No. 025, No. 76/630028, filed January 26, 2005

The application is based upon a Utility Patent Application No. 11/147,731 filed July 6, 2005

This is a continuation Utility Patent filed July 6, 2005 titled, "Pet Sweat," a pet carrier sweatshirt.

4

BRIEF DISCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

Fig. 1.  Is a perspective view of the Pet Carrier Sweatshirt showing my

new design in use.

Fig. 2.  Is a perspective view of the Pet Carrier Sweatshirt showing my new

design.

Fig 3  Is a left side elevation view with the right side being a mirror image thereof;

Fig 4  Is a rear elevation view thereof.

Fig 5 Is a top view thereof; and

Fig 6.  is a bottom view thereof.

Fig 7.  is an inside out view of the Pet Carrier  showing the front of my new design.

Fig. 8.  is an inside out view of the Pet Carrier showing the rear of the new design.

Fig 9.Is a top inside out view thereof of the Pet Carrier Sweatshirt., and

Fig 10. Is a bottom view thereof of the Pet Carrier Sweatshirt,

    The broken line showing me wearing the Pet Carrier Sweatshirt and a pet in the pocket

of the Pet Carrier Sweatshirt is for illustrative purposes only and form no part of the

claimed design.

LAW OFFICES

**CAROTHERS AND CAROTHERS**

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS
———
OF COUNSEL
PAUL A. BECK
———
FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE:  (412) 471-3575
FAX:  (412) 281-2180
EMAIL: PITTPATENT@AOL.COM
———
PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

October 26, 2004

Joan Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

Re:    Sara Lee

Dear Joan:

I have reviewed the proposed disclosure agreement sent by Sara Lee Corporation. This agreement provides that there is no confidential relationship.  Accordingly, if you decide to submit your invention under this agreement, you basically will have no protection.

Obviously, the best thing is to first conduct a preliminary patent novelty search to determine whether the invention is even patentable, and then if it is patentable to apply for a patent application.  I understand that you cannot afford any of these procedures and unfortunately, I therefore cannot really help you in this regard.

Nevertheless, you still might want to submit your idea to Sara Lee under this agreement, hoping that they will be honest and this would at least be something, which is better than doing nothing.

I am returning your original documents.

Very truly yours,

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc
Enclosures

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS
—
*OF COUNSEL*
PAUL A. BECK
—
FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL:
PITTPATENT@AOL.COM

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

November 5, 2004

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

---

Re:   Express Preliminary Patent Novelty Search
      PET CARRIER SWEATSHIRT

To:   Conducting an express preliminary patent novelty
      search and reporting and advising thereon.          $    700.00

Less:  Payment.                                            $ -  700.00

AMOUNT DUE                                                      -0-

LAW OFFICES

**CAROTHERS AND CAROTHERS**

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS
—
*OF COUNSEL*
PAUL A. BECK
—
FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

December 30, 2004 ✓

PHONE: (412) 471-3575
FAX: (412) 281-2180

EMAIL:
PITTPATENT@AOL.COM
—
PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   New Design Patent Application ✓
      PET CARRIER SWEATSHIRT

To:   Preparation and filing of a Design Application for ✓
      the PET CARRIER SWEATSHIRT, including
      preparation of the specification, drawings, Declaration
      and Transmittal Letter and to filing all papers with the
      US Patent and Trademark Office and reporting thereon.     $   1,600.00 ✓

      US Patent and Trademark Office filing fee for a small
      entity.                                                   $      175.00

TOTAL AMOUNT DUE                                                 $   1,775.00

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS

———
*OF COUNSEL*
PAUL A. BECK

———
FLOYD N. BARBER
1861-1933

WILLIAM D. CAROTHERS
1903-1982

December 30, 2004

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL:
PITTPATENT@AOL.COM

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   New Design Patent Application
PET CARRIER SWEATSHIRT

Dear Joan:

We were finally able to finish preparation of your new design patent application. Thank you for your patience.

We enclose a copy of the application papers, including the specification, drawings, Declaration of Inventorship and Transmittal Letter for submission of the papers to the US Patent and Trademark Office. All of these papers are for your file.

We also enclose the original Declaration. If everything appears to be correct, please sign the original Declaration and return it to us, together with your remittance for filing.

We enclose our invoice.

Very truly yours,

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc
Enclosures

Patent
Attorney Docket 4414 Design

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Joan C. Fugazzi | ) | Doan, Anhdao |
| | | ) | Patent Examiner |
| Application No.: | 29/221,173 | ) | Art Unit 2914 |
| | | ) | |
| Filed: | January 11, 2005 | ) | |
| | | ) | |
| For: | PET CARRIER SWEATSHIRT | ) | Pittsburgh, Pennsylvania |

## AMENDMENT

Mail Stop NON-FEE AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

This Amendment is filed in response to the Office Action dated August 22, 2006.  Kindly amend the specification and drawings as indicated hereinafter.

--

**A) <u>Amendments to the Specification:</u>**

At the top of the first page of the application, delete the first subtitle "<u>CROSS REFERENCE</u>" and the following paragraph thereunder which reads "This application is based upon US Provisional Application No. 60/584,757, filed on July 1, 2004."

Kindly amend the paragraph beginning at line 13 on the first page of the specification to read as follows:

- - FIG. 4 is a rear elevational <u>reduced</u> view thereof; - -

**B) <u>Amendments to the Figures:</u>**

Applicant encloses replacement sheets 1 and 5 for correcting FIGS. 1, 5 and 6.  Kindly substitute the new replacement sheets for the original sheets.

The hairline in FIG. 1 as indicated by the Examiner is now shown in broken lines.

FIGS. 5 and 6 have been amended to show the "sleeve" members as being spread out.

Also, in FIGS. 5 and 6, the neck portion has been reduced in size to be consistent with FIG. 4.

C) **Remarks:**


It is believed that the foregoing amendments correct all of the errors noted by the Examiner and that this application is in condition for allowance. Accordingly, notice of allowance is requested.


Respectfully submitted,

CAROTHERS AND CAROTHERS


Floyd B. Carothers
Attorney for Joan C. Fugazzi
Fort Pitt Commons, Suite 500
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

FBC:jkc
Reg. No. 24,252
(412) 471-3575
(412) 281-2180
Pittpatent@aol.com

I hereby certify that this correspondence is beinng deposited with
the United States Postal Service with sufficient postage as First
Class Mail in an envelope addressed to: Commissioner for Patents,
P.O. Box 1450, Alexandria, VA 22313-1450, on _Oct. 3, 2006_
CAROTHERS AND CAROTHERS

-4-

Previous Patent Application:

Next Patent Application:

Industry Class:

###

Design/code © 2004-2006 Freshpatents.com.
Patent data source: United States Patent and Trademark Office
Information published here is an abstract for research/educational purposes.
Complete official applications are on file at the USPTO and may contain addit
FreshPatents.com is not affiliated with or endorsed by the USPTO

Thank you for viewing the *Pet sweat* patent info.

Results in 0.03785 seconds

Other interesting Feshpatents.com categories:

,            ,                   ,

Applicant is entitled to small entity status under 37 C.F.R. Section 1.9 and 1.27.

The required filing fee of $175.00 for a design patent application for a small entity is enclosed herewith in the form of a check.

Respectfully submitted,

CAROTHERS AND CAROTHERS

Floyd B. Carothers
Attorney for Joan C. Fugazzi
445 Fort Pitt Blvd., Suite 500
Pittsburgh, PA  15219
(412) 471-3575
(412)281-2180 FAX

FBC:jkc

I hereby certify that this correspondence is being deposited with the United States Postal Services with sufficient postage as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

CAROTHERS AND CAROTHERS

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

7590      11/03/2006

CAROTHERS AND CAROTHERS
Suite 500
445 Fort Pitt Blvd.
Pittsburgh, PA 15219

| EXAMINER |
| --- |
| DOAN, ANHDAO |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2914 | |

DATE MAILED: 11/03/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 29/221,173 | 01/11/2005 | Joan C. Fugazzi | 4415 DESIGN | 9303 |

TITLE OF INVENTION: PET CARRIER SWEATSHIRT

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $400 | $0 | $0 | $400 | 02/05/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308. *I NEVER WROTE THIS*

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/221,173 | 01/11/2005 | Joan C. Fugazzi | 4415 DESIGN | 9303 |

| 7590 | 11/03/2006 |
|---|---|

CAROTHERS AND CAROTHERS
Suite 500
445 Fort Pitt Blvd.
Pittsburgh, PA 15219

| EXAMINER |
|---|
| DOAN, ANHDAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2914 | |

DATE MAILED: 11/03/2006

## Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.



Filing Receipt for Trademark Application
Please correct the file please.  I talked to someone on the phone June 7, 2005 and they
told me I must to the following.

Concerning the

PET SWEAT
300 Farmcrest Drive
Oakdale, PA   15071-9385

Serial Number: 76/630028
Filing Date: Jan 26, 2005
Register: Principal

Mark: Pet Sweat
Mark Type: (S) Trademark
Drawing Type : Words, letters, or numbers and design
Filing Basis:Sect. 1 (b) (Intent to Use)

<u>Owner Pet Sweat  Joan Fugazzi</u>
<u>300 Farmcrest Drive</u>
<u>Oakdale, Pennsylvania   15071</u>

For Clothing, namely Sweatshirts
Int. Class: 025

<u>Please Acknowledge</u>

<u>I am a citizen of the United States</u>

<u>Entity: Individual</u>

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS  SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS

---

OF COUNSEL
PAUL A. BECK

---

FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL:
PITTPATENT@AOL.COM

---

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

February 14, 2005

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   Design Patent Application No. 29/221,173
      PET CARRIER SWEATSHIRT
      Our File No. 4415 Des.

Dear Joan:

We enclose a copy of your filing receipt for your new design patent application which indicates that your application received Application No. 29/221,173, and an official filing date of January 11, 2005.

It will probably be eight months or more before we hear anything further. We will keep you informed.

Very truly yours,

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc

Enclosure

FILING RECEIPT FOR TRADEMARK APPLICATION

Page 01 of 01

Feb 22, 2005

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below.  The FILING DATE is contingent upon all minimum filing date requirements being met.  Your application will be considered in the order in which it was received.  Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE.  When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

PET SWEAT
300 FARMCREST DR
OAKDALE, PA 15071-9385

ATTORNEY
REFERENCE NUMBER

---

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days.  Such request may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, P.O. BOX 1451, ALEXANDRIA, VIRGINIA 22313-1451; by fax to 703-308-9096; or by e-mail to tmfiling.receipt@uspto.gov.  The USPTO will review the request and make corrections when appropriate.

---

SERIAL NUMBER: 76/630028
FILING DATE:    Jan 26, 2005
REGISTER:       Principal
LAW OFFICE:
MARK:           PET SWEAT
MARK TYPE(S):   Trademark
DRAWING TYPE:   Words, letters, or numbers and design
FILING BASIS:   Sect. 1(b) (Intent to Use)

---

OWNER: Pet Sweat (NOT PROVIDED, Unknown)
       300 Farmcrest Drive
       Oakdale, PENNSYLVANIA  15071

---

FOR: Clothing, namely Sweatshirts
     INT. CLASS: 025

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

TMFRZB (REV 9/2003)

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

LAW OFFICES

# CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500

445 FORT PITT BOULEVARD

PITTSBURGH, PA 15219

**FLOYD B. CAROTHERS**
—

*OF COUNSEL*
**PAUL A. BECK**
—

**FLOYD N. BARBER**
1861-1933

**WILLIAM D. CAROTHERS**
1903-1982

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL: PittPatent@AOL.COM
—

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

March 8, 2005

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:     Design Patent Application No. 29/221,173
        PET CARRIER SWEATSHIRT
        Our File No. 4415 Design

Dear Joan:

We enclose a copy of the filing receipt for your new design patent application which indicates that your application received Application No. 29/221,173, and an official filing date of January 11, 2005. It will probably take at least three to eight months before we hear anything further.

We will keep you informed.

Very truly yours,

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc

Enclosure

LAW OFFICES

**CAROTHERS AND CAROTHERS**

FORT PITT COMMONS, SUITE 50C
445 FORT PITT BOULEVARD
PITTSBURGH PA 15219

FLOYD B. CAROTHERS

—

*OF COUNSEL*
PAUL A BECK

—

FLOYD N BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL: PITTPATENT@AOL.COM

—

PATENTS TRADEMARKS
AND OTHER INTELLECTUAL
PROPERTY CAUSES

April 9. 2007

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale. PA 15071

        Re:    Design Patent No. D539.509
                PET CARRIER SWEATSHIRT
                Our File No. 4415 Design

Dear Joan:

    We are pleased to enclose your original Design Patent D539.509.

    This design patent continues for fourteen years from the issue date.  No maintenance fees are due on design patents.

    Best of luck.

                Very truly yours,

                CAROTHERS AND CAROTHERS

                Floyd B. Carothers

FBC:jkc

Enclosure

*IFW*

FEB 09 2005

PTO/SB/08a (07-05)
Approved for use through 07/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | | | |
|---|---|---|---|
| Sheet | 1 | of | 2 |

| Complete if Known | |
|---|---|
| Application Number | 11/147,731  (11/209,397) |
| Filing Date | 06/08/2005. |
| First Named Inventor | Joan C. Fugazzi |
| Art Unit | 3643  (3765) |
| Examiner Name | Andrea Valenti |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| AMV | — | US 2006-0005782 A1 | 1/12/06 | Joan C. Fugazzi | — |
| AMV | — | US 2006-0005794 A1 | 1/12/06 | Joan C. Fugazzi | — |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | Andrea M. Valenti | Date Considered | 3/16/06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2*

Page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/147,731 | 06/08/2005 | Joan C. Fugazzi | |

Joan C. Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

CONFIRMATION NO. 7102
**FORMALITIES LETTER**

*OC000000016453920*

Date Mailed: 07/06/2005

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:

  - The specification contains drawings or flow diagrams (37 CFR 1.58(a)).

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies should be mailed to:   Mail Stop Missing Parts

Commissioner for Patents

P.O. Box 1450

Alexandria VA 22313-1450

---

*A copy of this notice **MUST** be returned with the reply.*

Office of Initial Patent Examination (703) 308-1202
PART 2 - COPY TO BE RETURNED WITH RESPONSE

US 20060005294A1

(19) **United States**
(12) **Patent Application Publication**     (10) Pub. No.: **US 2006/0005294 A1**
      Fugazzi                                 (43) Pub. Date:     **Jan. 12, 2006**

(54) **PET SWEAT**

(76) Inventor:   Joan C. Fugazzi, Oakdale, PA (US)

Correspondence Address:
**Joan C. Fugazzi**
**300 Farmcrest Drive**
**Oakdale, PA 15071 (US)**

(21) Appl. No.:     **11/209,397**

(22) Filed:     **Aug. 24, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/147,731, filed on Jun. 8, 2005.

(60) Provisional application No. 60/584,757, filed on Jul. 1, 2004.

**Publication Classification**

(51) Int. Cl.
    *A41B   1/00*        (2006.01)

(52) U.S. Cl. .................................................. 2/115

(57)                **ABSTRACT**

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat". Because it is a tender loving way to hold and carry your pet many places, with the convenience of having two hands available to do what ever you wish. You can clean your yard, go shopping, and put your groceries away. Talk on the phone, use your computer, get your mail, clean your house, you can go to work at some places that are allowed pets. As a florist designer, I am allowed to take my little Chihuahua dog with me to work and my dog will sit in the sweatshirt pocket while I make flower arrangements, clean the store, and wait on customers, answer the phone, and dust shelves. I believe many people now days are attached to their pets. This new invention will enable the comfort for a pet and pet owner that will be the first loving way to carry a pet in a Fashionable manner with a variety of sweatshirt colors to match your jeans or any other outfit.



Case 1:22-cv-00872-GBW   Document 18-1   Filed 01/05/23   Page 64 of 184 PageID #: 1059

US 20060005782A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2006/0005782 A1

Fugazzi (43) Pub. Date: **Jan. 12, 2006**

---

(54) PET CARRIER SWEATSHIRT-KNOWN AT THE PET SWEAT

(76) Inventor: **Joan C. Fugazzi**, Oakdale, PA (US)

Correspondence Address:
**Joan C. Fugazzi**
**300 Farmcrest Drive**
**Oakdale, PA 15071 (US)**

(21) Appl. No.: **11/147,731**

(22) Filed: **Jun. 8, 2005**

**Related U.S. Application Data**

(60) Provisional application No. 60/584,757, filed on Jul. 1, 2004.

**Publication Classification**

(51) Int. Cl.
*A01K 1/03* (2006.01)

(52) U.S. Cl. ............................................. 119/497

(57) **ABSTRACT**

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat". Because it is a tender loving way to hold and carry your pet many places, with the convenience of having two hands available to do what ever you wish. You can clean your yard, go shopping, and put your groceries away. Take out the trash. Talk on the phone, use your computer, get your mail, do your laundry, fold clothes, clean your house, you can go to work at some places that are allowed pets. As a florist designer, I am allowed to take my little Chihuahua dog with me to work and my dog will sit in the sweatshirt pocket while I make flower arrangements, clean the store, and wait on customers, answer the phone, and dust shelves. I believe many people now days are attached to their pets. This new invention will enable the comfort for a pet and pet owner that will be the first loving way to carry a pet in a fashionable mannerism with a variety of sweatshirt colors to match your jeans or any other outfit.



LAW OFFICES

# CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS

---

*OF COUNSEL*
PAUL A. BECK

---

FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

April 21, 2006

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL: PITTPATENT@AOL.COM

---

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   US Patent Application No. 11/209,397
PET SWEAT
Our File No. 4441

Dear Joan:

I apologize for not being able to get to you sooner for our estimate on revising your patent application and responding to the Examiner. I had to actually do some of the revision work first before I could even begin to make an estimate. The only way that your application can be effectively amended is to entirely draft a substitute specification. In doing so we must submit a marked-up version and a clean version of the amendments to the specification.

Unfortunately, none of your proposed amendments can be used.

I also had to review all of the patent references online so that I fully understood what each one disclosed. I needed to know this information so I know how far we can go with regard to breadth of claim protection.

Also, we must have all the drawings redone or modified. We must also prepare a new Declaration, a Power of Attorney, a complete Amendment to all aspects of the application, including the drawings, and we must also prepare and file a Terminal Disclaimer as requested by the Examiner. This is all quite complex and time consuming.

To complete all of this, our fee will be $3,450.00, plus costs for the drawings, which we estimate to be $250.00.

Joan C. Fugazzi
April 21, 2006
Page 2

I know this is expensive for you but there is simply no way to get around this. It would have been much cheaper had we been able to draft the specification and claims ourselves from the very beginning.

However, I propose that perhaps you can at least afford part of this fee now, and then pay the remainder over a period of time by regular monthly payments.

Let me know how you want to proceed.

Very truly yours.

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS  SUITE 500

445 FORT PITT BOULEVARD

PITTSBURGH, PA 15219

FLOYD B. CAROTHERS

—

*OF COUNSEL*
PAUL A. BECK

—

FLOYD N. BARBER
1861-1933

WILLIAM D. CAROTHERS
1903-1982

PHONE  (412) 471-3575

FAX:  (412) 281-2180

EMAIL: Pittpatent@aol.com

—

PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

April 27, 2006

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   US Patent Application No. 11/209,397
PET SWEAT
Our File No. 4441

Dear Joan:

I received your telephone voice mail message. I am very sorry that this turned out to be so expensive. However, it is a lot more complex and time consuming than you envisioned. When making amendments to a case, the rules have to be followed and there are a lot of things to do to get your application in order.

However, as I stated in my letter of April 21, 2006, I trust you and I am willing to work with you. Perhaps you could advance $1,000.00 and then you could pay the balance over a period of time.

Do not forget, also, that once the patent is allowed, you will have to pay the issue fee of $700.00 and the publication fee of $300.00, plus a fee for us to prepare and file a Supplemental Declaration on your behalf and to file all remaining documents, review the patent and forward the same on to you. However, this would not be incurred until after allowance is received. We will also have to make one more short response to the Examiner before allowance.

Very truly yours,

CAROTHERS AND CAROTHERS

Floyd B. Carothers

FBC:jkc

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

**FLOYD B. CAROTHERS**
——
*OF COUNSEL*
**PAUL A. BECK**
——
**FLOYD N. BARBER**
1881-1933
**WILLIAM D. CAROTHERS**
1903-1982

PHONE: (412) 471-3575
FAX: (412) 281-2180
EMAIL: PITTPATENT@AOL.COM
——
PATENTS, TRADEMARKS,
AND OTHER INTELLECTUAL
PROPERTY CAUSES

November 6, 2006

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   Design Patent Application No. 29/221,173
       PET CARRIER SWEATSHIRT
       Our File No. 4415 Design

To:   Study of the Notice of Allowance and Notice
       of Allowability and reporting thereon, to
       payment of the issue fee to the US Patent and
       Trademark Office, review of the issued patent
       and to forwarding the issued patent to the client.   $   200.00

       US Patent and Trademark Office issue fee.            $___400.00

**TOTAL AMOUNT DUE**                                         $___600.00

LAW OFFICES
## CAROTHERS AND CAROTHERS
FORT PITT COMMONS. SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS
———
*OF COUNSEL*
PAUL A. BECK
———
FLOYD N. BARBER
1881-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE: (412) 471-3575
FAX: (412) 281-2180
EMAIL: PITTPATENT@AOL.COM
———
PATENTS, TRADEMARKS.
AND OTHER INTELLECTUAL
PROPERTY CAUSES

January 4, 2007

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

---

**NOV. 6**   Re:   Design Patent Application No. 29/221,173
PET CARRIER SWEATSHIRT
Our File No. 4415 Design

To:   Study of the Notice of Allowance and Notice
of Allowability and reporting thereon, to
payment of the issue fee to the US Patent and
Trademark Office, review of the issued patent
and to forwarding the issued patent to the client.     $   200.00

US Patent and Trademark Office issue fee.     $   400.00

TOTAL     $   600.00

Less:   Payment of 12/29/06.     $ - 250.00

BALANCE DUE

$   350.00

LAW OFFICES

**CAROTHERS AND CAROTHERS**

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS

———

*OF COUNSEL*
PAUL A. BECK

———

FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

February 5, 2007

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL:
PITTPATENT@AOL.COM

PATENTS, TRADEMARKS
AND OTHER INTELLECTUAL
PROPERTY CAUSES

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

## SUMMARY OF INVOICE

**NOV. 6**

**Re:** Design Patent Application No. 29/221.173
PET CARRIER SWEATSHIRT
Our File No. 4415 Design

**To:** Study of the Notice of Allowance and Notice
of Allowability and reporting thereon, to
payment of the issue fee to the US Patent and
Trademark Office, review of the issued patent
and to forwarding the issued patent to the client.   $   200.00

US Patent and Trademark Office issue fee.   $   400.00

**TOTAL**   $   600.00

**Less:** Payment of 12/29/06.   $ -  250.00
Payment of 02/05/07.   $ -  150.00

**BALANCE DUE**

$   200.00

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15219

FLOYD B. CAROTHERS
——
OF COUNSEL
PAUL A. BECK
——
FLOYD N. BARBER
1881-1933
WILLIAM D. CAROTHERS
1903-1982

PHONE: (412) 471-3575
FAX: (412) 281-2180
EMAIL PITTPATENT@AOL.COM
——
PATENTS TRADEMARKS
AND OTHER INTELLECTUAL
PROPERTY CAUSES

March 12, 2007

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

---

## SUMMARY OF INVOICE

**NOV. 6**

Re:   Design Patent Application No. 29/221,173
PET CARRIER SWEATSHIRT
Our File No. 4415 Design

To:   Study of the Notice of Allowance and Notice
of Allowability and reporting thereon, to
payment of the issue fee to the US Patent and
Trademark Office, review of the issued patent
and to forwarding the issued patent to the client.   $   200.00

US Patent and Trademark Office issue fee.   $   400.00

TOTAL

$   600.00

Less:   Payment of 12/29/06.   $ -  250.00
Payment of 02/05/07.   $ -  150.00
Payment of 03/09/07.   $ -  100.00

BALANCE DUE

$   100.00

The
United
States
of
America

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Jon W. Dudas*

Director of the United States Patent and Trademark Office

US00D539509S

(12) **United States Design Patent**

**Fugazzi**

(10) Patent No.: **US D539,509 S**

(45) Date of Patent: ** **Apr. 3, 2007**

(54) **PET CARRIER SWEATSHIRT**

(76) Inventor: **Joan C. Fugazzi**, 300 Farmcrest Dr., Oakdale, PA (US) 15071

(**) Term: **14 Years**

(21) Appl. No.: **29/221,173**

(22) Filed: **Jan. 11, 2005**

(51) LOC (8) Cl. .................................................... **02-02**
(52) U.S. Cl. ....................................... **D2/830**; D30/112
(58) Field of Classification Search .................. D2/717, D2/718, 734, 828–844, 2/69, 79, 86, 90, 2/93, 102, 106, 108, 113–114; D30/109, 112; 119/497

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D149,978 S | * | 6/1948 | Singer | D2/753 |
| D161,540 S | * | 1/1951 | Russfield | D2/836 |
| 4,404,687 A | * | 9/1983 | Hager | 2/94 |
| 4,578,821 A | * | 4/1986 | Zufle | 2/2.5 |
| D302,354 S | * | 7/1989 | Harper et al. | D3/226 |
| D334,253 S | * | 3/1993 | Balzarini | D30/144 |
| D370,090 S | * | 5/1996 | Coggins | D30/109 |
| D383,305 S | * | 9/1997 | Holstrom | D3/216 |
| D387,510 S | * | 12/1997 | Way | D30/144 |
| D414,013 S | * | 9/1999 | Group | D2/828 |
| 5,946,725 A | * | 9/1999 | Shatzkin et al. | 2/106 |

| | | | | |
|---|---|---|---|---|
| D439,029 S | * | 3/2001 | Goldman | D2/831 |
| 6,481,606 B2 | * | 11/2002 | Pickett | 224/637 |
| 6,564,388 B1 | * | 5/2003 | Poston | 2/86 |
| D509,947 S | * | 9/2005 | Fortune | D2/840 |
| 2005/0144695 A1 | * | 7/2005 | Aldridge et al. | 2/69 |

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Anhdao Doan
(74) *Attorney, Agent, or Firm*—Carothers & Carothers

(57) **CLAIM**

The ornamental design for a pet carrier sweatshirt, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a pet carrier sweatshirt showing my new design in use;
FIG. **2** is a perspective view of the pet carrier sweatshirt showing my new design;
FIG. **3** is a left side elevational view with the right side being a mirror image thereof;
FIG. **4** is a rear elevational reduced view thereof;
FIG. **5** is a top view thereof; and,
FIG. **6** is a bottom view thereof.
The broken line showing of a person wearing the pet carrier sweatshirt and a pet in the pocket of the pet carrier sweatshirt is for illustrative purposes only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**          Apr. 3, 2007          Sheet 1 of 5          **US D539,509 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

LAW OFFICES

## CAROTHERS AND CAROTHERS

FORT PITT COMMONS, SUITE 500
445 FORT PITT BOULEVARD
PITTSBURGH, PA 15119

FLOYD B. CAROTHERS

—

*OF COUNSEL*
PAUL A. BECK

—

FLOYD N. BARBER
1861-1933
WILLIAM D. CAROTHERS
1903-1982

April 9, 2007   ✓

PHONE: (412) 471-3575

FAX: (412) 281-2180

EMAIL: PITTPATENT@AOL.COM

—

PATENTS, TRADEMARKS
AND OTHER INTELLECTUAL
PROPERTY CAUSES

Joan C. Fugazzi
Pet Sweat Co.
300 Farmcrest Drive
Oakdale, PA 15071

Re:   Design Patent No. D539,509
PET CARRIER SWEATSHIRT
Our File No. 4415 Design

Dear Joan:

We are pleased to enclose your original Design Patent D539,509.  ✓

This design patent continues for fourteen years from the issue date. No maintenance
fees are due on design patents.

Best of luck.

Very truly yours,

CAROTHERS AND CAROTHERS

*Floyd B. Carothers*

Floyd B. Carothers

FBC:jkc

Enclosure



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

1507̲1̲+̲5̲3̲8̲5̲-̲0̲0̲ ̲R̲0̲0̲2̲

| PRIORITY |
| --- |
| TAXE PERCUE |
| HR 10000 ZAG |
| P-1C-11967/04 |

# IDM

**INTERNATIONAL DATA MEDIUM ANSTALT**
Werdenbergerweg 11, FL-9490 Vaduz, Liechtenstein



Applicant's Name:  Pet Sweat

Correspondence Address:  300 Farmcrest Drive, Oakdale, PA   15071

Goods and Services:  Clothing, namely Sweatshirts

Date of First Use:  Intent-To-Use Application


Date of First Use in Commerce:  Provisional Application for Patent
Confirmation No. 5430 - Filing Receipt OC000000013603034
Date mailed 08/12/04


The Mark:



**PET SWEAT**

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Nov 23, 2005

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/630,028

2. Mark:
   PET SWEAT
   and design

3. International Class(es):
   25

4. Publication Date:
   · Dec 13, 2005

5. Applicant:
   Fugazzi, Joan

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

PCF10B (REV 3/2005)

## ~DECLARATION OF USE OF MARK IN COMMERCE UNDER § 8 (15 U.S.C. § 1058)~

~To the Commissioner for Trademarks~

### \<TRADEMARK/SERVICE MARK INFORMATION\>

| | |
|---|---|
| \<Mark\> | *Pet Sweat* |
| \<Registration Number\> | *3240253* |
| \<Registration Date\> | *May 8, 2007* |



### \<OWNER INFORMATION\>

| | |
|---|---|
| \<Name\> | *Joan Fugazzi* |
| \<Street\> | *300- Farmcrest Drive* |
| \<City\> | *Oakdale,* |
| \<State\> | *PA* |
| \<Country\> | *United States* |
| \<Zip/Postal Code\> | *15071* |

### \<DOMESTIC REPRESENTATIVE\>~*Required ONLY if the owner's address is outside the United States.*~

\<Name\>                                        ~is hereby appointed the owner's representative
upon whom notice or process in the proceedings affecting the mark may be served.~
\<Street\>

\<City\>

\<State\>

\<Zip Code\>

### \<GOODS AND/OR SERVICES INFORMATION\>

\<All Goods and/or Services in Existing Registration\>~*The owner is using the mark in commerce on or in connection with all goods and/or services listed in the existing registration. If not, list in the next section the goods and/or services to be deleted.*~

*Intent to use*

\<Goods and/or Services Not in Use to be **Deleted**\>~*In the following space, list only those goods and/or services (or entire class(es)) appearing in the registration for which the owner is **no longer** using the mark in commerce. **LEAVE THIS SPACE BLANK IF THE OWNER IS USING THE MARK ON OR IN CONNECTION WITH ALL GOODS AND/OR SERVICES LISTED IN THE REGISTRATION.***~

*Clothing*

### \<FEE INFORMATION\>

~*Section 8 Filing Fee*~
$100.00 x \<Number of Classes\>            = \<Filing Fee Due\>
~*Grace Period Fee: If filing during the six-month grace period, enter § 8 Grace Period Fee*~
$100.00 x \<Number of Classes\>            = \<Grace Period Fee Due\>
         ~*Filing Fee Due + Grace Period Fee Due*~ = \<Total Fees Paid\>

PTO Form 1583 (REV 01/05)
OMB Control No. 0651-0009 (Exp. 8/31/2001)

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office
There is no requirement to respond to this collection of information
unless a currently valid OMB number is displayed.

**GBO INC. – Trademark and Patent Dep.**
1031 Ives Dairy Road, Suite 228
Miami, FL 33179

**TRADEMARK AND SERVICEMARK REG**
**GTM CATALOG YEAR: 2012**
COMPANY ID.: 0 1 3 2 4 0 2 5 3

**TRADEMARK / SERVICEMARK OWNER:**

**CLASS OF GOODS/SERVICES:** 025

**REGISTERED:** 05-08-2007

T238 P1 65727

Fugazzi, Joan
300 Farmcrest Dr
Oakdale PA 15071-9385

**TRADEMARK / SERVICEMARK:**



Pet Sweat

The above mentioned data represents a sample of your trademark registration. By paying the indicated amount you accept this offer that will approve the listing of this information in the "The Global Trademark and Servicemark Selection of the USA" catalogue and our online Global Trademark database at www.gbo-trademark.com.

The law considers a trademark to be a form of property. Your above registration provides a notice to others that your described trademark/servicemark is already taken. Our publication contains a depiction of your registered mark, the identification of goods and/or services, year of the registration and owner information as well.

This publication is available in America, Europe, Asia and Australia and printed publications scheduled for September 2012.

We can also help you transfer your active trademark with the best conditions to the third party. Transfer option would be a great opportunity to sell unused or out dated trademarks for financial gain. If you intend to sell your current trademark, please mark the price category in USD below, pay the fees and return this form.

☐ 10-50,000  ☐ 50-100,000  ☐ 100-250,000  ☐ Other $.............

In case of any changes, further questions or incorrect details, we kindly ask you contact us at:

Tel.: (786) 925-4260       Fax: (850) 807-7292

e-mail: info@gbo-trademark.com

Your trademark details are found using free databases. For more details or Terms & Conditions, please visit www.gbo-trademark.com. All future correspondence with the GBO Inc. must include the unique company ID, which can be found in the top right corner of this letter.

**CHARGES AND FEES:**

REGISTRATION FEE  $960.00

EXTRA COST          $0.00

**TOTAL FEES:**     **$960.00**

The TOTAL FEE is payable in advance.
Payable by the methods below.*

*Payment methods:
1. Pay by check
   Send the check to the mailing address:
   **1031 Ives Dairy Road, Suite 228. Miami, FL 33179.** Payable to "Global Business Option, Inc." Be sure to state your COMPANY ID. (Please find it above.)

2. Wire transfer
   Bank of America,
   1900 Tyler Street, Hollywood, FL 33020
   Account: 8980 4890 9582
   ABA:    026009593,
   SWIFT:  BOFAUS3N

---

**Global Business Option, Inc. – Patent and Trademark Department**
**Mailing Address:** 1031 Ives Dairy Road, Suite 228., Miami, FL 33179, www.gbo-trademark.com

WIKIPEDIA

# Federal Trademark Dilution Act

The **Federal Trademark Dilution Act** of 1995 (Pub.L. 104–98 (text) (https://www.govinfo.gov/link/plaw/104/public/98?link-type=html) (pdf) (https://www.govinfo.gov/link/plaw/104/public/98?link-type=pdf&.pdf)) is a United States federal law which protects famous trademarks from uses that dilute their distinctiveness, even in the absence of any likelihood of confusion or competition. It went into effect on January 16, 1996. This act has been largely supplanted by the Trademark Dilution Revision Act of 2006 (TDRA), signed into law on October 6, 2006.

## Contents

Summary

Definition of dilution

Remedy - Injunctive Relief

First Amendment concerns

Conclusions

References

## Summary

Trademark dilution occurs when a use of a trademark by someone other than its owner impairs the mark's distinctiveness, whether or not the mark is used on a competing product or in a way that is likely to cause customer confusion.

A distinction is made between trademark dilution and trademark infringement. Infringement occurs when someone other than a trademark's owner uses the mark in a way that is likely to cause customer confusion. For example, if someone other than the Kodak corporation started marketing film under the mark KODAK, customers would probably be confused, because customers have come to associate KODAK film with a specific source and would probably believe that any KODAK film they see comes from that source.

If however, another company started marketing KODAK brand pianos, there might be little or no customer confusion, because customers would probably recognize that Kodak is unlikely to branch into the piano business or to use its film brand name on pianos. So customers would probably recognize that the KODAK pianos come from a different source. However, the KODAK pianos might still harm Kodak, because it would lessen the strong association, which the company has spent billions of dollars creating, between the word KODAK and film. Some




United States Patent And Trademark Office      July 12, 2018

ATTENTION PLEASE

TO;    www.uspto.gov

FROM:    mindgamediet@yahoo.com      Joan Fugazzi e-mail Author of Book titled mind game diet.


I want to bring the Action to the United States of America Unfair Trade Advantage.

I WAS AWARDED ON APRIL 3, 2007, A UNITED STATES DESIGN PATENT NO: US D539,509 S

I am the Inventor of the original PET CARRIER SWEATSHIRT.

I paid for an Attorney to do a Patent Search, and there was nothing like the Pet Carrier Sweatshirt.

I paid a lot of money, a total of $23,000.00 on my Invention that included the patent Attorney costs, the Design Patent Costs, Drawings, Porotypes, UPC code, Trademark costs and etc.


I am protected by the United States of American Patent Office. I paid for Protection.

I feel Entitled to receive Royalties for the following; for the enclosed web sites.

https://catwearinc.com

http://easyhurry.myshopify.com

http://cichic.com

https://wwwthemeowshop.com


Shortly after my Invention was awarded to me, without my Permission, my Inventions was exposed to the internet. The Patent Office called me and informed me Puppy Pouch had copied my invention.

Other's copied my costly protected invention.

I feel these websites have stolen my Invention

What kind of Resources are available to help me. What can you do to help me please?

Sincerely,

*Joan Fugazzi*

Joan Fugazzi  You can call me at my cell 412-330-9146 or home 412-788-2609

| *Notice of Abandonment* | Application No. | Applicant(s) |
|---|---|---|
| | 11/147,731 | FUGAZZI, JOAN C. |
| | Examiner | Art Unit |
| *-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--* | Andrea M. Valenti | 3643 |

This application is abandoned in view of:

1. ☐ Applicant's failure to timely file a proper reply to the Office letter mailed on _____.
   (a) ☐ A reply was received on _____ (with a Certificate of Mailing or Transmission dated _____ ), which is after the expiration of the period for reply (including a total extension of time of _____ month(s)) which expired on _____.
   (b) ☐ A proposed reply was received on _____, but it does not constitute a proper reply under 37 CFR 1.113 (a) to the final rejection.
       (A proper reply under 37 CFR 1.113 to a final rejection consists only of: (1) a timely filed amendment which places the application in condition for allowance; (2) a timely filed Notice of Appeal (with appeal fee); or (3) a timely filed Request for Continued Examination (RCE) in compliance with 37 CFR 1.114).
   (c) ☐ A reply was received on _____ but it does not constitute a proper reply, or a bona fide attempt at a proper reply, to the non-final rejection. See 37 CFR 1.85(a) and 1.111. (See explanation in box 7 below).
   (d) ☐ No reply has been received.

2. ☐ Applicant's failure to timely pay the required issue fee and publication fee, if applicable, within the statutory period of three months from the mailing date of the Notice of Allowance (PTOL-85).
   (a) ☐ The issue fee and publication fee, if applicable, was received on _____ (with a Certificate of Mailing or Transmission dated _____ ), which is after the expiration of the statutory period for payment of the issue fee (and publication fee) set in the Notice of Allowance (PTOL-85).
   (b) ☐ The submitted fee of $_____ is insufficient. A balance of $_____ is due.
       The issue fee required by 37 CFR 1.18 is $_____. The publication fee, if required by 37 CFR 1.18(d), is $_____.
   (c) ☐ The issue fee and publication fee, if applicable, has not been received.

3. ☐ Applicant's failure to timely file corrected drawings as required by, and within the three-month period set in, the Notice of Allowability (PTO-37).
   (a) ☐ Proposed corrected drawings were received on _____ (with a Certificate of Mailing or Transmission dated _____ ), which is after the expiration of the period for reply.
   (b) ☐ No corrected drawings have been received.

4. ☒ The letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.

5. ☐ The letter of express abandonment which is signed by an attorney or agent (acting in a representative capacity under 37 CFR 1.34(a)) upon the filing of a continuing application.

6. ☐ The decision by the Board of Patent Appeals and Interference rendered on _____ and because the period for seeking court review of the decision has expired and there are no allowed claims.

7. ☐ The reason(s) below:

Andrea M. Valenti
Primary Examiner
Art Unit 3643

Petitions to revive under 37 CFR 1.137(a) or (b), or requests to withdraw the holding of abandonment under 37 CFR 1.181, should be promptly filed to minimize any negative effects on patent term.

U.S. Patent and Trademark Office
PTOL-1432 (Rev. 04-01)                              Notice of Abandonment                              Part of Paper No. 20060908

| *Notice of Abandonment* | Application No. | Applicant(s) |
|---|---|---|
| | 11/209,397 | FUGAZZI, JOAN C. |
| | Examiner | Art Unit |
| | Andrea M. Valenti | 3643 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

This application is abandoned in view of:

1. ☐ Applicant's failure to timely file a proper reply to the Office letter mailed on _____.
   (a) ☐ A reply was received on _____ (with a Certificate of Mailing or Transmission dated _____ ), which is after the expiration of the period for reply (including a total extension of time of _____ month(s) which expired on _____.
   (b) ☐ A proposed reply was received on _____, but it does not constitute a proper reply under 37 CFR 1.113 (a) to the final rejection.
      (A proper reply under 37 CFR 1.113 to a final rejection consists only of: (1) a timely filed amendment which places the application in condition for allowance; (2) a timely filed Notice of Appeal (with appeal fee); or (3) a timely filed Request for Continued Examination (RCE) in compliance with 37 CFR 1.114).
   (c) ☐ A reply was received on _____ but it does not constitute a proper reply, or a bona fide attempt at a proper reply, to the non-final rejection. See 37 CFR 1.85(a) and 1.111. (See explanation in box 7 below).
   (d) ☐ No reply has been received.

2. ☐ Applicant's failure to timely pay the required issue fee and publication fee, if applicable, within the statutory period of three months from the mailing date of the Notice of Allowance (PTOL-85).
   (a) ☐ The issue fee and publication fee, if applicable, was received on _____ (with a Certificate of Mailing or Transmission dated _____), which is after the expiration of the statutory period for payment of the issue fee (and publication fee) set in the Notice of Allowance (PTOL-85).
   (b) ☐ The submitted fee of $_____ is insufficient. A balance of $_____ is due.
      The issue fee required by 37 CFR 1.18 is $_____. The publication fee, if required by 37 CFR 1.18(d), is $_____.
   (c) ☐ The issue fee and publication fee, if applicable, has not been received.

3. ☐ Applicant's failure to timely file corrected drawings as required by, and within the three-month period set in, the Notice of Allowability (PTO-37).
   (a) ☐ Proposed corrected drawings were received on _____ (with a Certificate of Mailing or Transmission dated _____), which is after the expiration of the period for reply.
   (b) ☐ No corrected drawings have been received.

4. ☒ The letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.

5. ☐ The letter of express abandonment which is signed by an attorney or agent (acting in a representative capacity under 37 CFR 1.34(a)) upon the filing of a continuing application.

6. ☐ The decision by the Board of Patent Appeals and Interference rendered on _____ and because the period for seeking court review of the decision has expired and there are no allowed claims.

7. ☐ The reason(s) below:

*Andrea M. Valenti*
Andrea M. Valenti
Primary Examiner
Art Unit 3643

Petitions to revive under 37 CFR 1.137(a) or (b), or requests to withdraw the holding of abandonment under 37 CFR 1.181, should be promptly filed to minimize any negative effects on patent term.
Patent and Trademark Office
PTOL-1432 (Rev. 04-01)                    Notice of Abandonment                    Part of Paper No. 20080805

black    gray    navy    baby    rose    white
                         blue

## Customizations

We can also do customizations to your PuppyPouches™ sweatshirt, including embroidery and printing. Please contact info@puppypou
for more information on customizations.

Copyright © 2006 PuppyPouches.com. All Rig

Contact: info@puppypouches.com

http://www.puppypouches.com/puppypouches.php

3/17/06

Attorney Carothers deprived me of all royalties due to me as an inventor, only to benefit himself with my invention that did not belong to him,

The Hired patent attorney. Attorney Carothers billed me over $8, 000.00 AND I PAID HIM FOR HIS SERVICES.  With no Authorization, Attorney Carothers violated my Joan C. Fugazzi intellectual rights and property.

### 35 U.S. CODE CHAPTER 25 – AMENDMENT AND CORRECION OF PATENTS

AMEND TO RESTORE WHAT WAS INFRIGED BY ATTORNEY CAROTHERS PLEASE AS THE RULE WRITES

1. To Restore Joan C. Fugazzi Provisional Patent, so that I can have my royalty Rights.
 I, JOAN C. FUGAZZI FILED MY PROVISIONAL PATENT APPLICATION ON JULY 1, 2004.
Attorney Carothers took away my Provisional rights on January 11, 2005.
attachment

    ATTORNEY CAROTHERS HAD NO AUHORIZATION TO DELITE MY PROVISIONAL PATENT RIGHTS. ATTORNEY CAROTHERS AND NO AUTHORIZATION TO USE MY INVENTION AND MY INTELLLECUAL RIGHTS AND PROPERTY.

2. I AM DESPERATE FOR THE TRADEMARK OFFICE TO RESTORE THE DAMAGES THAT ATTORNEY CAROTHERS HAS DONE WITH MY PATENTS AND MY TRADEMARK.

    THE PATENT OFFICE REVOKED ATTORNEY CAROTHERS OFF OF MY DESIGN PATENT AND MY TWO ULTILITY PATENTS.  BECAUSE OF BAD FAITH ATTORNEY CAROTHERS DID TO ME AND MY INVENTION, THE PET CARRIER SWEATSHIRT.
Attachments

    RECENTLY, THREE PEOPLE IN THE PATENT OFFICE – CARRIE FREEZE AND, BOB AND EDITH TOLD ME TO CALL THE POLICE AND REPORT VIOLATION ON MY INVENTION

3. I, INFORMED ATTORNEY CAROTHERS OF FIVE COMPANYS I WAS WORKING WITH IN 2004.
 I HAD SIGNED CONTRACTS WITH. THEM AND I WROTE IN THE LETTERS TO WORK WITH ATTORNEY CAROTHERS, AND THEN I NEVER HEARD ANYTHING AFTER THAT FROM ALL THE COMPANIES AND ATTORNEY CAROTHERS, AND I WAS NEVER PAID A PENNY ROYALTIES DUE TO ME, AS AN INVENTOR.

4.  SS255.  PLEASE RESTORE MY PATENTS AND TRADEMARK ACCORDING TO RULE 154.  THREE YEAR DELAY

5. PLEASE CORRECT MY PROVISIONAL PATENT NO: 60/584,757 THAT ATORNEY CAROTHERS DELIETED.

3

6. **ATTORNEY CAROTHERS HE MADE MY DESIGN PATENT AND TWO UTILITY PATENTS INTERNATIONAL WITHOUT MY AUTHORIZATION, THE INVENTOR.**

7. **SS 252   PLEASE RESTORE ALL MY PATENTS, THAT ATORNEY CAROTHERS VIOLATED JOAN C. FUGAZZI INTELECTUAL RIGHTS AND PROPERY.**

8 **SS 254   CERTIFICATE OF CORRECTION OF TRADEMARK OFFICE MISTAKE**
   **ATTORNEY CAROTHERS ON DECEMBER 19, 2005 HAD MY TRADEMARK REGISTERED IN LIECHTENSTEIN AND USED MY PET SWEAT TRADEMARK THAT I MADE, WITH NO AUTHORIZATION FROM ME THE INVENTOR, JOAN C. FUGAZZI.   ATTORNEY CAROTHERS VIOLATED MY BRAND-NEW TRADEMARK -MY INTELLETCUAL RIGHS AND PROPERTY. Attachments**

   **Attorney Carothers put a three-year delay on my Patent and Trademark, in 2004 – 2005. And then he charged me for a patent in 2004 that I paid. While Attorney Carothers got my Design Patent that had a patent number in 2007.  And he charged me and I paid.**

   **Attorney Carothers interfered with my Trademark that I was working on. And I never asked attorney Carothers to work on my Trademark I was doing the Trademark myself.**

   **Because I only hired attorney Carothers to do a Patent Search and only a Design Patent.**

   **Attorney Carothers he had no right to interfere with my Trademark.  This is the Dilution Trademark Rule.  Where he has to pay me three times for damages and violation of my Trademark.  What Attorney Carothers did was use my original Trademark in Liechtenstein, and then he made me a different Trademark with slighter bigger back.  In 2007.**

9 **ATTORNEY CAROTHERS DID TRADEMARK DELUTION TO MAKE A DIFFERENT TRADEMARK WITH A SLIGHTLY BIGGER BACK IN 2007. WITHOUT MY AUTHORIZATIN VIOLATING MY INTELLECTUAL RIGHTS AND PROPERTY WITH NO AUTHOIZATION FROM JOAN C, FUGAZZI THE INVENTOR.     I WAS WORKING WITH MY TRADEMARK I GOT MYSELF.**

10 **ATTORNEY CAROTHERS I BELIEVE   INTERFERED AND DID A COUNTERFEIT CONNECTTION WITH SALES, AND OFFERING TO SELL AND DISTRIBUION OF GOODS AND SERVICES OF MY PET CARRIER SWEATSHIRT WITH NO AUTHORIZATION FROM ME THE INVENTOR, JOAN C. FUGAZZI**

   **Depriving me of ALL Royalties due to me AS AN INVENTOR And Attorney Carothers never informed me the Inventor, and my idea of anything he did with my Invention. I just received many bills totaling $ 8,155.00 and I paid to Attorney Carothers. When I received the bills, I figured he was working for me.**

4

But now I see he was charging me and I was paying for Attorney Carothers Infringement. Attorney Carothers did all of this willfully knowing it was wrong as an intellectual rights and property for 56 years. but he did it anyways.

11  ATTORNEY CAROTHERS USED MY SARA LEE CONTACT AND SIGNED AGREEMENT THAT I HAD, IN COMMENCE IN 2004 MAKING MY PET CARRIER SWEATSHIRT.

 AND ATTORNEY CAROTHERS HE NEVER INFORMED ME HE WAS USING MY PET CARRIER SWEATSHIRT SARA LEE CONTACT IN CONGRESS. AND ATTORNEY CAROTHERS NEVER PAID ME MY ROYALTIES DUE TO ME AS AN INVENTOR.

12  ATTORNEY CAROTHERS TRIED TO TAKE OWNERSHIP OF MY INVENTION WITH MANY PEOPLE.

My Invention the Pet Carrier Sweatshirt is my Invention that I made with my mind after I bought a Chihuahua dog at the pet store in 2001. I created the Pet Carrier Sweatshirt Invention for my dog Spike.  My Invention was all for my Spike.  I created the first pet carrier sweatshirt that a human and small pet ten pounds and under can bond in a comfortable sweatshirt. carrier and the human can have two hands free having a loving caring way to carry a small pet.

PLEASE ALLOW ME TO HAVE ROYALTIES FOR MY WONDERFUL NEW INVENION TO BOND A PET AND A HUMAN THAT I MADE WITH MY MIND, AND I AM ENTITILED TO AS AN INVENTOR ROYALTIES.  I HAV E SPENT 20 YEARS AND THOUSANDS OF DOLLARS AND HOURS ON MY INVENTION TO NOT MADE ONE PENNY, THAT MY PATENT ATTORNEY DEPRIVED ME OF MY INVENTION.  AND ATTORNEY CAOTHERS DEPRIVED MY CHILDREN OF HAVING MONEY.  ALL TO ONLY BENEFIT MY HIRED PATENT ATTORNEY IS NOT FAIR, AND PLEASE CORRECT THIS SITUATION.

13  ATORNEY CAROHERS TIRED TO USE RULE 102 FIRST INVENTOR BUT HE DID BAD FAITH PUTTING MY PATENT AND TRADEMARK ON A THREE-YEAR HOLD, ONLY FOR ATTORNEY CAROTHERS TO BENEFIT FROM MY INVENTION DEPRIVING ME OF MY INVENTION.  THIS WRONGDOING OF AN INTELLETUAL RIGHTS AND PROPERTY ATTORNEY NEEDS TO BE CORRECTED.  I THE INVENTOR NEED TO BENEFIT FROM MY INVENTION.

14  I ASK THAT ALL OF MY PATENTS AND TRADEMARK BE RESTORED BECAUSE OF AN ATTORNEY VIOLATION   BAD FAITH FOM An INTELLECTUAL RIGHTS AND PROPERTY ATTORNEY.

15  ATTORNEY CAROTHERS USED MY FIVE BIG COMPANYS I HAD CONTACTS WITH.   WHEN I INTRODUCED ATTORNEY CAROTHERS IN LETTER FORM TO WRITE THE CONTRACT, I WAS THINKING   IT WOULD BE PROFESIONALLY DONE WITH AN ATTORNEY.  BUT WHAT ATTORNEY CAROTHERS DID WAS LEAVE ME OUT OF ALL MY ROYALTIES AS AN INVENTOR OF MY PET

CARRRIER SWEATSHIRTS.   I BELIEVE THAT I HAD CONTRACT WITH, PETCO, PETS MART, WAL MART, SARA LEE, AND RUSSELL COMPANY.

16   **ATTORNEY CAROTHERS IT LOOKS LIKE HE IS LICENISING MY INVENTION ON JUSTIA, FREE PATENT, FRESH PATENTS AND AMAZON AND MORE. WITHOUT MY AUTHORIZATION THE INVENTOR OF THE PET CARRIER SWEATSHIRT.**

17   **ATORNEY CAROTHERS NEVER GAVE ME A COPY OF MY PATENT SEARCH THAT I PAID $1,000.00 FOR IN  2004.**

Sincerely, Inventor of the Pet Carrier of the Pe Carrier Sweatshirt

Sincerely

*Joan C Fugazzi*

Joan C. Fugazzi

Home phone 412 788 2609   Cell phone 412 330 9146

300 Farmcrest Drive

Oakdale, PA   15071

 Attorney Carothers deprived me of all royalties due to me as an inventor, only to benefit himself with my invention that did not belong to him,

The Hired patent attorney. Attorney Carothers billed me over $8, 000.00 AND I PAID HIM FOR HIS SERVICES.  With no Authorization, Attorney Carothers violated my Joan C. Fugazzi intellectual rights and property.

### 35 U.S. CODE CHAPTER 25 – AMENDMENT AND CORRECION OF PATENTS

AMEND TO RESTORE WHAT WAS INFRIGED BY ATTORNEY CAROTHERS PLEASE AS THE RULE WRITES

1. To Restore Joan C. Fugazzi Provisional Patent, so that I can have my royalty Rights.
   I, JOAN C. FUGAZZI FILED MY PROVISIONAL PATENT APPLICATION ON JULY 1, 2004.
   Attorney Carothers took away my Provisional rights on January 11, 2005.
   attachment

   ATTORNEY CAROTHERS HAD NO AUHORIZATION TO DELITE MY PROVISIONAL PATENT RIGHTS.
   ATTORNEY CAROTHERS AND NO AUTHORIZATION TO USE MY INVENTION AND MY
   INTELLLECUAL RIGHTS AND PROPERTY.

2. I AM DESPERATE FOR THE TRADEMARK OFFICE TO RESTORE THE DAMAGES THAT ATTORNEY
   CAROTHERS HAS DONE WITH MY PATENTS AND MY TRADEMARK.

   THE PATENT OFFICE REVOKED ATTORNEY CAROTHERS OFF OF MY DESIGN PATENT AND MY
   TWO ULTILITY PATENTS.  BECAUSE OF BAD FAITH ATTORNEY CAROTHERS DID TO ME AND MY
   INVENTION, THE PET CARRIER SWEATSHIRT.
   Attachments

   RECENTLY, THREE PEOPLE IN THE PATENT OFFICE – CARRIE FREEZE AND, BOB AND EDITH TOLD
   ME TO CALL THE POLICE AND REPORT VIOLATION ON MY INVENTION

3. I, INFORMED ATTORNEY CAROTHERS OF FIVE COMPANIES I WAS WORKING WITH IN 2004.
    I HAD SIGNED CONTRACTS WITH. THEM AND I WROTE IN THE LETTERS TO WORK WITH
   ATTORNEY CAROTHERS, AND THEN I NEVER HEARD ANYTHING AFTER THAT FROM ALL THE
   COMPANYS AND ATTORNEY CAROTHERS, AND I WAS NEVER PAID A PENNY ROYALTIES DUE
   TO ME, AS AN INVENTOR.

4. SS255.  PLEASE RESTORE MY PATENTS AND TRADEMARK ACCORDING TO RULE 154.  THREE
   YEAR DELAY

5. PLEASE CORRECT MY PROVISIONAL PATENT NO: 60/584,757 THAT ATORNEY CAROTHERS
   DELIETED.

6. <u>ATTORNEY CAROTHERS HE MADE MY DESIGN PATENT AND TWO UTILITY PATENTS INTERNATIONAL WITHOUT MY AUTHORIZATION, THE INVENTOR.</u>

7. <u>SS 252   PLEASE RESTORE ALL MY PATENTS, THAT ATORNEY CAROTHERS VIOLATED JOAN C. FUGAZZI INTELECTUAL RIGHTS AND PROPERY.</u>

8 <u>SS 254   CERTIFICATE OF CORRECTION OF TRADEMARK OFFICE MISTAKE<br>ATTORNEY CAROTHERS ON DECEMBER 19, 2005 HAD MY TRADEMARK REGISTERED IN LIECHTENSTEIN AND USED MY PET SWEAT TRADEMARK THAT I MADE, WITH NO AUTHORIZATION FROM ME THE INVENTOR, JOAN C. FUGAZZI.   ATTORNEY CAROTHERS VIOLATED MY BRAND-NEW TRADEMARK -MY INTELLETCUAL RIGHS AND PROPERTY. Attachments</u>

<u>Attorney Carothers put a three-year delay on my Patent and Trademark, in 2004 – 2005. And then he charged me for a patent in 2004 that I paid.<br>While Attorney Carothers got my Design Patent that had a patent number in 2007.  And he charged me and I paid.</u>

<u>Attorney Carothers interfered with my Trademark that I was working on. And I never asked attorney Carothers to work on my Trademark I was doing the Trademark myself.</u>

<u>Because I only hired attorney Carothers to do a Patent Search and only a Design Patent.</u>

<u>Attorney Carothers he had no right to interfere with my Trademark.  This is the Dilution Trademark Rule.  Where he has to pay me three times for damages and violation of my Trademark.  What Attorney Carothers did was use my original Trademark in Liechtenstein, and then he made me a different Trademark with slighter bigger back.  In 2007.</u>

9 <u>ATTORNEY CAROTHERS DID TRADEMARK DELUTION TO MAKE A DIFFERENT TRADEMARK WITH A SLIGHTLY BIGGER BACK IN 2007. WITHOUT MY AUTHORIZATIN VIOLATING MY INTELLECTUAL RIGHTS AND PROPERTY WITH NO AUTHOIZATION FROM JOAN C, FUGAZZI THE INVENTOR.    I WAS WORKING WITH MY TRADEMARK I GOT MYSELF.</u>

10 <u>ATTORNEY CAROTHERS I BELIEVE   INTERFERED AND DID A COUNTERFEIT CONNECTTION WITH SALES, AND OFFERING TO SELL AND DISTRIBUION OF GOODS AND SERVICES OF MY PET CARRIER SWEATSHIRT WITH NO AUTHORIZATION FROM ME THE INVENTOR, JOAN C. FUGAZZI</u>

<u>Depriving me of ALL Royalties due to me AS AN INVENTOR<br>And Attorney Carothers never informed me the Inventor, and my idea of anything he did with my Invention.  I just received many bills totaling $ 8,155.00 and I paid to Attorney Carothers. When I received the bills, I figured he was working for me.</u>

4

But now I see he was charging me and I was paying for Attorney Carothers Infringement. Attorney Carothers did all of this willfully knowing it was wrong as an intellectual rights and property for 56 years. but he did it anyways.

11   ATTORNEY CAROTHERS USED MY SARA LEE CONTACT AND SIGNED AGREEMENT THAT I HAD, IN COMMENCE IN 2004 MAKING MY PET CARRIER SWEATSHIRT.

AND ATTORNEY CAROTHERS HE NEVER INFORMED ME HE WAS USING MY PET CARRIER SWEATSHIRT SARA LEE CONTACT IN CONGRESS. AND ATTORNEY CAROTHERS NEVER PAID ME MY ROYALTIES DUE TO ME AS AN INVENTOR.

12   ATTORNEY CAROTHERS TRIED TO TAKE OWNERSHIP OF MY INVENTION WITH MANY PEOPLE.

My Invention the Pet Carrier Sweatshirt is my Invention that I made with my mind after I bought a Chihuahua dog at the pet store in 2001. I created the Pet Carrier Sweatshirt Invention for my dog Spike. My Invention was all for my Spike. I created the first pet carrier sweatshirt that a human and small pet ten pounds and under can bond in a comfortable sweatshirt. carrier and the human can have two hands free having a loving caring way to carry a small pet.

PLEASE ALLOW ME TO HAVE ROYALTIES FOR MY WONDERFUL NEW INVENION TO BOND A PET AND A HUMAN THAT I MADE WITH MY MIND, AND I AM ENTITIED TO AS AN INVENTOR ROYALTIES.  I HAV E SPENT 20 YEARS AND THOUSANDS OF DOLLARS AND HOURS ON MY INVENTION TO NOT MADE ONE PENNY, THAT MY PATENT ATTORNEY DEPRIVED ME OF MY INVENTION.  AND ATTORNEY CAOTHERS DEPRIVED MY CHILDREN OF HAVING MONEY.  ALL TO ONLY BENEFIT MY HIRED PATENT ATTORNEY IS NOT FAIR, AND PLEASE CORRECT THIS SITUATION.

13   ATORNEY CAROHERS TIRED TO USE RULE 102 FIRST INVENTOR BUT HE DID BAD FAITH PUTTING MY PATENT AND TRADEMARK ON A THREE-YEAR HOLD, ONLY FOR ATTORNEY CAROTHERS TO BENEFIT FROM MY INVENTION DEPRIVING ME OF MY INVENTION.  THIS WRONGDOING OF AN INTELLETUAL RIGHTS AND PROPERTY ATTORNEY NEEDS TO BE CORRECTED.  I THE INVENTOR NEED TO BENEFIT FROM MY INVENTION.

14   I ASK THAT ALL OF MY PATENTS AND TRADEMARK BE RESTORED BECAUSE OF AN ATTORNEY VIOLATION   BAD FAITH FOM An INTELLECTUAL RIGHTS AND PROPERTY ATTORNEY.

15   ATTORNEY CAROTHERS USED MY FIVE BIG COMPANYS I HAD CONTACTS WITH.   WHEN I INTRODUCED ATTORNEY CAROTHERS IN LETTER FORM TO WRITE THE CONTRACT, I WAS THINKING   IT WOULD BE PROFESIONALLY DONE WITH AN ATTORNEY.   BUT WHAT ATTORNEY CAROTHERS DID WAS LEAVE ME OUT OF ALL MY ROYALTIES AS AN INVENTOR OF MY PET

CARRRIER SWEATSHIRTS.   I BELIEVE THAT I HAD CONTRACT WITH, PETCO, PETS MART, WAL MART, SARA LEE, AND RUSSELL COMPANY.

16 ATTORNEY CAROTHERS IT LOOKS LIKE HE IS LICENISING MY INVENTION ON JUSTIA, FREE PATENT, FRESH PATENTS AND AMAZON AND MORE. WITHOUT MY AUTHORIZATION THE INVENTOR OF THE PET CARRIER SWEATSHIRT.

17 ATORNEY CAROTHERS NEVER GAVE ME A COPY OF MY PATENT SEARCH THAT I PAID $1,000.00 FOR IN  2004.

Sincerely, Inventor of the Pet Carrier of the Pe Carrier Sweatshirt

Sincerely

Joan C. Fugazzi

Home phone 412 788 2609   Cell phone 412 330 9146

300 Farmcrest Drive

Oakdale, PA   15071

April 18, 2022

*Very important.*

To  Paulfucito@uspto.gov

From  Joan C. Fugazzi, Inventor of the Pet Carrier Sweatshirt.

I had the meeting scheduled on March 6, 2021, to inform you of what was happening with my information. But unfortunately, my emails are being tampered with. I saw a message that I did not write the evening before.

Three people from the Patent Office told me Attorney Carothers needs to pay me Royalties, for using my Invention.

After years of long suffering from Attorney Carothers I saw that the Attorney Carothers recently is trying to take possession of my Invention.

Sincerely,

Joan Fugazzi

Attachments

(no subject) - joanfugazzi@gmail.com - Gmail

≡  M Gmail    🔍 Search mail

Compose

**Inbox**          61
Starred
Snoozed
**Drafts**        176
More

Meet
  New meeting
  Join a meeting

Hangouts
  🌐 Joan                    +

No recent chats
Start a new one

# (no subject)   Inbox ×

**Joan Fugazi**
3. Why did Attorney Floyd Carothers write a Notice of Abandonment,

**Mail Delivery Subsystem**
to me

## Address not found

Your message wasn't delivered to **joafug**
because the address couldn't be found, o
mail.

**LEARN MORE**

The response was:

550 5.1.1 The email account that you tried to reach does
p=NoSuchUser w186sor5052888pfb.27 - gsmtp

*Someone is Tampering with my email.*

Reply          Forward

≡ ⋈ Gmail   🔍 Search mail

Compose

**Inbox** 61
Starred
Snoozed
**Drafts** 176
More

**Meet**
New meeting
Join a meeting

**Hangouts**
🟣 Joan          ＋

No recent chats
Start a new one

# Amended Complaint Order by Federal Co

**Joan Fugazi**
The Court needs to know the answers why I Joan Fugazzi filed a Fed

**Mail Delivery Subsystem**
to me



## Address not found

Your message wasn't delivered to **Joanfu**
because the address couldn't be found, o
mail.

The response from the remote server was:

552 1 Requested mail action aborted, mailbox not found

*I DID NOT DO THIS*
*SOMEONE IS TAMPERING*
*WITH MY EMAIL*

Reply          Forward



(No Subject)                                        Yahoo/Sent

Joan Fugazzi <mindgamediet(    Fri, Jul 26, 2019 at 1:46 PM
To: bill@langpatentlaw.com

https://www.amazon.com/Womens-Carrier-Shirts-Kitten-
Sweatshirt/dp/B07F8LFV6N/ref=pd_aw_sbs_2/135-7487574-6367111?
_encoding=UTF8&pd_rd_i=B07F8LFV6N&pd_rd_r=5a804afa-708b-4d02-
a258-
f798e617642d&pd_rd_w=Vii2b&pd_rd_wg=Vs3W4&pf_rd_p=aae79475-
6dc9-4a12-80e8-
27b63108fa72&pf_rd_r=9MG8HRWRNXS6HV2A3QJ6&refRID=9MG8HR
WRNXS6HV2A3QJ6#

Sent from Yahoo Mail on Android

Reply, Reply All or Forward

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING        Upgrade Now

Find messages, documents, photos or people    ⌄    Home

Compose

← Back  ↩  ↩  →  📥 Archive   📁 Move   🗑 Delete   🚫 Spam   📇 📷 📄 ❓    ⚙

| | (No Subject)  2 | Yahoo/Sent |

mindgamed... 999+
joe.fugazzi ⚠

Inbox      999+
Unread
Starred
Drafts     504
Sent
Archive
Spam
Trash
∧ Less

Joan Fugazzi <mindgame   🖨   Sat, Jul 27, 2019 at 10:51 AM
To:
bill@langpatentlaw.com

https://www.amazon.com/Anbech-Kangaroo-Pullover-Sweatshirts-Purple-Fleece/dp/B076QBQJZ4/ref=mp_s_a_1_23?
adgrpid=61571798128&gclid=Cj0KCQjwyerpBRD9ARIsAH-ITn84g0HQFStKOAByaBtnPjMGuLk1YfkkjEU16-I0yrA5QNqfEzqIdT0aAkjSEALw_wcB&hvadid=274696985204&hvdev=m&hvlocphy=9005872&hvnetw=g&hvpos=1t1&hvqmt=e&hvrand=12942453582937747836&hvtargid=kwd-303368960375&hydadcr=11120_9893854&keywords=pet+carrier+sweatshirt&qid=1564164749&s=gateway&sr=8-23

Sent from Yahoo Mail on Android

Views      Hide
📷 Photos
📄 Documents
📑 Subscriptions
🏷 Deals
🛒 Groceries
🧾 Receipts
✈ Travel

From  Joan Fugazzi <mindgamediet@yahoo.com>

⌄ To    William Lang IV                          CC / BCC

On Saturday, July 27, 2019, 11:41:18 AM EDT, William Lang IV <bill@langpatentlaw.com> wrote:

This does not infringe. I cannot help.

William F. Lang IV
Lang Patent Law LLC
309 College Ave., Suite B
Beaver, PA 15009
T 724-709-8765
F 724-728-1093
bill@langpatentlaw.com

This email may include information that is protected by the attorney-client confidentiality privilege. This information is for the sole use of the intended recipient(s). If you have received this email in error, please delete this email without saving or printing any copies, and notify the sender by replying to this message.

On Jul 27, 2019, at 10:51 AM, Joan Fugazzi <mindgamediet@yahoo.com> wrote:

Folders    Hide
+ New Folder
  Etsy Pictures
  J

Ad  UnitedHealthcare

Send   📎 GIF 🎁 ☺   🔗 **B** *I* 🖊 A̲A̲ ⋯



*bill @ Lang patent Law*

*Avvo*

*Phone*

*724-709-8765*

*.com*

☰   🔍

Pittsburgh (/all-lawyers/pa/pittsburgh.html)

# Pittsburgh, PA Patent infringement lawyers (30 results)

Compare Patent Infringement attorneys near you. Read reviews and contact them directly.

**Filter by**   Clear all

**REVIEWS**

○
○                          & up
○                          & up
○                          & up
○                          & up

**LAWYERS WITH**

☐ Free consultation

☐ No misconduct

**LICENSED FOR**

○ 10+ years
○ 5-10 years
○ 2-5 years
○ 0-2 years

**AVVO RATING** ⓘ

○ 10
○ 9 & up
○ 8 & up
○ 7 & up

### William F Lang IV

(https://zws.avvo.com/ads/click?
ad_click_type=profile&impression_guid=1fe8a1fc-
684a-44ad-962c-
(https://zws.avvo.com/ads/click?
ad_click_type=profile&impression_guid=1fe8a1fc-
684a-44ad-
962c-
1116667 1f0fd&sig=c32699850d394f2177e9671a762f6
2357526c0db&url=https%3A%2F%
2Fwww.avvo.com%2Fattorneys%2F15009-pa-
1116671f0fd&sig=c32699850d394f2177e9671a762f62357526c0db&url=https%
3A%2F%  william-lang-486535.html)
2Fwww.avvo.(https://www.avvo.com/ads/click?
2Fattorneys%ad_click_type=profile&impression_guid=1fe8a1fc-684a-44ad-
2F15009-pa-962c-
william-lang-1116667 1f0fd&sig=c32699850d394f2177e9671a762f62357526c0
486535.html)db&url=https%3A%2F%2Fwww.avvo.com%2Fattorneys%
2F15009-pa-william-lang-486535.html)
(https://zws.avvo.com/ads/click?
ad_click_type=profile&impression_guid=1fe8a1fc-684a-44ad-
962c-
1116667 1f0fd&sig=c32699850d394f2177e9671a762f6235752
6c0db&url=https%3A%2F%2Fwww.avvo.com%2Fattorneys%
2F15009-pa-william-lang-486535.html)
Ad Protecting The Innovations And Commercial Identities
Of Our Clients. Call 724-987-4399
(https://zws.avvo.com/ads/click?
ad_click_type=profile&impression_guid=1fe8a1fc-684a-44ad-
962c-
1116667 1f0fd&sig=c32699850d394f2177e9671a762f6235752
6c0db&url=https%3A%2F%2Fwww.avvo.com%2Fattorneys%
2F15009-pa-william-lang-486535.html)

20 reviews          **Avvo** Rating: 9.6 ⓘ

Review: "I used Bill's services in 3 utility patent applications. I found him
to be very knowledgeable and intelligent. He is smart and understands
medical and life scie..."

the sole use of the intended recipient(s).  If you have received
this email in error, please delete this email without saving or
printing any copies, and notify the sender by replying to this
message.

**From:** Joan Fugazzi <mindgamediet@yahoo.com>
**Sent:** Friday, July 26, 2019 2:15 PM
**To:** William Lang IV <bill@langpatentlaw.com>
**Subject:** Amazon.com: Bangerdei Women's Kangaroo Pouch Pet Holder Carrier
Hoodie Cat Dog Sweatshirt Black2 S: Clothing

https://www.amazon.com/Bangerdei-Womens-Kangaroo-Carrier-
Sweatshirt/dp/B073W97LRR

Sent from Yahoo Mail on Android

Delete      Spam    | Actions ☑ |   | Apply |

I did not write this message
on my email mindgamediet@yahoo.com

≡ Ⓜ Gmail    🔍   in:draft

Compose

**Inbox**    296

Starred

Snoozed

**Drafts**    189

Janet

More

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
to me

# Address not found

Your message wasn't delivered to **Joan** because the address couldn't be found, mail.

The response from the remote server was:

552 1 Requested mail action aborted, mailbox not found

Meet

   New meeting

   Join a meeting

Hangouts

Ⓙ Joan

No recent chats
Start a new one

Mail Delivery Subsystem

I did not request that my mail action be aborted. Someone is is doin

*Someone was tampering with my email,*

Sans Serif

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SHOPPING   YAHOO PLUS   MOBILE   Upgrade Now

Find messages, documents, photos or people   ⌄                    Home

Compose

← Back  ↩  ⇚  ⇒  📥 Archive  📦 Move  🗑 Delete  🚫 Spam

mindgamed... 999+
joe.fugazzi   ⚠

Re: Dear joan fugazzi, Your order at        Yahoo/Sent
www.Cashapp.com was successful.

···

Inbox       999+
Unread
Starred
Drafts       501
Sent
Archive
Spam
Trash
⌃ Less

**Joan Fugazzi** <mindgamed      🖨  Sun, May 16, 2021 at 2:32 AM
**To:**
newsletter@guppytown.con

Payment fro. What from who ?   ✓

Sent from Yahoo Mail on Android

› Show original message

↩   ⇚   ⇒   ···

**Reply, Reply All or Forward**

Views       Hide
📷 Photos
📄 Documents
🗂 Subscriptions
🛍 Deals
🛒 Groceries
🧾 Receipts
✈ Travel

Folders       Hide
+ New Folder
  Etsy Pictures
  J

I DID NOT WRITE THIS EMAIL.

---

**Joan Fugazi** <joanfugazzi@gmail.com>                                    Wed, Jan 18, 2023 at 12:34 PM
To: "Amazon.com" <nobody@bounces.amazon.com>

I am he right owner of my invention what is. Brand email? My hired attorney is not the rightful owner although he writes.
Attorney for. Joan fugazzi he does not pay me royalties due to me for my invention. The attorney for. Joan. Fugazzi. He
needs to pay me. Royalties. He is willfully violated my invention since 2004 to present. I do not want any trouble. Please tell
attorney. Carothers to pay me my royalties due to me as the patents office told me tell attorney Carothers he needs to pay
me my royalties due to me as an inventor of my invention for my invention the pet carrier sweatshirt that I made for my dog
[Quoted text hidden]

---

**Joan Fugazi** <joanfugazzi@gmail.com>                                    Thu, Jan 19, 2023 at 10:25 AM
To: "Amazon.com" <nobody@bounces.amazon.com>

I did not close this emails. I have had my messages delited that I did not delite. Some one is violating my emails.
Someone went into my email and cancelled a court hearing that I would never have cancelled. Some one sent. Amazon
one of my. utility. Patents that I did not send to. Amazon. Someone in 2021 keep deleting my messages I sent to. Amazon
so. Amazon did not get the messages that I said my hired attorney is violating my invention my pet carrier sweatshirt
invention that invented in 2001 for my chihuahua. Spike I love to sew and my puppy wanted to be carried all the time and
wirh my three children I did not have two hands to hold my puppy all the time. So I created the. Pet carrier sweatshirt for. My
chihuahua. Spike And he loved it sleeping in the big pocket. I write in my. Abstract I take my dog to work with me and he is
happy while I make flower arrangements. I am a florist designer I went to school for floral designing and I managed flower
shops for years. My invention the pet carrier sweatshirt is my invention. Not my hired patent attorneys invention. He is
denied me my royalties for 20 years. Attorney. Carothers writes he is the attorney for. Joan. C. Fugazzi. But he does not pay
me one penny royalties. Please correct your. Records. I am the inventor and owner of the pet carrier sweatshirt not my
hired attorney. Please help me and give me my royalties that I deserve. I have been suffering from attorney violating my
intellectual rights and property since I hired him in 2004. He sent me bills and I paid him. $8,155.00. I can prove what I
write
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                  Thu, Jan 19, 2023 at 12:21 PM
To: joanfugazzi@gmail.com



## Delivery incomplete

There was a temporary problem delivering your message to
**newsletters@em.walmart.com**. Gmail will retry for 46 more
hours. You'll be notified if the delivery fails permanently.

The response from the remote server was:

`454 4.7.1 <newsletters@em.walmart.com>: Relay access denied`

Final-Recipient: rfc822; newsletters@em.walmart.com
Action: delayed
Status: 4.7.1
Remote-MTA: dns; mx.sendgrid.net. (167.89.118.48, the server for the domain em.walmart.com.)

≡ M Gmail   🔍 Search mail

Compose

Inbox                51
Starred
Snoozed
Drafts               170
More

Meet

Now meeting

Join a meeting

Hangouts

🔵 Joan              +

No recent chats
Start a new one

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
to me



# Address not found

Your message wasn't delivered to **FPO@**
address couldn't be found, or is unable to

**LEARN MORE**

The response was:

**550 5.1.1 The email account that you tried to reach does
p=NoSuchUser g9sor4256083pfj.62 - gsmtp**

---------- Forwarded message ----------
From: Joan Fugazi <joanfugazzi@gmail.com>
To: FPO@gmail.com
Cc:
Bcc:
Date: Fri, 2 Apr 2021 14:21:16 -0400
Subject: You cannot sell my invention. It is protected in. Federal. Court.
----- Message truncated -----

Reply          Forward

Find messages, documents, photos or people

← Back   ↩   ⟪   →   ✉ Archive   📁 Move   🗑 Delete   ⊘ Spam            ⚙

**mindgamed...** 999+
joe.fugazzi        ⚠

Re: Our Transfer Related to Your        Yahoo/Sent
PROFORMA INVOICE # 041012, 11-
MAR-2013

| | |
|---|---|
| Inbox | 999+ |
| Unread | |
| Starred | |
| Drafts | 504 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

⌃ Less

Views          Hide
  Photos
  Documents
  Subscriptions
  Deals
  Receipts
  Travel

Folders        Hide
+ New Folder
  Etsy Pictures
  J

**Joan Fugazzi** <mindgame    📠    Thu, May 9, 2013 at 5:36 PM
To:
pietervdw@Multotec.com

**I HAVE NO IDEA WHAT YOU ARE TALKING ABOUT.**

From: Pieter Van Der Walt <pietervdw@Multotec.com>
To: mindgamediet@yahoo.com
Sent: Wednesday, May 8, 2013 10:56 AM
Subject: Re: Our Transfer Related to Your PROFORMA INVOICE #
041012, 11-MAR-2013

Dear sir,

Find attached TT copy of payment we made to your account
from our Dubai office.

Please kindly confirm the payment and inform us about
shipping date and
shipping line .

Meanwhile send original documents to our Dubai office.

i awaits your early reply

Regards,

Pieter Van Der Walt

Acct dept.

↩   ⟪   →   •••

Reply, Reply All or Forward

I did not write this email
someone confirmed a
payment.

Joan Fugazi <joanfugazzi@gmail.com>

---

## Your Yahoo verification code is 32236
1 message

---

**Yahoo** <no-reply@cc.yahoo-inc.com>                                   Mon, Jun 6, 2022 at 8:28 PM
Reply-To: Yahoo <no-reply@cc.yahoo-inc.com>
To: joanfugazzi@gmail.com

---

### yahoo!

**Hi Joan,**

Your verification code to verify joanfugazzi@gmail.com is **32236**.

| | |
|---|---|
| Device | safari mobile, ios |
| When | June 6, 2022 at 5:28:48 PM PDT |
| Where* | Pennsylvania, United States |
| | (IP Address: 24.3.185.77) |

**If this wasn't you, please disregard this email. Your email was entered by mistake.**

Thanks,
**Yahoo**

We will never ask you for your password in an email. If you don't trust a link in an email, go directly to the normal sign in page via yahoo.com.

*Location is approximate based on the IP address it originated from.

*I, Joan Fugazzi did not do this someone is infriging on my email*

Save Time: Get verified sellers according to United States        Joan ⌄

I want quotes for        oan fugazzi pet carrier sweatshirt

Briefly describe your        Additional details about your requirement...
requirement

Pet Carriers, Low Prices, Free Shipping & 24/7 Advice, Shop Today! Helping 18,000+ Shelters. 30%
Off First Autoship. Free Returns. 24/7 Customer Service.

Pawsome Deals at Chewy.com.        Shop Cat Carriers By Size & Type.
Limited Time - Shop Now!        Huge Selection and Free Shipping.

Calming Chews & Stress Relief Aids.        Limited Time Deals at Chewy.com.
Great For Vet Trips or Car Rides.        Save Big on Top Brands Today!

We're here to help you

                                Go Mobile:        Follow us on:

        Suppliers Tool Kit        Buyers Tool Kit        Events
        **Thank You!**
        Your requirement has been sent to **Goldline Enterprises**

        Suppliers are more likely to contact verified buyers.
        Check your email Joanfugazzi@gmail.com to verify.

        To check further replies from the supplier :

        *my emails*

        *People are using my Invention*

At ArcBest®, we're building partnerships that
**One Source for Multiple Solutions.**

6/15/22, 2:22 PM            Gmail - i received a letter from Puppy Pouches in 2006, you wanted to make my Invention custom to the way I want it made. You …

To: "info@puppypouches.com" <info@puppypouches.com>
Cc:
Bcc:
Date: Tue, 24 May 2022 19:19:18 -0400
Subject: i received a letter from Puppy Pouches in 2006, you wanted to make my Invention custom to the way I want it made. You were talking about my Patent
You have been using my costly Patent  Invention since 2006 .
You need to  please pay me 5% of everyone  you sold since the day you started selling all the way to  April 3, 2021.
That's not too much to ask. for the use of my Invention.
Sincerely Patent  Owner of the Pet Carrier Sweatshirt

Joan C. Fugazzi

Please contact me on my cell phone.  My cell phone number is 412 330 9146.
I see you are selling my invention,

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Fri, May 27, 2022 at 11:12 PM
To: joanfugazzi@gmail.com



**Message not delivered**

There was a problem delivering your message to
**info@puppypouches.com**. See the technical details below.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720 [puppypouches.com 207.148.248.143: timed out]

Final-Recipient: rfc822; info@puppypouches.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720
 [puppypouches.com 207.148.248.143: timed out]
Last-Attempt-Date: Fri, 27 May 2022 20:12:04 -0700 (PDT)

---------- Forwarded message ----------
From: Joan Fugazi <joanfugazzi@gmail.com>
To: "info@puppypouches.com" <info@puppypouches.com>
Cc:
Bcc:
Date: Tue, 24 May 2022 19:19:18 -0400
Subject: i received a letter from Puppy Pouches in 2006, you wanted to make my Invention custom to the way I want it
made. You were talking about my Patent

Amazon.com

---

**Joan Fugazi** <joanfugazzi@gmail.com>                                          Wed, Jan 18, 2023 at 12:34 PM
To: "Amazon.com" <nobody@bounces.amazon.com>

I am he right owner of my invention what is. Brand email? My hired attorney is not the rightful owner although he writes.
Attorney for. Joan fugazzi he does not pay me royalties due to me for my invention. The attorney for. Joan. Fugazzi. He
needs to pay me. Royalties. He is willfully violated my invention since 2004 to present. I do not want any trouble. Please tell
attorney. Carothers to pay me my royalties due to me as the patents office told me tell attorney Carothers he needs to pay
me my royalties due to me as an inventor of my invention for my invention the pet carrier sweatshirt that I made for my dog
[Quoted text hidden]

---

**Joan Fugazi** <joanfugazzi@gmail.com>                                          Thu, Jan 19, 2023 at 10:25 AM
To: "Amazon.com" <nobody@bounces.amazon.com>

I did not close this emails. I have had my messages delited that I did not delite. Some one is violating my emails.
Someone went into my email and cancelled a court hearing that I would never have cancelled. Some one sent. Amazon
one of my utility. Patents that I did not send to. Amazon. Someone in 2021 keep deleting my messages I sent to. Amazon
so. Amazon did not get the messages that I said my hired attorney is violating my invention my pet carrier sweatshirt
invention that invented in 2001 for my chihuahua. Spike I love to sew and my puppy wanted to be carried all the time and
wirh my three children I did not have two hands to hold my puppy all the time. So I created the. Pet carrier sweatshirt for. My
chihuahua. Spike And he loved it sleeping in the big pocket. I write in my. Abstract I take my dog to work with me and he is
happy while I make flower arrangements. I am a florist designer I went to school for floral designing and I managed flower
shops for years. My invention the pet carrier sweatshirt is my invention. Not my hired patent attorneys invention. He is
denied me my royalties for 20 years. Attorney. Carothers writes he is the attorney for. Joan. C. Fugazzi. But he does not pay
me one penny royalties. Please correct your. Records. I am the inventor and owner of the pet carrier sweatshirt not my
hired attorney. Please help me and give me my royalties that I deserve. I have been suffering from attorney violating my
intellectual rights and property since I hired him in 2004. He sent me bills and I paid him. $8,155.00. I can prove what I
write

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                        Thu, Jan 19, 2023 at 12:21 PM
To: joanfugazzi@gmail.com



## Delivery incomplete

There was a temporary problem delivering your message to
**newsletters@em.walmart.com**. Gmail will retry for 46 more
hours. You'll be notified if the delivery fails permanently.

The response from the remote server was:

454 4.7.1 <newsletters@em.walmart.com>: Relay access denied

Final-Recipient: rfc822; newsletters@em.walmart.com
Action: delayed
Status: 4.7.1
Remote-MTA: dns; mx.sendgrid.net. (167.89.118.48, the server for the domain em.walmart.com.)

| | | |
|---|---|---|
| 0 (/patent/grant/D370090) | May 1996 | Coggins |
| ,305 (/patent/grant/D383305) | September 1997 | Holstrom |
| 87510 (/patent/grant/D387510) | December 1997 | Way |
| D414013 (/patent/grant/D414013) | September 1999 | Group |
| 5946725 (/patent/grant/5946725) | September 1999 | Shatzkin et al. |
| D439029 (/patent/grant/D439029) | March 2001 | Goldman |
| 6481606 (/patent/grant/6481606) | November 2002 | Pickett |
| 6564388 (/patent/grant/6564388) | May 2003 | Poston |
| D509947 (/patent/grant/D509947) | September 2005 | Fortune |
| 2005/0144695 (https://uspto.report/patent/app/20050144695) | July 2005 | Aldridge et al. |

*Primary Examiner:* Zarfas; Louis S.

*Assistant Examiner:* Doan; Anhdao

*Attorney, Agent or Firm:* Carothers & Carothers

*Description*

FIG. 1 is a perspective view of a pet carrier sweatshirt showing my new design in use;

FIG. 2 is a perspective view of the pet carrier sweatshirt showing my new design;

FIG. 3 is a left side elevational view with the right side being a mirror image thereof;

FIG. 4 is a rear elevational reduced view thereof;

FIG. 5 is a top view thereof; and,

FIG. 6 is a bottom view thereof.

The broken line showing of a person wearing the pet carrier sweatshirt and a pet in the pocket of the pet carrier sweatshirt is for illustrative purposes only and form no part of the claimed design.

* * * * *

© 2022 USPTO.report | Privacy Policy (/privacy_policy.php) | Resources (/resources/) | (/tm.rss) | (https://twitter.com/trademarktrader)

(https://www.uspto.gov)   About Us (https://www.uspto.gov/about-us)   Jobs (https://www.uspto.gov/jobs)   Contact Us (https://www.uspto.gov/about-us/contact-us)   Logout

# Trademark Electronic Application System

**Navigation History:** Instruction (/forms/view.service?page=bas.instruction) > **Applicant** > Mark > Goods/Services/Filing Basis > Attorney/Dom. Rep./Correspondence > Fee/Signature

PTO-1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application (Version 8.1)

The following error(s) ⊗ have been detected in the page, which must be corrected. To correct the error(s), scroll down **directly** on this page to access the referenced field(s) (*i.e.*, do **not** click your browser's back button).

You must enter Country of Citizenship. TMEP Section 803.03(a) (https://tmep.uspto.gov/RDMS/TMEP/current#/current/TMEP-800d1e196.html).

Watch the **TMIN "Applicant information" video (https://www.uspto.gov/watch/TMINapplicant)** that explains the terms "applicant" or "applicant owner/holder." The term "applicant" identifies who owns the trademark, not necessarily who is filing the application.
Watch the **TEAS Nuts and Bolts Applicant Information video (https://www.uspto.gov/watch/TNBApplicant)** that explains how to fill out the Applicant Information page.

(https://www.uspto.gov)    About Us (https://www.uspto.gov/about-us)    Jobs (https://www.uspto.gov/jobs)    Contact Us (https://www.uspto.gov/about-us/contact-us)    Logout

# Trademark Electronic Application System

**Navigation History:** Instruction (/forms/view.service?page=bas.Instruction) > **Applicant** > Mark > Goods/Services/Filing Basis > Attorney/Dom. Rep./Correspondence > Fee/Signature

PTO-1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register
### TEAS Plus Application (Version 8.1)

The following error(s) ⊗ have been detected in the page, which must be corrected. To correct the error(s), scroll down directly on this page to access the referenced field(s) (*i.e.*, do not click your browser's back button).

You must enter Country of Citizenship. TMEP Section 803.03(a) (https://tmep.uspto.gov/RDMS/TMEP/current#/current/TMEP-800d1e196.html).

Watch the **TMIN "Applicant information" video (https://www.uspto.gov/watch/TMINapplicant)** that explains the terms "applicant" or "applicant owner/holder." The term "applicant" identifies who owns the trademark, not necessarily who is filing the application.
Watch the **TEAS Nuts and Bolts Applicant Information video (https://www.uspto.gov/watch/TNBApplicant)** that explains how to fill out the Applicant Information page.

Keystone Auto Tags <kautotags@gmail.com>

**Fw: Re: Infrigmemt 1_738669185**

Thu, Feb 25, 2021 at 6:53 PM

Joan Fugazzi <mindgamediet@yahoo.com>
Reply-To: Joan Fugazzi <mindgamediet@yahoo.com>
To: "kautotags@gmail.com" <kautotags@gmail.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "Joan Fugazzi" <mindgamediet@yahoo.com>
To: "kautogags@gmail.com" <kautogags@gmail.com>
Sent: Thu, Feb 25, 2021 at 6:40 PM
Subject: Fw: Re: Infrigmemt 1_738669185

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "USPTOInfo@uspto.gov" <USPTOInfo@uspto.gov>
To: "mindgamediet@yahoo.com" <mindgamediet@yahoo.com>
Sent: Thu, Feb 25, 2021 at 11:54 AM
Subject: RE: Re: Infrigmemt 1_738669185
Thank you for contacting the USPTO Contact Center.

Infringement of a patent consist of the unauthorized making, using, offering for sale, or selling any patented invention within the United States or U.S. Territories, or importing into the United States of any patented invention during the term of the patent.  The Office has no jurisdiction over questions relating to infringement of patents. Suits for infringement of patents follow the rules of procedure of the federal courts. From the decision of the district court, there is an appeal to the Court of Appeals for the Federal Circuit. Gft461

If you have any further questions or if you require additional information, please call the USPTO Contact Center at 1-800-786-9199 or (571) 272-1000 and reference the following Service Request number: 1-743093592.

[THREAD ID:1-CAD4SX]

-----Original Message-----

From:  mindgamediet@yahoo.com
Sent: 02/24/21 4:08:27 PM
To:  USPTO Info <usptoinfo@uspto.gov>
Subject:  Re: Infrigmemt 1_738669185

Please forward all Information. . About a infrigement appeal to this email.
  Thank. You sincerely. Joan. Fugazzi
Sent
from Yahoo Mail on Android

issav leiv pet carrier sweatshirts - Bing

Including results for **isaac liev** pet carrier sweatshirts.
Do you want results only for issav leiv pet carrier sweatshirts?

## Sherpa Carrier | 100% Happy Pets Guaranteed

https://www.chewy.com/sherpa ▾ 1.7M+ Facebook followers
(Ad) Sherpa **Carrier** at Chewy, Free Shipping & Low Prices, Shop Today!
Shipping 10/10 · Free and Fast Shipping · 24/7 Customer Service · Prices 10/10

### Isaac Liev - Womens Pet Carrier Shirts Kitten Puppy Holder ...

https://www.walmart.com/ip/Womens-Pet-Carrier... ▾



· **Isaac Liev** Womens **Pet Carrier** Shirts Kitten Puppy Holder **Sweatshirt** Animal Pouch
Hood Tops Average Rating: ( 3.8 ) stars out of 5 stars 18 ...
**3.8/5** ★★★★☆ (18)   **Brand:** Isaac Liev
Price: $20.09

### Images of Isaac Liev Pet Carrier Sweatshirts

bing.com/images

         

Isaac Liev - Womens     Isaac Liev - Womens     Isaac Liev - Womens     Isaac Liev - Womens
Pet Carrier Shirts Ki...   Pet Carrier Shirts Ki...   Pet Carrier Shirts Ki...   Pet Carrier Shirts Ki...

See all images

### Isaac Liev - Womens Pet Carrier Shirts Kitten Puppy Holder ...

https://www.walmart.com/ip/Womens-Pet-Carrier... ▾



· **Isaac Liev** Womens **Pet Carrier** Shirts Kitten Puppy Holder **Sweatshirt** Animal Pouch
Hood Tops Average Rating: ( 3.8 ) stars out of 5 stars 19 ...
**3.8/5** ★★★★☆ (19)   **Brand:** Isaac Liev
Price: $18.09

### Isaac Liev - Womens Pet Carrier Shirts Kitten Puppy Holder ...

https://www.walmart.com/ip/Womens-Pet-Carrier... ▾



· **Isaac Liev** Womens **Pet Carrier** Shirts Kitten Puppy Holder **Sweatshirt** Animal Pouch
Hood Tops Average Rating: ( 3.8 ) stars out of 5 stars 19 ...
**3.8/5** ★★★★☆ (19)   **Brand:** Isaac Liev
Price: $20.09

## Isaac Liev Pet Carrier Sweatshirts



Pet carrier sweatshirt - Fugazzi, Joan C.

Enter your search here

US Patents Apps ⬜ Other

Title:

## Pet carrier sweatshirt

United States Patent D639509

> ×

## Amazon Business - Free Account

Get the Amazon Experience for Your Business. Create a Free Account Today.

Inventors:

Fugazzi, Joan C. (Carlisle, PA, US)

Application Number:

29221179

Publication Date:

04.19.2007

Filing Date:

01.11.2005

Export Citation:

Click for automatic bibliography generation

Primary Class:

D02/830

Other Classes:

D30/112

International Classes:

A01K 1/03

Field of Search:

2/93, 2/115-114, D30/112, 119.497, D27/17, D2.828-844, 2/90, 2.85, 2.102, D2.7'8, 2.108, D2.734, 2.69, 2.79, 2.108, D30.109

2021

Pet carrier sweatshirt - Fugazzi, Joan C.

Download PDF D539509

US Patent References:

| | | | | | |
|---|---|---|---|---|---|
| D509947 | Pocketed sweatshirt | September 2005 | Fortune | D2 S40 | |
| 2005014689S | Garment with storage pouch | July 2005 | Aldridge et al | 2 69 | |
| 6564399 | Multi-purpose carry bag and method therefor | May, 2003 | Poston | 2 86 | |
| 6481606 | Small animal carrying device | November 2002 | Pickett | 224 637 | |
| D436029 | Jacket with pouch | March 2001 | Goldman | D2 831 | |
| 5949726 | Adult infant bonding garment | September 1999 | Shazkhi et al | 2 106 | |
| D414013 | Combined/convertible jacket and travel pillow | September 1999 | Group | D2,828 | |
| D397510 | Pet carrier | December 1997 | Way | D30 144 | |
| D383305 | Pet carrier | September 1997 | Holstrom | D3 216 | |
| D370091 | Pet carrier bag | May 1996 | Coggins | D30 109 | |
| D354253 | Pet carrier | March 1993 | Balzarini | D30 144 | |
| D332354 | Dual carrying bag | July 1999 | Harper et al | D3 226 | |
| 4578821 | Body armor for women | April 1986 | Zufle | 2 2 5 | |
| 4304887 | Convertible outerwear and carrying bag | September 1983 | Hager | 2 94 | |
| D161540 | N/A | January 1951 | Rusafeld | D2,836 | |
| D149979 | N/A | June 1948 | Singer | D2,753 | |

Save $100 on the
Moto G Power

Get smarter coverage with Moto
phones on Google Fi. New users
save $100

Primary Examiner:

DOAN, AN-HOA D

Attorney, Agent or Firm:

CAROTHERS AND CAROTHERS Pittsburgh PA US

Claims:

1(A 1)

I the ornamental design for a pet carrier sweatshirt as shown and described

Description:

FIG 1 is a perspective view of a pet carrier sweatshirt showing my new design in use

FIG 2 is a perspective view of the pet carrier sweatshirt showing my new design

FIG 3 is a left side elevational view with the right side being a mirror image thereof

FIG 4 is a rear elevational reduced view thereof

FIG 5 is a top view thereof; and

Pet carrier sweatshirt - Fugazzi. Joan C.

Home
Search
Services
Contact us

Pet carrier sweatshirt - Fugazzi, Joan C.
Case 1:22-cv-00872-GBW   Document 19-1   Filed 01/25/23   Page 126 of 184 PageID #: 1121
Page 1 of 3

PETCO JOAN FUGAZZI PET CARRI        Search

☑ US Patents/Apps  ☐ Other

> SEARCH
>
> TOOLS & RESOURCES

**Title:**

## Pet carrier sweatshirt

United States Patent D539509

▷ ×

## Stop Wondering & Go For It

Do It Right. Patent Advice. Searches & Filing From A Board Certified Patent Attorney.

thepatentprofessor.com                    OPEN

**Inventors:**

Fugazzi, Joan C. (Oakdale, PA, US)

**Application Number:**

29/221173

**Publication Date:**

04/03/2007

**Filing Date:**

01/11/2005

**Export Citation:**

**Click for automatic bibliography generation**

**Primary Class:**

D02/830

**Other Classes:**

D30/112

**International Classes:**

(IPC1-7) 0202

**Field of Search:**

2/93, 2/113-114, D30/112, 119/497, D2/717, D2/826-844, 2/90, 2/85, 2/102, D2/718, 2/106, D2/734, 2/69, 2/79, 2/108, D30/109

**View Patent Images:**

**Download PDF D539509**

**US Patent References:**

| | | | | |
|---|---|---|---|---|
| D509947 | Pocketed sweatshirt | September, 2005 | Fortune | D2/840 |
| 20050144695 | Garment with storage pouch | July, 2005 | Aldridge et al. | 2/69 |
| 6564388 | Multi-purpose carry bag and method therefor | May, 2003 | Poston | 2/86 |
| 6481606 | Small animal carrying device | November, 2002 | Pickett | 224/637 |
| D439029 | Jacket with pouch | March, 2001 | Goldman | D2/831 |
| 5946725 | Adult infant bonding garment | September, 1999 | Shatzkin et al | 2/106 |
| D414013 | Combined/convertible jacket and travel pillow | September, 1999 | Group | D2/628 |
| D387510 | Pet carrier | December, 1997 | Way | D30/144 |
| D383305 | Pet carrier | September, 1997 | Holstrom | D3/216 |
| D370090 | Pet carrier bag | May, 1996 | Coggins | D30/109 |
| D334253 | Pet carrier | March, 1993 | Balzarini | D30/144 |
| D302354 | Dual carrying bag | July, 1989 | Harper et al. | D3/226 |
| 4578821 | Body armor for women | April, 1986 | Zufle | 2/2.5 |
| 4404687 | Convertible outerwear and carrying bag | September, 1983 | Hager | 2/94 |
| D161540 | N/A | January, 1951 | Russfield | D2/836 |
| D149978 | N/A | June, 1948 | Singer | D2/753 |

▷ ✕

# LP refills for gas grill

Check out Mount Nebo Agway

Mount Nebo Agway                    Open

**Primary Examiner:**

DOAN, ANHDAO

**Attorney, Agent or Firm:**

CAROTHERS AND CAROTHERS (Pittsburgh, PA, US)

**Claims:**

CLAIM

1. The ornamental design for a pet carrier sweatshirt, as shown and described.

**Description:**

FIG. 1 is a perspective view of a pet carrier sweatshirt showing my new design in use;

FIG. 2 is a perspective view of the pet carrier sweatshirt showing my new design;

FIG. 3 is a left side elevational view with the right side being a mirror image thereof;

FIG. 4 is a rear elevational reduced view thereof;

FIG. 5 is a top view thereof; and,

FIG. 6 is a bottom view thereof

The broken line showing of a person wearing the pet carrier sweatshirt and a pet in the pocket of the pet carrier sweatshirt is for illustrative purposes only and form no part of the claimed design.

Home
Search
Services
Contact us

© 2004-2021 FreePatentsOnline.com. All rights reserved. Privacy Policy & Terms of Use.

Pinterest pet carrier sweatshirts                Search

☑ US Patents/Apps  ☐ Other

SEARCH

TOOLS & RESOURCES

Title:

**Pet carrier sweatshirt**

United States Patent D539509

▷ ✕

## Online Download

With Windows 10 Version, XboxOne, Mobile Platform and Switch

Open

Inventors:

Fugazzi, Joan C. (Oakdale, PA, US)

Application Number:

29/221173

Publication Date:

04/03/2007

Filing Date:

01/11/2005

Export Citation:

**Click for automatic bibliography generation**

Primary Class:

**D02/830**

Other Classes:

D30/112

International Classes:

(IPC1-7) 0292

Field of Search:

2/69, 2/113-114, D30/112, 119/497, D2/717, D2/626-644, 2/90, 2/66, 2/102, D2/716, 2/106, D2/734, 2/69, 2/79, 2/106, D30/109

View Patent Images:

**Download PDF D539509**

| | | |
|---|---|---|
| 90 (/patent/grant/D370090) | May 1996 | Coggins |
| /305 (/patent/grant/D383305) | September 1997 | Holstrom |
| D87510 (/patent/grant/D387510) | December 1997 | Way |
| D414013 (/patent/grant/D414013) | September 1999 | Group |
| 5946725 (/patent/grant/5946725) | September 1999 | Shatzkin et al. |
| D439029 (/patent/grant/D439029) | March 2001 | Goldman |
| 6481606 (/patent/grant/6481606) | November 2002 | Pickett |
| 6564388 (/patent/grant/6564388) | May 2003 | Poston |
| D509947 (/patent/grant/D509947) | September 2005 | Fortune |
| 2005/0144695 (https://uspto.report/patent /app/20050144695) | July 2005 | Aldridge et al. |

*Primary Examiner:* Zarfas; Louis S.

*Assistant Examiner:* Doan; Anhdao

*Attorney, Agent or Firm:* Carothers & Carothers

*Description*

FIG. 1 is a perspective view of a pet carrier sweatshirt showing my new design in use;

FIG. 2 is a perspective view of the pet carrier sweatshirt showing my new design;

FIG. 3 is a left side elevational view with the right side being a mirror image thereof;

FIG. 4 is a rear elevational reduced view thereof;

FIG. 5 is a top view thereof; and,

FIG. 6 is a bottom view thereof.

The broken line showing of a person wearing the pet carrier sweatshirt and a pet in the pocket of the pet carrier sweatshirt is for illustrative purposes only and form no part of the claimed design.

* * * * *

WHEREFORE, I JOAN C. FUGAZZI, INNOCENT INVENTOR ASK THAT JOAN C. FUGAZZI FUNDS BE GIVEN TO ME AS THE INVENTOR, BECAUSE I HAVE SUFFERED GREATLY FROM ATTORNEY CAROTHERS UNPROFESSIONAL DUTIES TO HIS CLIENT.  THE PATENT ATTORNEY HAS THE RESPONSIBILITY TO A CLIENT TO PAY ALL THE ROYALTIES DUE TO AN INVENTION.  ATTORNEY DID UNETHICAL BAD FAITH TO ME JOAN C. FUGAZZI, A CLIENT IN THE FUNDS IN JOAN C. FUGAZZI NAME - IN 8 FUNDS HAS BEEN WRONGLY CONCEALED FROM ME, AND PLEASE I BEG AND PRAY TO PAY ME WHAT RIGHTFULLY BELONGS TO ME.

SINCERELY YOURS,

*Joan C. Fugazzi*

INVENTOR OF THE PET CARRIER SWEATSHIRT.

JOAN C. FUGAZZI

HOME PHONE 412 788 2609,  CELL PHONE 412 330-9146

ADDRESS  300 FARMCREST DRIVE,

OAKDALE, PA   15071

4



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 29/221,173 | 01/11/2005 | Joan C. Fugazzi | 4415 |

CONFIRMATION NO. 9303

**POA ACCEPTANCE LETTER**

JOAN C. FUGAZZI
300 - FARMREST DRIVE
OAKDALE, PA 15071

Date Mailed: 08/02/2022

# NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/11/2022.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/megga/

page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/209,397 | 08/24/2005 | Joan C. Fugazzi | |

Joan C. Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

CONFIRMATION NO. 2335
**POWER OF ATTORNEY NOTICE**

*OC000000135341048*

Date Mailed: 07/21/2022

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/11/2022.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/sltorres/

page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/209,397 | 08/24/2005 | Joan C. Fugazzi | |

Joan C. Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

**CONFIRMATION NO. 2335**
**POA ACCEPTANCE LETTER**

*OC000000135341059*

Date Mailed: 07/21/2022

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/11/2022.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/sltorres/

page 1 of 1



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/147,731 | 06/08/2005 | Joan C. Fugazzi | |

Joan C. Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

CONFIRMATION NO. 7102
**POA ACCEPTANCE LETTER**

OC000000135341037

Date Mailed: 07/21/2022

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/11/2022.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/sltorres/

page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/147,731 | 06/08/2005 | Joan C. Fugazzi | |

Joan C. Fugazzi
300 Farmcrest Drive
Oakdale, PA 15071

CONFIRMATION NO. 7102

**POWER OF ATTORNEY NOTICE**

OC000000135341027

Date Mailed: 07/21/2022

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/11/2022.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/shorres/

page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AMENDMENT TO | ) |
| FED. R. CIV. P. 4(m) | ) |

### ORDER

In light of the amendment to Fed. R. Civ. P. 4(m) reducing the period for effecting

service from 120 days to 90 days, it is hereby

ORDERED that the amended time period for effecting service under Fed. R. Civ. P. 4(m)

shall apply to all cases filed on or after December 1, 2015, to the extent practicable, unless

otherwise ordered by the presiding judge; and it is further

ORDERED that this amendment to Fed. R. Civ. P. 4(m) shall not apply to cases already

pending as of December 1, 2015, unless otherwise ordered by the presiding judge; and it is

further

ORDERED that The Clerk is directed to provide prompt public notice of this Order.


Nov. 23, 2015
_____
Date

CHIEF JUDGE,
UNITED STATES DISTRICT COURT

PATENTS   TRADEMARKS   IP LAW & POLICY   PRODUCTS & SERVICES   INVENTORS   NEWS & NOTICES   FAQs   ABOUT US

## 2104 Requirements of 35 U.S.C. 101 [R-10.2019]

Patents are not granted for all new and useful inventions and discoveries. For example, the subject matter of the invention or discovery must come within the boundaries set forth by 35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) , which permits a patent to be granted only for "any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof."

### 35 U.S.C. 101   Inventions patentable

Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) has been interpreted as imposing four requirements, which are described below.

### I. DOUBLE PATENTING PROHIBITED



35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) requires that whoever invents or discovers an eligible invention may obtain only ONE patent therefor. Thus it prevents two patents issuing on the same invention to the same applicant. The "same invention" means that identical subject matter is being claimed. This requirement forms the basis for statutory double patenting rejections. If more than one patent is sought, a patent applicant will receive a statutory double patenting rejection for claims included in more than one application that are directed to the same invention.

See MPEP § 804 (s804.html#d0e98894) for a full discussion of the prohibition against double patenting. Use form paragraphs 8.30 (#fp8.30) , 8.31 (#fp8.31) and 8.32 (#fp8.32) for statutory double patenting rejections.

### II. NAMING OF INVENTOR

The inventor(s) must be the applicant in an application filed before September 16, 2012, (except as otherwise provided in pre-AIA 37 CFR 1.41(b) (mpep-9020-appx-r.html#d0e317757) ) and the inventor or each joint inventor must be identified in an application filed on or after September 16, 2012. See MPEP § 2109 (s2109.html#ch2100_d2c183_22374_28b) for a detailed discussion of inventorship and MPEP § 602.01(c) (s602.html#d0e4830ss602) et seq. for details regarding correction of inventorship.

In the rare situation where it is clear the application does not name the correct inventorship and the applicant has not filed a request to correct inventorship under 37 CFR 1.48 (mpep-9020-appx-r.html#d0e317930) , the examiner should reject the claims under 35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) and 115 (mpep-9015-appx-l.html#d0e302875912) for applications subject to AIA 35 U.S.C. 102 (mpep-9015-appx-l.html#al_d1fbe1_234ed_52) (see MPEP § 2157 (s2157.html#ch2100_d20034_1bb92_e7) ) or under pre-AIA 35 U.S.C. 102(f) (mpep-9015-appx-l.html#d0e302420) for applications subject to pre-AIA 35 U.S.C. 102 (mpep-9015-appx-l.html#d0e302383) (see MPEP § 2137 (s2137.html#d0e206570) ).

### III. SUBJECT MATTER ELIGIBILITY

A claimed invention must be eligible for patenting. As explained in MPEP § 2106 (s2106.html#d0e197244) , there are two criteria for determining subject matter eligibility: (a) first, a claimed invention must fall within one of the four statutory categories of invention set forth in 35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) , i.e., process, machine, manufacture, or composition of matter; and (b) second, a claimed invention must be directed to patent-eligible subject matter and not a judicial exception (unless the claim as a whole includes additional limitations amounting to significantly more than the exception). The judicial exceptions are subject matter which courts have found to be outside of, or exceptions to, the four statutory categories of invention, and are limited to abstract ideas, laws of nature and natural phenomena (including products of nature). Alice Corp. Pty. Ltd. v. CLS Bank Int'l, 573 U.S. 208, 216, 110 USPQ2d 1976, 1980 (2014) (citing Association for Molecular Pathology v. Myriad Genetics, Inc., 569 U.S. 66, 70, 106 USPQ2d 1972, 1979 (2013)). See also Bilski v. Kappos, 561 U.S. 593, 601, 95 USPQ2d 1001, 1005-06 (2010) (citing Diamond v. Chakrabarty, 447 U.S. 303, 309, 206 USPQ 193, 197 (1980)).

See MPEP § 2106 (s2106.html#d0e197244) for a discussion of subject matter eligibility in general, and the analytical framework that is to be used during examination for evaluating whether a claim is drawn to patent-eligible subject matter, MPEP § 2106.03 (s2106.html#ch2100_d29a1b_139b2_397) for a discussion of the statutory categories of invention, MPEP § 2106.04 (s2106.html#ch2100_d29a1b_139db_e0) for a discussion of the judicial exceptions, and MPEP § 2106.05 (s2106.html#ch2100_d29a1b_13c11_1cb) for a discussion of how to evaluate claims directed to a judicial exception for eligibility. See MPEP § 2106.07(a)(1) (s2106.html#ch2100_d2c183_20b8d_1b9) for form paragraphs for use in rejections under 35 U.S.C. 101 (mpep-9015-appx-l.html#d0e302376) based on a lack of subject matter eligibility. See also MPEP § 2105 (s2105.html#d0e197008) for more information about claiming living subject matter, as well as the Leahy-Smith America Invents Act (AIA)'s prohibition against claiming human organisms.

Eligible subject matter is further limited by the Atomic Energy Act explained in MPEP § 2104.01 (s2104.html#ch2100_d2c188_18a96_2d4) , which prohibits patents granted on any invention or discovery that is useful solely in the utilization of special nuclear material or atomic energy in an atomic weapon.

### IV. UTILITY

A claimed invention must be useful or have a utility that is specific, substantial and credible.

488 East Bell Drive
Warsaw, IN 46582

Toll Free: 1-800-707-0011
Phone: +1 574-268-1258
Fax: +1 574-269-9823
Email: orders@patentawards.com
Web: www.patentawards.com

There are just 3 easy steps to Order a
patent plaque or frame today.

1. Refer to enclosed brochure or go online
at www.patentawards.com

4448018                           Mailing Code 143

Joan C. Fugazzi
300 FARMCREST DR
OAKDALE, PA 15071-9385

2. Choose your favorite design combination

3. Refer to patent  D 539,509  when
placing your order.

Dear Joan C. Fugazzi,

It is my great pleasure to congratulate you on the granting of your newest patent! On 4/3/2007   **you were issued
patent number** D 539,509 by the United States Patent and Trademark Office.

It is your personal dedication that made this patent possible.  It took your valuable time and resources.  But because
**your patent accomplishment is intangible**, it can be easily forgotten…by you, your colleagues, and your family.

Sincerely,

John D. Capps
President



| Date | Patent Number |
|---|---|
| April 3, 2007 | D 539,509 |

*Joan C. Fugazzi*

INVENTOR

## PET CARRIER SWEATSHIRT

The Director of the United States Patent and Trademark Office has received an application for a patent for a new and useful invention. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

### United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term of the patent, subject to the payment of maintenance fees as provided by law.

Director of the U.S. Patent and Trademark Office

SAMPLE

patented invention, within the United State or imports into the United States any patented invention during the term of the patent therefore, infringes the patent.

Also, Federal trademark Dilution Act, A distinction is made between trademark dilution and trademark infringement.  Infringement occurs when someone other than a trademarks Owner uses the mark in a way that is likely to cause customer confusion.

I PRAY that the Federal Court will give me back my Patents and Trademark for 14 more years term, the years Attorney Carothers took from me.

Sincerely,

*Joan C. Fugozzi*

Joan C. Fugazzi

ONLY Owner and Inventor of the Pet Carrier Sweatshirt

<u>Order is for Motion</u>

Order Granted

-----------------------------------------------------------------------------------------------------------------
Honorable Judge Marilyn J. Horan

-----------------------------------------------------------------------------------------------------------------
Date

-----------------------------------------------------------------------------------------------------Joan
C. Fugazzi, Inventor and Owner of the Pet Carrier Sweatshirt
300 Farmcrest Drive, Oakdale, PA  15071
Phone 412-788-2609  Home      412-330-9146 Cell

## Press Release

| | |
|---|---|
| 27 Apr 2020 | 10,000+ Global Buyers Join the First-EverGlobal Sources Smart Sourcing Virtual Summit |
| 16 Apr 2020 | Global Sources Introduces MATCH Express toLink Mainland China Suppliers with Worldwide Buyers During COVID-19 Shutdowns |
| 2 Apr 2020 | Global Sources Responds to COVID-19 Crisis with US$37.5 Million War Chest |
| 1 Apr 2020 | Global Sources Launches Digital Trade Solutions to Help Mainland China Suppliers Mitigate the Impact of COVID |

## Media Coverage

| | |
|---|---|
| 5 Aug 2020 | Global Sources Online Show debuts with a strong showing |
| 30 Jul 2020 | Global buyers attend Global SourceShow to experience a new era of sourcing |
| 22 Apr 2020 | Adapting to the times |
| 8 Nov 2020 | A ceiling with no limit |
| 7 Nov 2020 | Celebrating innovation excellence |
| 6 Nov 2020 | Smart living redefined |

Management

**Media Enquiry:** ✓

Hong Kong
Tel: (852) 8121 2000

China
Tel: (86-755) 8828 2666

**Visitor Enquiry:**

Tel: (852) 8121 2000
Email:
✓  visit@globalsources.com

*THIS IS RUSSELL COMPANY*

# Build a Career with Us

## Open Positions

## Mainland China, Shenzhen:

# Who We Are – Watch the Video

## ~DECLARATION OF USE OF MARK IN COMMERCE UNDER § 8 (15 U.S.C. § 1058)~

~To the Commissioner for Trademarks~

### <TRADEMARK/SERVICE MARK INFORMATION>

<Mark> *Pet Sweat*
<Registration Number> *3240253*
<Registration Date> *May 8, 2007*



### <OWNER INFORMATION>

<Name> *Joan Fugazzi*
<Street> *300- Farmcrest Drive*
<City> *Oakdale,*
<State> *PA*
<Country> *United States*
<Zip/Postal Code> *15071*

### <DOMESTIC REPRESENTATIVE>~Required ONLY if the owner's address is outside the United States.~

<Name>                                                          ~is hereby appointed the owner's representative upon whom notice or process in the proceedings affecting the mark may be served.~
<Street>

<City>

<State>

<Zip Code>

### <GOODS AND/OR SERVICES INFORMATION>

<All Goods and/or Services in Existing Registration>~The owner is using the mark in commerce on or in connection with all goods and/or services listed in the existing registration. If not, list in the next section the goods and/or services to be deleted.~
*Intent to use*

<Goods or Services Not in Use to be **Deleted**>~In the following space, list only those goods and/or services (or entire class(es)) appearing in the registration for which the owner is no longer using the mark in commerce. **LEAVE THIS SPACE BLANK IF THE OWNER IS USING THE MARK ON OR IN CONNECTION WITH ALL GOODS AND/OR SERVICES LISTED IN THE REGISTRATION.**~
*Clothing 25*

### <FEE INFORMATION>

~Section 8 Filing Fee~
$100.00 x <Number of Classes>            = <Filing Fee Due>
~Grace Period Fee: If filing during the six-month grace period, enter § 8 Grace Period Fee~
$100.00 x <Number of Classes>            = <Grace Period Fee Due>
       ~Filing Fee Due + Grace Period Fee Due~ = <Total Fees Paid>

*03-29-2013*

U.S. Patent and Trademark Office #72

PTO Form 1583 (REV 01/05)
OMB Control No. 0651-0009 (Exp. 8/31/2001)

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office
There is no requirement to respond to this collection of information
unless a currently valid OMB number is displayed.

BACK

(Public Law 112-29, sec. 14, 125 Stat. 284 (Sept. 16, 2011) provided that tax strategies are deemed to be within the prior art (see AIA § 14 ).)

*NOTE: The provisions of 35 U.S.C. 102(g), as in effect on March 15, 2013, shall also apply to each claim of an application for patent, and any patent issued thereon, for which the first inventor to file provisions of the AIA apply (see 35 U.S.C. 100 (note) ), if such application or patent contains or contained at any time a claim to a claimed invention to which is not subject to the first inventor to file provisions of the AIA.]



Guidance

⚙ Patents

⌖ Trademarks

⌒ Copyrights

</> Internet L

IP Source Documents

You have great ideas. When you need to protect them, call us.

James Urzedwoski          Daniel A. Tysver

© 1996-2021 Daniel A. Tysver. All Rights Reserved.
Forsgren Fisher McCalmont DeMarea Tysver LLP, Minneapolis, MN 612-474-3500
No claim to copyright ownership is made to underlying materials originating with the U.S. Government, including MPEP and TMEP sections and indexes, statutes, regulations, and court decisions.
IMPORTANT: Please review the legal disclaimer and feedback page

WORLD SHIPPING - FREE TO USA          VIEW CART

  

ORDER NOW

## Roodie... The Purrrfect Gift!

Roodie makes a unique Gift for any small pet lover. Wear the pouch expanded to hold a lightweight animal when lounging or walking around. 7 kgs pouch support. Free shipping from the USA (on USA orders) with 5 colors and 9 sizes in stock. Highest quality materials, USA made cotton. Great return policy. 1000's of happy customers since 2015.

**Enjoy With a Cat, Dog or Other Small Pet.**

## Press Release

| | |
|---|---|
| 27 Apr 2020 | 10,000+ Global Buyers Join the First-EverGlobal Sources Smart Sourcing Virtual Summit |
| 16 Apr 2020 | Global Sources Introduces MATCH Express toLink Mainland China Suppliers with Worldwide Buyers During COVID-19 Shutdowns |
| 2 Apr 2020 | Global Sources Responds to COVID-19 Crisis with US$37.5 Million War Chest |
| 1 Apr 2020 | Global Sources Launches Digital Trade Solutions to Help Mainland China Suppliers Mitigate the Impact of COVID |

## Media Coverage

| | |
|---|---|
| 5 Aug 2020 | Global Sources Online Show debuts with a strong showing |
| 30 Jul 2020 | Global buyers attend Global SourceShow to experience a new era of sourcing |
| 22 Apr 2020 | Adapting to the times |
| 8 Nov 2020 | A ceiling with no limit |
| 7 Nov 2020 | Celebrating innovation excellence |
| 6 Nov 2020 | Smart living redefined |

Management

| | | | |
|---|---|---|---|
| Media Enquiry: | ✓ | Hong Kong Tel: (852) 8121 2000 | |
| | | China Tel: (86-755) 8828 2666 | |
| Visitor Enquiry: | | Tel: (852) 8121 2000 Email: ✓ visit@globalsources.com | |

*THIS is RUSSELL COMPANY*

# Build a Career with Us

Open Positions

Mainland China, Shenzhen:

# Who We Are – Watch the Video

# ~DECLARATION OF USE OF MARK IN COMMERCE UNDER § 8 (15 U.S.C. § 1058)~

~To the Commissioner for Trademarks~

## <TRADEMARK/SERVICE MARK INFORMATION>

<Mark> *Pet Sweat*
<Registration Number> *3240253*
<Registration Date> *May 8, 2007*



## <OWNER INFORMATION>

<Name> *Joan Fugazzi*
<Street> *300- Farmcrest Drive*
<City> *Oakdale,*
<State> *PA*
<Country> *United States*
<Zip/Postal Code> *15071*

## <DOMESTIC REPRESENTATIVE>~Required ONLY if the owner's address is outside the United States.~

<Name>                                                      ~is hereby appointed the owner's representative
upon whom notice or process in the proceedings affecting the mark may be served.~
<Street>

<City>

<State>

<Zip Code>

## <GOODS AND/OR SERVICES INFORMATION>

<All Goods and/or Services in Existing Registration>~The owner is using the mark in commerce on or in connection with
all goods and/or services listed in the existing registration.  If not, list in the next section the goods and/or services to be deleted.~

*Intent to use*

<Goods and/or Services Not in Use to be **Deleted**>~In the following space, list only those goods and/or services (or entire
class(es)) appearing in the registration for which the owner is no longer using the mark in commerce.  **LEAVE THIS SPACE
BLANK IF THE OWNER IS USING THE MARK ON OR IN CONNECTION WITH ALL GOODS AND/OR SERVICES
LISTED IN THE REGISTRATION.**~

*Clothing 25*

## <FEE INFORMATION>

~Section 8 Filing Fee~
$100.00 x <Number of Classes>            = <Filing Fee Due>
~Grace Period Fee:  If filing during the six-month grace period, enter § 8 Grace Period Fee~
$100.00 x <Number of Classes>            = <Grace Period Fee Due>
      ~Filing Fee Due + Grace Period Fee Due~ = <Total Fees Paid>

**\*03-29-2013\***

U.S. Patent and Trademark Office #72

PTO Form 1583 (REV 01/05)
OMB Control No. 0651-0009 (Exp. 8/31/2001)

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office
There is no requirement to respond to this collection of information
unless a currently valid OMB number is displayed.

BACK [Public Law 112-29, sec. 14, 125 Stat. 284 (Sept. 16, 2011) provided that tax strategies are deemed to be within the prior art (see AIA § 14 ).]

*NOTE: The provisions of 35 U.S.C. 102(g), as in effect on March 15, 2013, shall also apply to each claim of an application for patent, and any patent issued thereon, for which the first inventor to file provisions of the AIA apply (see 35 U.S.C. 100 (note) ), if such application or patent contains or contained at any time a claim to a claimed invention to which is not subject to the first inventor to file provisions of the AIA.]



Guidance

Patents

demar

pyri ts

</> Internet L

IP Source Documents

You have great ideas. When you need to protect them, call us.

James Urzedwoski        Daniel A. Tysver

© 1996-2021 Daniel A. Tysver. All Rights Reserved.
Forsgren Fisher McCalmont DeMarea Tysver LLP, Minneapolis, MN 612-474-3500
No claim to copyright ownership is made to underlying materials originating with the U.S. Government,
including MPEP and TMEP sections and indexes, statutes, regulations, and court decisions.
IMPORTANT: Please review the legal disclaimer and feedback page

4/21/2021

To: <info@puppypouches.com> Case 2:22-cv-00872-CBM-Document 18-1> Filed 01/25/23   Page 148 of 184 PageID #: 1143
Cc:
Bcc:
Date: Tue, 24 May 2022 19:19:18 -0400
Subject: i received a letter from Puppy Pouches in 2006, you wanted to make my Invention custom to the way I want it made. You were talking about my Patent
You have been using my costly Patent  Invention since 2006 .
You need to  please pay me 5% of everyone  you sold since the day you started selling all the way to  April 3, 2021.
That's not too much to ask. for the use of my Invention.
Sincerely Patent  Owner of the Pet Carrier Sweatshirt

Joan C. Fugazzi

Please contact me on my cell phone.  My cell phone number is 412 330 9146.
I see you are selling my invention,

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                     Fri, May 27, 2022 at 11:12 PM
To: joanfugazzi@gmail.com



## Message not delivered

There was a problem delivering your message to
**info@puppypouches.com**. See the technical details below.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720 [puppypouches.com  207.148.248.143:  timed  out]

Final-Recipient: rfc822; info@puppypouches.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. Learn more at
https://support.google.com/mail/answer/7720
 [puppypouches.com 207.148.248.143: timed out]
Last-Attempt-Date: Fri, 27 May 2022 20:12:04 -0700 (PDT)

---------- Forwarded message ----------
From: Joan Fugazi <joanfugazzi@gmail.com>
To: "info@puppypouches.com" <info@puppypouches.com>
Cc:
Bcc:
Date: Tue, 24 May 2022 19:19:18 -0400
Subject: i received a letter from Puppy Pouches in 2006, you wanted to make my Invention custom to the way I want it made. You were talking about my Patent



I did not write this email
Someone confirmed a
payment.

us58475704P - Google Search

Google        us58475704P                                    ✕  🎤  🔍                              ⚙  ⠿

🔍 All   📍 Maps   ▶ Videos   🖾 Images   🛇 Shopping   ⋮ More          Tools

2 results (0.26 seconds)

🔍      It looks like there aren't many great matches for your
        search

        Try using words that might appear on the page you're looking for. For example, "cake
        recipes" instead of "how to make a cake."

        Need help? Check out other tips for searching on Google.

        https://patents.google.com › patent      ⋮
        Pet carrier sweatshirt-known at the pet sweat - Google Patents
        Priority to **US58475704P**. 2005-06-08. Application filed by Fugazzi Joan C. 2005-06-08. Priority
        to US11/147,731. 2005-08-24. Priority claimed from US11/ ...

        https://patents.google.com › patent      ⋮
        US20060005294A1 - Pet sweat - Google Patents
        Priority to **US58475704P**. 2005-06-08. Priority to US11/147,731. 2005-08-24. Application filed by
        Fugazzi Joan C. 2005-08-24. Priority to US11/209,397.

        **Robinson Township, Pennsylvania** - Based on your past activity - Update location

        Help    Send feedback    Privacy    Terms

Applicant is entitled to small entity status under 37 C.F.R. Section 1.9 and 1.27.

The required filing fee of $175.00 for a design patent application for a small entity is enclosed herewith in the form of a check.

Respectfully submitted,

CAROTHERS AND CAROTHERS

Floyd B. Carothers
Attorney for Joan C. Fugazzi
445 Fort Pitt Blvd., Suite 500
Pittsburgh, PA  15219
(412) 471-3575
(412)281-2180 FAX

FBC:jkc

I hereby certify that this correspondence is being deposited with the United States Postal Services with sufficient postage as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

CAROTHERS AND CAROTHERS

Pet Sweat Co.
Cares About Your Pet



**412-788-2609**

Joan Fugazzi
Owner

300 Farmcrest Drive
Oakdale, PA  15071

Cell  412-330-9146

IMPORTANT

① , FOUND ANOTHER PAGE
FROM DISNEY

② Puppy pouch is selling my
INVENTION

③ Cuddles n' carry
is infriging on my INVENTION
For years

January 17, 2005
300 Farmcrest Drive
Oakdale, PA   15071


Carothers And Carothers
Fprt Pitt Commons, Suite 500
445 Fort Pitt Boulevard
Pittsburgh, PA   15219

Dear Attorney Floyd Carothers:

Thank you for all your help.

Jerzees, with Russell Company called January 11, they saw my Pet Sweat and they said
they accept it, and the Pet Sweat is  in the marketing, manufacture departments, and they
are figuring out how to make it, and if they could make it affordable in costs.

Enclosed is a copy for your records of the Trademark Application I prepared and I am
sending out January 17, 2005.

Sincerely,

Joan Fugazzi

Page 1 of 2

❶ Coronavirus: Find the latest articles and preprints

SciLite annotations ⓘ                                                    ✕

About    Tools    Developers    Help    Europe PMC plus

☐ **Organisms**
☐ dog (2)

Search worldwide, life-sciences literature

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

🔍 Search    Advanced Search



# Pet carrier Sweatshirt-known at the pet sweat

Patent: PAINTER, JOAN Marie TVPP - United States
Application: US20050147731 on 07 Jun 2005
PAT: US2006005782

Share this article  ✉ 𝕏 in f

## Abstract

Please acknowledge this patent for the pet carrier sweatshirt, that I call "Pet Sweat". Because it is a tender loving way to hold and carry your pet many places, with the convenience of having two hands available to do what ever you wish. You ca clean your yard, go shopping, and put your groceries away. Take out the trash. Talk on the phone, use your computer, get your mail, do your laundry, fold clothes, clean your house, you can go to work at some places that are allowed pets. As a florist designer, I am allowed to take my little Chihuahua dog with me to work and my dog will sit in the sweatshirt pocket while I make flower arrangements, clean the store, and wait on customers, answer the phone, and dust shelves. I believe many people now days are attached to their pets. This new invention will enable the comfort for a pet and pet owner that will be the first loving way to carry a pet in a fashionable mannerism with a variety of sweatshirt colors to match your jeans or any other outfit.

## Full text links

Free to read at EPO
http://v3.espacenet.com/textdoc?DB=EPODOC&IDX=US2006005782 ↗

Free to read at SureChembl
https://www.surechembl.org/document/US-20060005782-A1 ↗

## Priority number

## Classifier

**About**
About Europe PMC
Funders
Joining Europe PMC
Governance
Roadmap
Outreach

**Tools**
Tools overview
ORCID article claiming
Journal list
Grant finder
External links service
Annotations

**Developers**
Developer resources
Articles RESTful API
Grants RESTful API
API use cases
SOAP web service
OAI service
Developers Forum

**Help**
Help using Europe PMC
Search syntax reference
Contact us

THIS website requires cookies, and the limited processing of your personal data in order to function. By using the site you are agreeing to this as outlined in our privacy notice and cookie policy.

I agree, dismiss this banner

I, Joan Fugazzi Paid Attorney Floyd Carothers:

I paid for a Patent Search $ 700.00  Attorney Fees $ 300.00  Total  $ 1,000.00

Plus

| | | |
|---|---|---|
| No date | Design Patent Application | $175.00 |
| 9/16/04 | Copyright Application | $ 30.00 |
| 11/05/04 | preliminary Patent Novelty Search | $ 700.00 |
| 11/05/04 | And reporting and advising | -$ 700.00 |
| 12/30/04 | Filing Design Patent | $ 1,600.00 |
| 12/30/04 | U.S. Trademark Filing Fee | $ 175.00 |
| 1/14/05 | Trademark Application for Pet Sweat | $ 375.00 |
| 1/14/05 | Attorney Fees ($875.00) | $ 500.00 |
| 4/21/06 | Patent Application 11/209,397 | $ 3,450.00 |
| 4/27/06 | Drawlings | $250.00 |
| 4/27/06 | $ 1,000.00 In Advance | |
| 4/27/06 | $ 700.00  Issue Fee | |
| 4/27/06 | $ 300.00  Publication Fee | |
| 11/06/06 | Total  $ 600.00   $200.00 | |
| 1/4/07 | Balance  Due / from 11/06/06 | $400.00 |
| 2/05/07 | Balance Due  $ 200.00 FROM  11/06/06 | |
| 3/12/07 | Balance Due  $ 100.00 | |

TOTAL        $ 8,155.00      plus Patent Search  TOTAL      $ 9,155.00

I Joan Fugazzi paid $ 960.00 additional





GS1
US

*I put the GS1 Because of a I agreement for Piedmont*

# *GS1 Company Prefix Certificate*

Licensed to:
### PET SWEAT

## GS1 Company Prefix: 0893893001
## For use in creating:

- Global Trade Item Number (GTIN) • Serial Shipping Container Code (SSCC)
- Asset Identification: Global Individual Asset Identifier (GIAI) and Global Returnable Asset Identifier (GRAI)
- Additional Global Location Number (GLN) • Global Service Relation Number (GSRN)

### *Legal Entity GLN:*  0893893001007

*When creating a U.P.C. bar code, use:*
## *U.P.C. Company Prefix:* 893893001

*Dennis W. Harrison*

Dennis W. Harrison, President, EAN.UCC

Expires on:  August 31, 2007

The GS1 Company Prefix and the corresponding U.P.C. Company Prefix (hereafter "the Prefixes") are licensed for the sole use of the applicant and are restricted to the member to whom they are assigned. Any other use of the numbers is prohibited, including but not limited to, renting, leasing or subdividing all or a portion of the Prefixes. Upon the sale of a company, division, or a product line, the Sales Agreement should specify which party in the transaction will have use of the Prefixes. Only one company may use the Prefixes.

7/16/22, 11:48 AM          Pet carrier sweatshirt Patent Grant Fugazzi April 3, 2 [Fugazzi; Joan C.]

Case 1:22-cv-00872-GBW   Document 19-1   Filed 01/25/23   Page 158 of 184 PageID #: 1153

# Pet carrier sweatshirt

## Fugazzi April 3, 2

uspto.report (https://uspto.report/) › / patents (https://uspto.report/patent) ›
/ Fugazzi; Joan C. (https://uspto.report/company/Fugazzi-Joan-C) ›
/ Patent D/221,173 (https://uspto.report/patent/grant/D539509)                    / Inventors

Patent Grant D539509

U.S. patent number D539,509 [Application Number D/221,173] was granted by the patent office on 2007-04-03 for *pet carrier sweatshirt*. Invention is credited to Joan C. Fugazzi.

| | |
|---|---|
| **United States Patent** | **D539,509** |
| **Fugazzi** | **April 3, 2007** |

Pet carrier sweatshirt

**Claims**

CLAIM The ornamental design for a pet carrier sweatshirt, as shown and described.

**Inventors**
**:**  **Fugazzi; Joan C.** (Oakdale, PA)
**Appl. No.:** **D/221,173**
**Filed:**   **January 11, 2005**

| | |
|---|---|
| **Current U.S. Class:** | **D2/830**; D30/112 |
| **Current International Class:** | 0202 |
| **Field of Search:** | ;D2/717,718,734,828-844 ;2/69,79,86,90,93,102,106,108,113-114 ;D30/109,112 ;119/497 |

**Toll Free:** 1-800-707-0011
**Phone:** +1 574-268-1258
**Fax:** +1 574-269-9823
**Email:** orders@patentawards.com
**Web:** www.patentawards.com

153

There are just 3 easy steps to Order a
patent plaque or frame today.

1. Refer to enclosed brochure or go online
   at www.patentawards.com

2. Choose your favorite design combination

3. Refer to patent D 539,509 when
   placing your order.

4448018                          Mailing Code 143

Joan C. Fugazzi
300 FARMCREST DR
OAKDALE, PA 15071-9385

Dear Joan C. Fugazzi,

It is my great pleasure to congratulate you on the granting of your newest patent!  On 4/3/2007    **you were issued
patent number** D 539,509 by the United States Patent and Trademark Office.

It is your personal dedication that made this patent possible.  It took your valuable time and resources.  But because
**your patent accomplishment is intangible,** it can be easily forgotten...by you, your colleagues, and your family.

Sincerely,

John D. Capps
President

---

| Date | Patent Number |
|------|---------------|
| April 3, 2007 | D 539,509 |

## Joan C. Fugazzi

INVENTOR

### PET CARRIER SWEATSHIRT

The Director of the United States Patent and Trademark Office has received an application for a patent for a
new and useful invention.  The requirements of law have been complied with, and it has been determined that
a patent on the invention shall be granted under the law.

Therefore, this

#### United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale,
or selling the invention throughout the United States of America or importing the invention into the United States
of America for the term of this patent, subject to the payment of maintenance fees as provided by law.

SAMPLE

Director of the U.S. Patent and Trademark Office



Sara Lee Corporation
Law Department, Unsolicited Ideas
P. O. Box 3019
1000 E Hanes Mill Road
Winston Salem, NC  27105

.  USA

**Toll Free: 1 (877) 800-1823**

November 10, 2004

Joan Fugazzi
300 Farmcrest Drive
Oakdale, PA  15071

Dear Submitter:

Thank you for contacting Sara Lee Corporation regarding your new product idea.

The legal implications of receiving offers, suggestions, or ideas from outside our company are such that we have a policy that requires the execution of our standard idea submission agreement before we can convey to the submitter our evaluation of the idea. This agreement is for the benefit of the submitter as well. Two copies of this agreement are enclosed for your review.

Sara Lee maintains a staff of creative marketing personnel and product development personnel whose primary responsibilities lie in the areas of creating new marketing concepts and products. To some extent, use is also made of outside advertising and public relations agencies. For these reasons, Sara Lee has had under consideration at some point in the past numerous ideas and concepts and even now may be testing or evaluating such ideas.

If you find the terms of the agreement acceptable, please sign and date both copies, and return one to us, retaining the other copy for your records. Please put your idea in writing, and also, date and sign it. When the agreement and written description are received, the appropriate personnel in our company who can determine if there is any present interest will review your submitted materials. Upon completion of this review, we will contact you.

Please note that we do not accept advertising ideas. We have an outside company doing our advertising, and it is their policy not to accept new ideas. Also, we do not accept ideas for Household and Bodycare, Bakery or Food related products or processes.

Thank you for your inquiry and interest. We look forward to hearing from you soon. Please return your correspondence to the Law Department at the address listed above, attention: Unsolicited Ideas Program.

Very truly yours,

*SARA LEE CORPORATION*

## DESCRIPTION OF INVENTION OR IDEA AND
## ACCEPTANCE OF INVENTION SUBMISSION TERMS

Printed Name _Joan Fugazzi_

Street _300- Fairmerest Drive_   City _Oakdale_

State _PA_   Zip Code _15071_   Phone _412-788-2609_

Title of Idea or Invention _"Pet Sweat"_

To: Sara Lee Corporation and its affiliated companies, including Hanes Hosiery, Sara Lee Knit Products, L'eggs Products, L'eggs Brands and Bali Company, Post Office Box 3019, Winston-Salem, NC 27102

Dear Sir or Madam:

As specified below, I (also referred to hereafter as the "Submitter") am submitting a description of an invention or idea which I believe is new and which I would like to have you consider so as to determine whether or not you would be interested in acquiring rights to the Idea or Invention which may be afforded me under common law and/or other rights under any copyright registration, trademark registration, or patent ("Proprietary Interests") that have been or may be granted to me.

I make this disclosure voluntarily and have read, understand, and accept the terms set forth below concerning submission to and consideration of Proprietary Interests by Sara Lee Corporation, and its affiliated companies listed above (hereinafter referred to as "SLC"). I understand that SLC may be working on or may already know of such Proprietary Interests from other sources; and, therefore, in return for consideration by SLC of the submission I am submitting herewith, I agree to the terms enumerated below and further agree that these terms shall apply to any additional ideas and materials earlier or later submitted:

1.  Disclosure of Proprietary Interests to SLC does not establish a confidential relationship between the Submitter and SLC.
2.  Submission of Proprietary Interests for examination and consideration by SLC is understood to impose no obligation, either express or implied, on SLC. In the absence of a formal executed contract, the rights of the parties shall be those existing under the copyright, trademark and patent laws of the United States.
3.  SLC will give each submission only such consideration as is warranted in SLC's judgment; its study of the submission shall not be construed as any recognition of the novelty or originality of the submission.
4.  The Submitter shall retain the original of all data submitted, since SLC shall not return any material submitted nor assume any responsibility for its loss or damage.
5.  It is understood that no license or right of any kind is herein granted to SLC to use any Proprietary Interests, and SLC incurs by consideration of this submission no obligation to pay for the use of or right to use any Proprietary Interests unless a formal license or other agreement is executed by both SLC and the Submitter.
6.  In the event a formal contract is entered into between the Submitter and SLC, SLC's obligations shall be only those expressly provided for in the written contract.

I am submitting with this letter copies of the designated information as indicated below, and I have retained signed, dated and witnessed original where appropriate.

(✓) Written statement dated _10/28/04_ explaining the idea or invention.

(✓) Copy of description, drawings, and/or photographs of idea or invention.

(✓) Copy of issued Patent Number _60/584757_

(✓) Copy of Patent Application now on file in the U.S. Patent Office, Serial No. _Sent it_

(✓) Copy of issued Trademark Number _CALD attached - preparing_

(  ) Copy of Trademark Application now on file in the U.S. Patent Office, Serial No. _____.

(✓) Copy of issued Copyright Number _____.

(  ) Copy of Copyright Application now on file with the Library of Congress.

Very truly yours,

_Joan Fugazzi_
Signature (Submitter)

_12/01/04_
Date

_2nd copy I am sending_





CHAMBER OF
COMMERCE.COM

FOLLOW US ON

🐦 f in

**TOP CITIES**

| | |
|---|---|
| Atlanta | Los Angeles |
| Austin | Miami |
| Brooklyn | Minneapolis |
| Chicago | New York |
| Cleveland | Philadelphia |
| Dallas | Phoenix |
| Denver | Saint Louis |
| Detroit | San Antonio |
| Houston | San Diego |
| Las Vegas | San Jose |

**SITE MAP**

FAQ
Privacy Policy
Terms of Use
About
Chamber Partner Program
Chamber Member Benefits

**NEWSLETTER SIGNUP**

Submit your email to receive the
latest stories and expert advice to
grow your business

Enter Email            ✉

SUBSCRIBE

© 2018 CHAMBEROFCOMMERCE.COM



PATENT JOAN FUGAZZI 11/...

Joan and David black patent he...
Pinterest



Steve Madden Joan Patent Squ...
dillards.com





Lyst - Circa Joan & David Edlyn...
Lyst

JOAN & DAVID Daquella Paten...
Pinterest

Joan and David black lea...
Pinterest



Circa Joan & David peep toe pa...
Pinterest



★ Joan&David Cobolt Blue pate...
Pinterest





BY FAR Mini Black Semi Patent ...
lyst.co.uk



Joan Black Patent Leather Sling...
pinterest.co.uk

Sorel W JOAN Of ARCT
overproof.com

Sorel Joan Of Arctic Next Faux...
Lyst

Circa Joan & David Women Wh...
eBay



Pin on Twin Hearts Vintage
pinterest.jp

Shop Deals on Sorel Women's...
Shspal

Joan & David Circa Luxe Black...
Pinterest

Ciara New Nude Soft Patent - J...
scandishoes.com







Black patent Joan & David pum...
Pinterest

JOAN & DAVID Patent L...
Pinterest

Riley New Nude Soft Patent - J...
scandishoes.com



Joan & David DaOrina Peep To
Pinterest



Joan & David Shoes | Joan Dav...
Poshmark

Black 3 inch Thick Heel Patent...
Pinterest

Joan & David "Zevida" Patent P...
Pinterest

Joan & David Products - Luxe D...
luxedesignwholesale.com



Patent leather pumps Pumps by...
Pinterest





Circa Joan & David sued...
Pinterest


Feedback

## Inspired by your browsing history

Page 1 of 10



**SAIANKE Womens Hoodies Pet Holder Cat Dog Kangaroo Pouch Carriers Pullover**
975
$24.98-$31.98



**Unisex Long Sleeve Big Kangaroo Pet Pouch Hoodie Pet Cat Small Dog Holder Sweatshirt**
777
$16.00-$20.00



**Unisex Pet Carrier Hoodie Cat Dog Pouch Holder Sweatshirt Shirt Top**
1,015
$29.99



**XUDREZ Unisex Big Pouch Hoodie Long Sleeve Pet Dog Holder Carrier Sweatshirt Hooded Pocket Kangaroo Hoodie**
69
$21.99-$27.99



Kei T
Pouc
Slee
Carri

$25.

## Customers who viewed items in your browsing history also viewed

Page 1 of 8



**Sexyshine Women's Big Pouch Hoodie Pet Cat Dog Holder Carriers Pullover Sweatshirts**
146
$18.99-$25.99



**Women Hoodies, Pet Holder Cat Dog Large Pouch Carriers Pullover Fleece Sweatshirt with Soft Pet Pouch**
65
$28.99-$32.99



**Pet Carrier Hoodie Cat Dog Pouch Holder Sweatshirt Large Pocket Pullover Shirt with Cat Ear for Women**
52
$28.99-$32.99



**NeuFashion Pet Cat Dog Kangaroo Pouch Hoodies Pullover Sweater Pocket Hoodie Cat Dog Holder Carrier Sweatshirt**
2
$24.99-$51.99

Pet F
Pet C
Pouc
Kanç
- No

$99.

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime



Boys Girls Large Pouch **Hoodies**,Pet Cat **Dog** Holder **Carrier Sweatshirt** Long Sleeve Pullover. 3.6 out of 5 stars 16. $18.99 $ 18. 99. FREE Shipping on orders over $25 shipped by Amazon. Womens Maternity Kangaroo **Hoodies** Fleece 3PCS Zipper Up Hooded **Sweatshirt** for ...

### Hoodie Dog Carrier : Target
https://www.target.com/s/hoodie+dog+carrier ▾
Shop for hoodie **dog carrier** online at Target. Choose from contactless Same Day Delivery. Drive Up and more.



### Carothers : Carothers-Carruthers.com Online Store
https://www.cafepress.com/familynames/3945678 ▾

*SAME*

**Carothers Dog** T-Shirt $22.59: **Carothers** Fitted T-Shirt $24.39. **Carothers** Framed Tile $11.89.
**Carothers** Golf Shirt $25.79: ... **Carothers** Kids **Sweatshirt** $22.99: **Carothers** Large Mug $16.79:
**Carothers** License Plate Frame $13.99. **Carothers** Light T-Shirt $21.99: **Carothers** ...

# Carothers And Carothers Dog Carrier Sweatshirts

📍 Results near Pittsburgh, Pennsylvania · Based on IP address · Change



( COVID-19 )  Hours or services may vary



### Target
12 Foursquare tips · Department store
288 Mt Nebo Pointe Rd, Pittsburgh ·
(412) 536-8200
**Open** · Closes 10 PM
⊕ Website mentions hoodie dog carrier

**WEBSITE**   **DIRECTIONS**



### Target
7 Foursquare tips · Department store
105 Blazier Dr, Pittsburgh · (412) 369-9411
**Open** · Closes 10 PM
⊕ Website mentions hoodie dog carrier

**WEBSITE**   **DIRECTIONS**

See more results



# CEO email

CEOemail.com Home | Contact the Editor | FAQ | Hints & Tips
| Professional Use | Press & user feedback | Privacy | Donate | Twitter
| Facebook

[Company Name begins with ▼] [ ] [Search]

PROMO CODES AVAILABLE     SEE C

If our website has helped you today please [Donate] to help us keep the site running
Please **pay** now if you are using this site professionally, in relation to your work
We also sell **lists** of email addresses

COUPON CODES AVAILABLE

[GET CODES]

Capital
The Cou
Browser

# Walmart Stores

**Mr Doug McMillon** — CEO

Email — doug.mcmillon@wal-mart.com

Advice from CEOemail.com — **How to write your email to a CEO**

Telephone — 479-273-4000
Switchboard — 479-273-4000
Website — https://www.walmart.com
Social Media — 
CIK — 0000217476
Company Status — FO0020

Related lists — **US Companies (W) US NYSE 100 Companies**

**Buy the NYSE 100 CEO email list**

See also — **Customer Services for**

We recommend these two books by Helen Dewdney - The Complaining Cow - for help with resolving your consumer issues:



**How To Complain: The ESSENTIAL Consumer Guide to Getting Refunds, Redress and RESULTS!**

and...



**101 Habits of Effective Complainers**



Send this business card to your email address

8/15/22, 5:22 PM    Walmart Stores CEO Email address, contact and Telephone number (Dave McMillon (Company Number: 0000210476) - US

Case 1:22-cv-00007-EDP

## Walmart Stores

Please type your email addre

Send

or add this to
your Address
Book (vCard)

Recent news

Walmart, Inc. to Pay $20
Million to Settle EEOC
Nationwide Hiring
Discrimination Case(US
Equal Employment
Opportunity Commission
10 Sep 2020)

Suggest a change to this
information held on
CEOemail.com

Tweet  "I just found
the Email address
contact and Telephone
number for the
@walmart CEO on
https://ceoemail.com"

 (WALT DISNEY World Co.

October 14, 2009

Ms. Joan Fugazzi
300 Farmcrest Drive
Oakdale, PA   15071

Dear Ms. Fugazzi:

This will acknowledge, with thanks, your letter regarding a product idea which you feel may be of interest of us.  Your communication was forwarded to the Walt Disney World Legal Department as it is our responsibility to respond to such communications.

We appreciate the fact that you took the time to write to us.  Unfortunately, our company's long-established policy does not allow us to accept for review or consideration any ideas, suggestions or creative materials not specifically solicited by us or our subsidiaries.  Our intention is to avoid misunderstandings when products are created internally which might be similar to submissions made to us from outside the company.

We recognize that this policy is sometimes a disappointing one as when someone like yourself, with all the best intentions, would simply like to consider her creative ideas or suggestions.  Experience has taught us, though, that if we abandon our policy for one person, we will soon have no policy at all.  Therefore, as required, we are returning your materials and will not retain any copies of your communication.

We hope that you will understand our policy and be assured of our thanks for your interest in writing to us.

Very truly yours,

Cheryl A. Jackson
Sr. Paralegal Specialist

Post Office Box 10000 · Lake Buena Vista, Florida 32830-1000

Part of the magic of The Walt Disney Company.    Disney

---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

---

### Requirements in the First Ten Years*
*What and When to File:*

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Requirements in Successive Ten-Year Periods*
*What and When to File:*

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Grace Period Filings*

There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will <u>NOT</u> send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**

NOTE: *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

<u>*www.uspto.gov*</u>

---

## YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

---

*Exception for the Extensions of Protection under the Madrid Protocol:
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

Reg. No. 3,240,253
Registered May 8, 2007

### TRADEMARK
### PRINCIPAL REGISTER



FUGAZZI, JOAN (UNITED STATES INDIVI-
DUAL)
300 FARMCREST DRIVE
OAKDALE, PA 15071

FOR: CLOTHING, NAMELY SWEATSHIRTS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-29-2006; IN COMMERCE 8-29-2006.

SN 76-630,028, FILED 1-26-2005.

ROBIN CHOSID, EXAMINING ATTORNEY

Case 1:22-cv-00872-GBW   Document 19-1   Filed 01/25/23   Page 172 of 184 PageID #: 1167

ATTORNEY DID FRAUD WIER

Electronic signatures

with NO Authorization from me, the Inventor

[Print]   [Print selection]                                                    [OLRC Home] Help

**15 USC Ch. 96: ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE**

**From Title 15—COMMERCE AND TRADE**

# CHAPTER 96—ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE

### SUBCHAPTER I—ELECTRONIC RECORDS AND SIGNATURES IN COMMERCE

Sec.
7001.
General rule of validity.
7002.
Exemption to preemption.
7003.
Specific exceptions.
7004.
Applicability to Federal and State governments.
7005.
Studies.
7006.
Definitions.


### SUBCHAPTER II—TRANSFERABLE RECORDS

7021.
Transferable records.


### SUBCHAPTER III—PROMOTION OF INTERNATIONAL ELECTRONIC COMMERCE

7031.
Principles governing the use of electronic signatures in international transactions.

## SUBCHAPTER I—ELECTRONIC RECORDS AND SIGNATURES IN COMMERCE

### §7001. General rule of validity

**(a) In general**

 **Gmail**

Joan Fugazi <joanfugazzi@gmail.com>

---

## My invention claims
3 messages

---

**Joan Fugazi** <joanfugazzi@gmail.com>
To: Amazon Copyright Agent <copyright@amazon.com>

Sun, Feb 14, 2021 at 12:05 PM



**20210214_120100.jpg**
3777K

---

**Joan Fugazi** <joanfugazzi@gmail.com>
To: Amazon Copyright Agent <copyright@amazon.com>

Sat, Mar 26, 2022 at 3:08 PM

i never sent Amazon this UTILITY PATENT i MADE
tHIS IS iNFRIGEMENT

On Sun, Feb 14, 2021 at 12:05 PM Joan Fugazi <joanfugazzi@gmail.com> wrote:

---

**Joan Fugazi** <joanfugazzi@gmail.com>
Draft To: Amazon Copyright Agent <copyright@amazon.com>

Sat, Mar 26, 2022 at 3:09 PM

Some one is Infringing on My
Email an My Pet carriers Sweatshirt Patents
[Quoted text hidden]

*I DID NOT SEND THIS MESSAGE*

| | |
|---|---|
| **Subject:** | Re: Offline Message from Joan: I need to contact Mewgaroo Sweatshirt owner. It i... |
| **From:** | Support - OctoTrade Co., Ltd. (support@octotrade.com) |
| **To:** | mindgamediet@yahoo.com; |
| **Date:** | Friday, July 17, 2015 1:20 PM |

Hello Joan,

thank you for your email. But please understand that we can't provide an customer data to a third party. That is not allowed.

Kind regards,
Jens Wagner

*I have no Third Party or Agent.*

**Japan Trend Shop**
**c/o OctoTrade Co., Ltd.**
**Customer Support**
**2-17-8 Hanegi, Setagaya-ku, Tokyo 156-0042, Japan**
**TEL: +81-3-3327-8862**
**FAX: +81-3-6304-7153**
**MAIL: support@octotrade.com**
**WEB: www.octotrade.com**
------------------------------------------------------------
**This message may contain privileged and confidential information.
In the event that this message has reached you in error, you must
not disseminate, copy or take any action in reliance on it, and we
would ask you to notify us immediately by return e-mail.**

From: Zopim <noreply@zopim.com>
To: support@octotrade.com
Sent: Friday, July 17, 2015 6:10 PM
Subject: Offline Message from Joan: I need to contact Mewgaroo Sweatshirt owner. It i...

# Offline Message from Joan

Joan C. Fugazzi Inventions, Patents and Patent Applications ...

patents.justia.com/inventor/joan-c-fugazzi

Joan C. Fugazzi has filed for patents to protect the following inventions. This listing includes patent applications that are pending as well as patents that have already been granted by the United States Patent and Trademark Office (USPTO).

Amazon.com: chihuahua store

www.amazon.com/chihuahua-store/s?k=chihuahua+store

SMALLEE_Lucky_Store Pet Fleece Sweater for Small Dogs Cat Girl Boy Cozy Soft Pullover Shirt Sweatshirts Warm Winter Coat Puppy Yokie Chihuahua Clothes Fruit Pattern $10.42 $ 10 . 42 FREE Shipping

## Related searches

| | |
|---|---|
| joan fugazzi pet carrier sweatshirt pattern | pet carrier cheap |
| joan fugazzi pet carrier sweatshirt hoodie | pet carrier uk |
| joan fugazzi pet carrier sweatshirt for men | pet carrier backpack |
| joan fugazzi pet carrier sweatshirt bag | pet carrier petsmart |

**1**   2   3   4   5   Next

21,400 results

Settings   Help   Suggestions   Privacy (Updated)   Terms (Updated)   Privacy Dashboard   Advertise   About ads   About this page   Powered by Bing™

Case 1:22-cv-00872-GBW Document 18-1 Filed 04/25/23 Page 176 of 184 PageID #: 1171

▷ ✕

Manuals Library



# View Manual (PDF)

Open

1    2 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/2)

3 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/3)

4 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/4)

5 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/5)

6 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/6)

7 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/7)

8 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/8)

9 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/9)

10 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/10)

11 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/11)

12 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/12)

13 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/13)

14 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/14)

15 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/15)

16 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/16)

17 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/17)

18 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/18)

19 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/19)

20 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/20)

21 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/21)

22 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/22)

23 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/23)

24 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/24)

25 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/25)

26 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/26)

27 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/27)

28 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/28)

29 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/29)

30 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/30)

31 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/31)

32 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/32)

33 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/33)

34 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/34)

35 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/35)

36 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/36)

37 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/37)

38 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/38)

39 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/39)

40 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/40)

41 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/41)

42 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/42)

43 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/43)

44 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/44)

45 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/45)

46 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/46)

47 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/47)

48 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/48)

49 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/49)

50 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/50)

51 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/51)

52 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/52)

53 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/53)

54 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/54)

55 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/55)

56 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/56)

57 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/57)

58 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/58)

59 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/59)

60 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/60)

61 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/61)

62 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/62)

63 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/63)

64 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/64)

65 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/65)

66 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/66)

67 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/67)

68 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/68)

69 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/69)

70 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/70)

71 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/71)

72 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/72)

73 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/73)

74 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/74)

75 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/75)

76 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/76)

77 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/77)

78 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/78)

79 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/79)

80 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/80)

81 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/81)

82 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/82)

83 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/83)

84 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/84)

85 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/85)

86 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/86)

87 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/87)

88 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/88)

89 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/89)

90 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/90)

91 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/91)

92 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/92)

93 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/93)

94 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/94)

95 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/95)

96 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/96)

97 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/97)

98 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/98)

99 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/99)

100 (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/100)

Next (/copyright/search/keyword/fUGAZZI%3BjOAN+c+ES%3B+App%3B/page/2)

Application/Control Number: 11/147,731 ✓                         Page 7

Art Unit: 3643

U.S. Patent Des. 370,090; U.S. Patent Des. 383,305; PuppyPouches,

www.puppypouches.com [retrieved from internet 17 March 2006], 5 pages.

     The following are suggested formats for either a Certificate of Mailing or
Certificate of Transmission under 37 CFR 1.8(a).  The certification may be included with
all correspondence concerning this application or proceeding to establish a date of
mailing or transmission under 37 CFR 1.8(a).  Proper use of this procedure will result in
such communication being considered as timely if the established date is within the
required period for reply.  The Certificate should be signed by the individual actually
depositing or transmitting the correspondence or by an individual who, upon information
and belief, expects the correspondence to be mailed or transmitted in the normal course
of business by another no later than the date indicated.

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with
sufficient postage as first class mail in an envelope addressed to:

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

on _____.
  (Date)

Typed or printed name of person signing this certificate:

_____

Signature: _____

Registration Number: _____

## Certificate of Transmission

I hereby certify that this correspondence is being facsimile transmitted to the United States Patent and
Trademark Office, Fax No. ( )_____ - _____ on _____.
  (Date)

Typed or printed name of person signing this certificate:

_____

Application/Control Number: 29/221,173                                        Page 4
Art Unit: 2914

Prosecution on the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

A shortened statutory period for reply to this action is set to expire **TWO MONTHS** from the mailing date of this letter.

If applicant's response to the requirements set forth above is incomplete or includes new matter, the examiner may hold the response non compliant.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Anhdao Doan whose telephone number is 571-272-8703. The examiner can normally be reached on Monday - Friday from 8:00 to 4:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Louis Zarfas, can be reached on 571- 272-2660. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

LOUIS S. ZARFAS
SUPERVISORY PATENT EXAMINER

AD
06/27/2006



*CC/No 117733 8299*

*May 8, 2007*
*5 - year offer*

TM Worldwide Lp.
2 Niké street
Szombathely, H-9700
Hungary
E-mail: tmworldwide@t-online.hu

Dear Sirs,

Let me congratulate you on having a registered trademark.
This step means a great opportunity for your company to expand market. An unambiguous label facilitates orientation within the market. It is important to make your trademark widely known in the international trade.

By the end of 2007 our firm will have published an exclusive but non-official catalogue, containing the newly registered trademarks and brand names. According to our experiences, a printed format of high standard is more widely read and more effective than electronic advertisements. The brand name and the logo, or their combination, will appear in the catalogue on the basis of the 'Nice Classification'. Owing to a well-arranged and selective design, you can be informed about trademarks in general and newly established companies, plus a general idea can be gained about new trademarks, new designs and trends.

Well-known trademarks have higher commercial and intangible value. We wish to contribute to this increase in value to send the catalogue free of charge to companies, chambers of trade and commerce, moreover to international exhibitions and fairs. TM Worldwide Lp., founded in Hungary, Europe, is a firm dealing with economy and marketing. Our firm possesses highly qualified, experienced members and excellent business circles, so our clients are served at the highest quality level.

If you wish your trademark, logo and accessibility to appear in the catalogue, the conditions are the following:

- **USD 1650** (one thousand six hundred and fifty) **or EUR 1300** (one thousand three hundred), the cost of advertisement, is to be transferred to our bank account. Payment automatically means the order of advertisement. Simultaneous with your transfer, please send your company's name and the date of your trademark registration to our e-mail address.
  **Number of bank account (IBAN): HU0610104789582209000100001**
  **Swift code: BUDAHUHB**
- On the day of receiving the cost of advertisement, your company will be made out an advanced account, which will be sent for you by post. Should your postal address and invoicing address differ, please let us know in favour of accurate invoicing.
- After the publication of the catalogue, a final invoice will be issued, which is posted for you together with the catalogue.

Please let us know if the trademark on the back, the address and the data of the company are not correct. Please inform us whether your company possesses an EU VAT number. After the order of advertisement, TM Worldwide Lp. obliges itself to the following:

- Trademarks will appear in an exclusive catalogue at the end of 2007. Trademarks and addresses will be published in advertising columns in the size of 200x70 mm.
- Your trademark will appear in each class where it has been registered on the basis of the 'Nice Classification'.
- The catalogue will be sent for you and the international market free of charge.

Let us do something together in order that the value and the reputation of your company grow in direct ratio.

I hope that we can cooperate successfully in the future. I wish you and your company all the best.

Yours Faithfully,

Adél Solymár
Vice President

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39 United States Patent and
Trademark Office

Reg. No.
3,240,253 Registered
May 8, 2007

TRADEMARK PRINCIPAL REGISTER



FUGAZZI, JOAN
300 FARMCREST DRIVE
OAKDALE, PA 15071
USA



# IDM

## INTERNATIONAL DATA MEDIUM ANSTALT

IDM  Werdenbergerweg 11. FL-9490 Vaduz. Liechtenstein

Pet Sweat

300 Farmcrest Drive

USA -  Oakdale PA 15071

19.12.2005

**Subject**

Registration to our Register of brand publications of the international trade press on business and economy

### Summary concerning your registration and publishing suggestions

SN 76-630.028. FUGAZZI. JOAN. OAKDALE. PA. FILED 1-26-2005.



## PET SWEAT

A payment of the herein mentioned amount confirms your approval of the terms of this offer and the correctness of the contents of your company text. Please keep us informed of any changes by fax  + 423-232-4480.

Please send a crossed check payable to I.D.M. International data medium Anstalt. Werdenbergerweg 11. FL-9490 Vaduz. Liechtenstein. or a money transfer credited to our account with the VP Bank AG, FL-9490 Vaduz, Liechtenstein; IBAN: LI 45 0880 5003 3874 5001 3, SWIFT/BIC: VPB VLI 2X.

Upon receiving your confirmation of approval, your registration herein above will be published in the issue of 2006. A free CD-ROM is sent postage paid to every registered company.

### Registration cost: US $ 1.890,00

### Please specify your registration number on your check or money transfer

### US051202616